(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) David DeJesus Sr 209513
　　(Name of Plaintiff)　　(Inmate Number)

Po Box 9561 Wilm De 19809
(Complete Address with zip code)

(2) _____
　　(Name of Plaintiff)　　(Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Repheal Williams
(2) C-M-S
(3) _____
　　(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 209
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

**I.   PREVIOUS LAWSUITS**

　A.　If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
　　　including year, as well as the name of the judicial officer to whom it was assigned:

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? _I put in Medicial grievance and sick call_

2. What was the result? _none_

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Repheal williams_
Employed as _warden_ at _Howard R. Young Corectional_
Mailing address with zip code: _PO Box 9561_
_wilm De 19809_

(2) Name of second defendant: _C-M-S_
Employed as _Medical service_ at _Howard R. Young Corectional_
Mailing address with zip code: _PO Box 9561_
_wilm De 19809_

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. ~~I would like the court to help me get the right medical~~ I have a bad liver when I came in Oct 18, 2005 I told them about my liver, I have "Hepatitis C" and that I am in pain no help I put

2. a medical grievance no answer from any one of my Defendants, I am sick, I fill pain and no help, 5 Blood work was suppose to be done, but they never did come. I been on the

3. Floor the hold time I been here sick

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want to court to get me help for my liver I need help and I want to sue for medical neglect for pain & suffering I want $100,000.00 for all they have put me through I am in pain no help can I get a lawyer to help me

3

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19__ day of __March__, __2006__.

_David DeJesus, Sr._____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4