AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06-209-JJF

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

FILED
APR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re scanned

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

_4-19-06_  _David DeJesus Jr._
(Date forms issued)   (Signature of Party or their Representative)

_David DeJesus Sr._
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action