IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID DEJESUS, SR.,            )
                               )
         Plaintiff,            )
                               )
    v.                         ) Civil Action No. 06-209-JJF
                               )
WARDEN REPHEAL WILLIAMS, AND   )
CMS,                           )
                               )
         Defendants.           )

**AUTHORIZATION**

FILED
APR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, David DeJesus, Sr., SBI #290513, request and authorize to scanned the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 4-10-06, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 4-10-06, 2006.

_____
Signature of Plaintiff



WILMINGTON DE 197**
20 APR 2006 PM 1 T

United States District Court
844 N. King Street, Lockbox 18
Wilm Del 19801-3570

198014235270

David Jesus S, 269513
PO Box 9561
Wilm Del 19809