Civil Action No 06-209-JJF

To The Clerk                                              5-25-06

I write to find out where dose my case stand and if you got the form of Authorization. I did sent so you can have the person who have custody of me to forward oll payments required by 28 USC 1915 b (2)

Thats why I write to find out the out come of my case because in this Jail ony form that go out with some address that can hurt this Jail some time gets mies place.

Thank you for your time and help. Please can you help I am in poin with no help for 7 month.

Sincerely
David Ayesuede

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned



David DeJesus sr
209513
po box 9561
wilm De 19809

To US District court
844 N. King St Lockbox 18
wilm De 19801-3570

U.S.M.S
X-RAY

LEGAL MAIL ONLY