To united states District court
from David DeJesus sr
ate 7-10-06
E: about the memorandum order

I write to your court for help please give me more
time you give me thirty Days to Amend the
complaint. I can't spell or write that Good its hard
to get help in here, thats why I ask for a lowyer.
because I dont Know How or what to do.

Please dont dismiss my complaint, I am sick with
no help Give me a chance.

I can't tell Inmeat I have "hep c" they will treat me bad
so I have to look for help its hard for me to trust.

I pray you can help me.

from
David DeJesus Sr



FILED

JUL 11 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned



David DeJesus Sr
2095-13
Po Box 7561 19809
Wilm De 19809

WILMINGTON DE 197

10 JUL 2006 PM 2 T

Civ No 06-209-JJF
US District Court
Lockbox 18
844 King St
Wilm De 19801

U.S.MS.
RAY

LEGAL MAIL ONLY