(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) David DeJesus Sr  209513
   (Name of Plaintiff)     (Inmate Number)

Po Box 9561 Wilm De 19809
   (Complete Address with zip code)

(2) _____
   (Name of Plaintiff)     (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Repheal Williams
(2) C-M-S Doug Boker
(3) William Joyce c-m-s
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:   06-209 - JJF
:      (Case Number)
:   ( to be assigned by U.S. District Court)
:
:   Amend
:
:   **CIVIL COMPLAINT**
:
:   yes
:   • • Jury Trial Requested
:

**I.  PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

     None _____

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    •(Yes) • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • (Yes) • •No

C.    If your answer to "B" is Yes:

   1.  What steps did you take?    I put in Medcial grievance and sick call

   2.  What was the result?    Deny

D.    If your answer to "B" is No, explain why not: _____

III.    **DEFENDANTS** (in order listed on the caption)

(1)  Name of first defendant:  Repheal williams

   Employed as  warden  at  Howard R. Young Corectional

   Mailing address with zip code:  PO Box 9561
   wilm De 19809

(2)  Name of second defendant:  C - M - S   Dana Boker

   Employed as  Medical service  at Howard R. Young Carectional

   Mailing address with zip code:  PO Box 9561
   wilm De 19809

(3)  Name of third defendant:  C - M - S   William Joyce

   Employed as  medical service  at Howard R. Young earectiond

   Mailing address with zip code:  PO Box 9561  wilm De. 19809

_____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

**IV. STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I have put copy of the names of all my Defendants that are not helping me with My health. Please help I can't spell or write that Good

2.

3.

**V. RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the courts to get Me help for My liver I need help and I want to sue for medical neglect and pain & sufering, I want $1000000 for all they put me through I am in pain

3

2.   and no help. can I get a lawyer
     to help me Please.

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _12_ day of _July_ , 2_006_ .

_David Dejesus Sr_
(Signature of Plaintiff  1)

_____
(Signature of Plaintiff  2)

_____
(Signature of Plaintiff  3)

4

LEGAL MAIL ONLY

David DeJesus sr #209513
PO Box 9561
Wilm Dc 19809

To #06-209-JJF
US District cou
Lock Box 18
Boggs Federal Building
844 King st
Wilm De 19801

12-18-05

Today I got pain in my Back sild and want to sleep in pain because the 4 to 12 told Me that they "nurse" could not do any thin about my pain i hurt, so I got up at 12 to 8 with much pain I told the %o about my pain and that I put in sick call, they told me I may have to wait to someone in sick call to get a hold of me but he will get a led work to see, he told me I have to wait that they put me to see a Dr becau there is no Dr on this shift this is how we are treted we are no on to these people. I was call for sick call but I also was call for court so I never was taking now a Lt help me because I was i so much pain I had to go to him for help, now I am in the INF to see whats the matter well they did stone test i all work out. I stay 3 days and was sent back to a pod still with my pain but I will leave it in Gods hands.

_____

11 or 12 ?

they still have not given me my test they did for S.t.D. that hurtc me because they want with a Stick in my peins so it will be pain for nothing

my liver
1-27-06

I am filling pain on the sild that my liver is, if something happen to me
so my family can sue this jail for not helping me when I ask for help
sice the time I came in, I let them know that my liver is hurting,
is bad and that I needed to see a Dr no help at all, so please know
that I am sorry for what I did to all é my kids tell them I am sorry
for leting them down and not being a good Dad Drug was more to me, but
now I will do more if I make it out of here, Please in Jesus name
a men.

_____

on the 1-27-06 they came asking all about if we had "Festko",
Hold Food then on the 28th they took us to the Gym to get "Festko", the
are a faird of something because they been letting us out for "Rank" not
locking us down, The news paper are saiding bad things about "Del jail"
The Man Dr that seen me oder Blood work, This will be my 3rd "Blood
work aske fer, than no one come to give me that Blood work.

_____

2-22-06

Today I want down to see a Dr but they was upset because they nev
give me no Blood work so he could not see me he told the woman to
get on the Blood work people, they said we see you again in 2 to 3 week
and when I told the Dr that I have pain in my liver he Give me heat
burn pill call "Ranitidine HCL 150 MG Tabs.

_____

2-24-06

3day leter they dont KNOW what they are doing the "Tabs"

_____

3-1-06

I call the P.D. Office to get help for my liver, I talk to a lidy by the
name of Lisa Shwin who told me she was going to call hear Fo
the medical Dep and e-mail the warden. to help me at Lest so I
can be helped.

_____

3-8-06

Today they took me to get Blood work they ask me if I eat I said yes she
said you should not eating, I said no one said any thin to me, so she said we have to
put you down tomorrow dont eat any thin, I said you sure you will get me, she said
yes. lets see Its cruzy they never told me not to eat it was almost Pm not AM
I write more when they do come

3-9-06

well my God they came and took me to get Blood work, Thank God I am feeling sick I need help now lets see How long it will take for the Dr, to see me. been writing to lawyer & news paper so some thin is happing.

---

3-17-06

Today 8 days latter again Blood work they loss the Blood work or somethin happer because they took Blood now two time all I Just want is treatment and they talting there time with my Health or they are trying to make up there Blood work that they had to do 5 time, I even sing so they can get my record from westside so they can get them, I dont Know what happen to that, I did this on Oct 05 so it could help them I Guess they loss it to.

---

3-29-06

I went again to Dr Niaz and again he said Blood work was suppose be talting, I said whats is going on that you took Blood work are you lossing my Blood work, he said see you in two weeks when they take Blood work out, I think they are trying to make up for all the Blood work they was suppose to take because I have put in a "law suit" they are not helping me, this will be a other Blood work talting 3 of them now, God Pleas help me with this I am in pain, I also seen the "Depty warden" with some people, I said down in sick call why no one is helping me with my liver he said there is a Dr and nurse why you are asking me I said because you are the "Depty warden" he did not said any thin to me than he said write to me. The "Depty warden call down so I can see a Dr

---

4-3-06

Today a woman Dr seen me but she made a visit to get a all sound to see my liver, but she is not the Dr for liver name Niaz he to is not helping me Just Keep making visit.

---

4-6-06

again on this day to take Blood, now they are talting to much Blood like they are lossing it, I am sick, I only wish they help me with treantment so I can live a little more but they dont care, now they are trying to look like they care when a lawyer I wrote for help send them a letter, they are scier of a law suit.

---

4-17-06

Today monday at 9:8 PM I seen a Dr he said if I got the shampoo he oder, I said no, he said it down like I did. I never sign for it but it show I sing for it they are lieing like the woman who work here who was made to lie, now he oder it again 3 tim shampoo, REP, vitment, now they have me as only shampoo, they give me 3 pill at once

Today at 9:00 PM or 10:00 the nuns Rob all ways and other dont call me to get my meds for My head that is hurting and they get mad a long with the women c/o frown 2L at nigth at me for asking for them if they dont like the Job they said not work here I know the only way this Medical Dep will get better is if they cheuge all the workers it will be better.

_____
5-1-06

Today I went to get a altruty sound of My liver. but he said I should not eat he still did it, no one told me not to eat.

_____
5-2-06

Today they give me some meds, But at nigth never did its suppose to be my vitims for my head they call me when they wont.

_____
5-3-06

Today they call me to see a Dr waited, waited than they told me they have to Bring me back a nother day, these people dont care to them we are animals even they get treted better than us, Its bad they treat us like onmals, no A/c I on the floor have tatting cool shower because no hot water for days, A/c off for days like its on when they come to work off on weekends.

_____
5-5-06

It took a spainsh Guy to go cruzy to get help they turn the A/c on it was hot like you could not Bruth, this is how we are being treated. I Know we are in Jeil for being and doing bad thins but dont we have human nigth? one time they even told me I have 20/20 that was funny. She said that they have me down. only if they new that all My life I have bad eyes they lie on that.

_____
5-10-06

Today again I was call to see the Dr he again said we have to take Blood I med I said why are you doing this to me you already took this Blood work out of me, I am in pain he said it may be "Gas" I Just got up in left it hurt yes I'm crying why are they doing me like this, I am paying for my cram 3 year again the some Blood work oder are they Lessing the Blood or they are trying to Make up the Blood that was suppose to be done. God Please help me.

5-15

Today again 3 tip of tubs was taking and there is nothing I can do, only pray that God keep me alive.

5-16-06

I get move to the new sild I fill sick with poin now I have to clim to where I have to sleep. also I ask them please dont send me to DCC beEause I have problem with man there that wants me Dead they still are sending me there I wrote asking for help they dont care.

5-22-06

Today I want to the eye Dr and again for no reson I told him my left eye is bad he said I have nothing wrong he was mad because I was telling him if nothing is wrong why I can't see good out of that eye so he said you are done no glasses or any thin. thats the help we get in here.

5-27-06

on this day the Dr seen me, but only give me again oder of the thins they have not giving to me like shompee, A/D, ~~scribbled out~~.

6-1-06

again the Dr oder again all he can't believe that they dont give me these thin, so he oder musall relser for poin.

6-4-06

I want to get my meds the Am nures Denied to give me the meds the Dr ode now I am geting it, because she was not the reguler nures its wrong I already have problem geting them for someone who dont want to work here to said no to somethin that can help me with my poin, she did not want to give me her name but I got it from a %.

6-5-06

Today they took me to see a woman name Davi Mozic from center for Justice they refere me to A.C.L.U. I told her I have them already so I sign so they can send my record to them A.C.L.U.

6-6-06

I got a letter from a lawyer but the envelop was open they are now messing with my mail.

6-8-06

Today on this day at 9:00 AM or 10:00 they call me to go to the
Medical Grievance Band to sign off I said no because they may
leave it along if I sign off. Some Mon was there talking
he said the Dr have you here saiding he have seen you, I stop
him and said yes but dose not said he read schedulee took More
Blood & not to help me, they took so much blood out now and
still no help.

───────────────

6-14-06

Today I want to see Dr Niaz he told me that my liver is bad real
bad and I need treatment, than again he read schedule me for more
tested and see me in a month, I am so sick and No help, he said
I give you somethin for pain, I said Please help I dont want to
Die in here, I am afaid somethin will happen to me with out no
help my Blood count is so up way up but none of this I said
Mow would of happen if you have given me the help sooner, I would being
on my way getting better,

───────────────

6-16-06

Today I got the appeal form with lies saiding that they have see me
yes they seen me but only to read schedule because they needed more
Blood the Dr could not help me because Blood was never tooking, so
he had to read schedule that they dont said.

───────────────

6-22-06

They took X-Ray of my chess, dont know why.

───────────────

6-27-06

Today I want to sickcell again 3 Tabs of Blood work I am so sick that
they can do anythin they went in get away with it. I was going
to refuse but I said no thats what they went and this time it
May be to help me. "Sound Good"

───────────────

7-6-06

Today 7-6-06 after 22 day that I put in to see mental Heath they
come. I put this in because of the bad news they give me on
6-14-06 about my liver you tell me if they care?

FORM #585

MEDICAL GRIEVANCE

*my copy*

FACILITY: *D-C.C.J.F*         DATE SUBMITTED: 4-15-06

INMATE'S NAME: *David De Jesus Sr*     SBI#: 309 513

HOUSING UNIT: 2 L – 11          CASE #: 06.24724

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: *on going*

TYPE OF MEDICAL PROBLEM:

*I write to you again because I am not getting the help for my liver, I do not want to die in here in the St, I go to a Dr why are they not caring about my Health, I am even on the floor sick*

GRIEVANT'S SIGNATURE: *David DeJesus Sr*     DATE: 4-15-06

ACTION REQUESTED BY GRIEVANT: *I want help even if they put me in the IHU I need to see a Dr for my liver, I am sick I fill bad and yes I do take care of my Health in the St my family Dr is Dr Green & month no help*

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**Howard R. Young Correctional Institution**
**Services Request Form**

DATE: 4-16-06 _____    COUNSELOR: Deller _____

NAME: David De Jesus sr    SBI#: 209513    HOUSING UNIT: 2-L 11

## CHECK AND SPECIFY THE APPROPRIATE INFORMATION BELOW.
## PLEASE MAKE ALL REQUESTS BRIEF AS LENGTHY RESPONSES MAY
## NOT RECEIVE IMMEDIATE ATTENTION.

_✓_ REQUEST FOR CLASSIFICATION ACTION
____ CLASSIFICATION INFORMATION
____ PROGRAM PARTICIPATION (PROGRAMS, WORK, EDUCATION)
____ INDIVIDUAL COUNSELING (MENTAL HEALTH)
_✓_ HOUSING ASSIGNMENT CONCERNS
____ STATUS, CHARGES OR OTHER RECORDS CONCERNS
_✓_ OTHER (SPECIFY): my liver, chronic pain and after 6 month help

### PLEASE PRINT ALL INFORMATION

I have been sentence for almost 2 month no one has come to see me I am sick I have a bad liver, no help and I am on the floor sick I don't care it. Help put me in the INF to live I need treatment I'll bed in sick can I get help?

### DO NOT WRITE BELOW THIS LINE
### FOR DEPUTY WARDEN'S USE ONLY

WARDEN, DEPUTY WARDEN OR SECURITY SUPERINTENDENT'S RESPONSE:
Submit a sick slip to your C/O to see medical. We will call them also
Your case was assigned to Ms. Nype for your initial classification.

A RESPONSE MAY BE MAILED TO YOU OR HANDLED BY THE APPROPRIATE
CORRECTIONAL STAFF. ALL RESPONSES WILL BE HANDLED ACCORDINGLY.

FORM#: 384 (2-part ncr)

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:        David DeJesus            2B - 4

FROM:      Sgt. M. Moody, Inmate Grievance Chair

DATE:      3-14-00

RE:        MEDICAL GRIEVANCE # 00-24724

Please be advised that your medical grievance has been received in the office of the Grievance Chair.  In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC).  Please keep in mind your grievance is only one of numerous others received in this office on a daily basis.  Thank you for your patience.

no answer

## Multi-Purpose Criminal Justice Facility
### Inter-Dept. Memo

TO:        David De Jesus    2 L

FROM:      Sgt. M. Moody, Inmate Grievance Chair

DATE:      4/20/06

RE:        MEDICAL GRIEVANCE # 06 - 31826

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

FORM #585

MEDICAL GRIEVANCE

*My COPY*

FACILITY: M – P – C – J – F          DATE SUBMITTED: 10/25/05

INMATE'S NAME: David DeJesus Sr          SBI#: 209513

HOUSING UNIT: _____          CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

I've Put in "sick call" Requests in for over a week and have not been seen. It is in my medical file that I Liver Problems and I was getting treatment while I was here and upon my release. I'Ue sharp pains all day long and Ive not gotten my daily medations

GRIEVANT'S SIGNATURE: David DeJesus Sr          DATE: 10/25/05

ACTION REQUESTED BY GRIEVANT: To be seen by a doctor A-S-A-P and given proper treatment

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*David*
*It [illegible] is your Copy*

*[illegible] hope [illegible]*
*Medical*
*also we are going to*
*test you for STDs*

**FORM #585**

**MEDICAL GRIEVANCE**

*your copy*

DATE SUBMITTED: 10/25/05

SBI#: 209513

CASE #: _____

Jessusson

////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

I've put in "Sick Call" requests in for over a week and have not been seen. It is in my medical file that I "Liver" problems and I was getting treatment while I was here and upon my release. I've sharp pain all day long, and I've not gotten my daily medication.

GRIEVANT'S SIGNATURE: David Dezern Jr    DATE: 10/25/05

ACTION REQUESTED BY GRIEVANT: To be seen by a doctor A.S.A.P and given proper treatment.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*(D's Copy)*

FORM #585

MEDICAL GRIEVANCE

My copy

FACILITY: Howard R. Young

DATE SUBMITTED: 3·6·06

INMATE'S NAME: David DeJesuse

SBI#: 309515

HOUSING UNIT: 2B-4

CASE #: _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 10·25·05 — Presently on-going

TYPE OF MEDICAL PROBLEM:

I HAVE HEPATITIS C. AT THE MOMENT I AM SYMPTOMATIC.
SINCE THE 18TH OF OCTOBER BLOOD WORK HAS BEEN
ORDERED 5x's, YET THE ACTUAL WORKUP HASN'T BEEN
DONE. A DOCTOR TOLD A NURSE BETTY TO INQUIRE
THE REASON WHY THIS BLOOD WORK HASN'T BEEN
COMPLETED. I SUBMITTED A MEDICAL GRIEVANCE ON 10·25·05
HOWEVER IT WAS RETURNED W/OUT BEING ANSWERED, AND WITH
A POST-IT NOTE STATING "I BELIEVE THIS IS YOUR COPY" AND THE
HEADING: FORM #585 MEDICAL GRIEVANCE WAS X'ED OUT. ???

RESPECTFULLY,

GRIEVANT'S SIGNATURE: _____     DATE: _____

ACTION REQUESTED BY GRIEVANT: I WOULD LIKE TO HAVE THIS CASE
REVIEWED, MY GRIEVANCE NEEDS TO BE ANSWERED TIMELY
AND MY CONDITION ADRESSED PROPERLY. ~~PLEASE~~ ~~MY~~ ~~UNDERSTAND~~
~~THAT~~ ~~THIS~~ ~~GRIEVANCE~~ ~~IS THE FINAL RECOURSE PRIOR TO ME~~
~~PROCEEDING WITH MY LAWSUIT.~~

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

10/18/05

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**    H.R.Y.C.I.        (GANDER HILL)

**This request is for (circle one): MEDICAL (DENTAL) MENTAL HEALTH**

David D. Jessie sr
_____
**Name (Print)**

2-F
_____
**Housing Location**

5-11-69
_____
**Date of Birth**

209513
_____
**SBI Number**

12-11-05
_____
**Date Submitted**

**Complaint (What type of problem are you having)** I'm having problem with my
teeth

David Dejessie Sr
_____
**Inmate Signature**

12-11-05
_____
**Date**

**The below area is for medical use only. Please do not write any further**

S: You have been scheduled for sick call. Pain
medication can be purchased on commissary

O: Temp: _____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A: _____

P: _____

E: _____

This is to show you if you have to
I at have money you have to

_____    _____    _____
**Provider Signature and Title**          **Date**            **Time**

3/1/99 DE01
Form# MED 263

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**    H.R.Y.C.I.    (GANDER HILL)

**This request is for (circle one):** MEDICAL  DENTAL  MENTAL HEALTH

David De Jesus Sr                    2 B
_____    _____
**Name (Print)**                      **Housing Location**

5-11-69        209513              1-19-06
_____    _____      _____
**Date of Birth**    **SBI Number**      **Date Submitted**

**Complaint (What type of problem are you having)** _My ear is hurting and_
_why have they not giving me a H-I-V test._

David DeJesus Sr                    1-19-06
_____    _____
**Inmate Signature**                  **Date**

The below area is for medical use only. Please do not write any further

**S:** _____

**O: Temp:** _____  **Pulse:** _____  **Resp:** _____  **B/P:** _____  **WT:** _____

**A:** _____

**P:** _____

**E:** _____

**Provider Signature and Title**    **Date**    **Time**

3/1/99 DE01
Form# MED 263

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**    H.R.Y.C.I.    (GANDER HILL)

**This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH**

David De Jesus Sr
**Name (Print)**

2-B-4
**Housing Location**

5-11-69
**Date of Birth**

209513
**SBI Number**

3-20-06
**Date Submitted**

**Complaint (What type of problem are you having)** The Dr oder two time medical shampoo not one of them has been giving to mr Please some one help my head is bad with dandcuff I dont get no money to by some

David DeJesus Sr
**Inmate Signature**

3-20-06
**Date**

**The below area is for medical use only. Please do not write any further**

Scheduled to see Dr.

**S:** _____

**O:  Temp:** _____  **Pulse:** _____  **Resp:** _____  **B/P:** _____  **WT:** _____

**A:** _____

**P:** _____

**E:** _____

MAR 21 REC'D

By

_____
**Provider Signature and Title**    **Date**    **Time**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**    H.R.Y.C.I.        (GANDER HILL)

**This request is for (circle one):** (MEDICAL) DENTAL  MENTAL HEALTH

David DeJesus sr
**Name (Print)**

3 P
**Housing Location**

5-11-69
**Date of Birth**

209513
**SBI Number**

12-31-05
**Date Submitted**

**Complaint (What type of problem are you having)**   I our having problem with
my eyes

David DeJesus jr
**Inmate Signature**

12-31-05
**Date**

**The below area is for medical use only. Please do not write any further**

**S:**    scheduled for nurse visit ✓

**O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____**

**A:**

**P:**

**E:**

**Provider Signature and Title        Date        Time**

3/1/99 DE01
Form# MED 263

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**  H.R.Y.C.I.    (GANI ? HILL)

**This request is for (circle one):** MEDI    DENTAL  MENTAL HEALTH

David DeJesus Sr                    2 F
**Name (Print)**                 Housing Location

5-11-69          207513          10-20-05
**Date of Birth**      **SBI Number**      **Date Submitted**

**Complaint (What type of problem are you having)** I need ~~my~~ a S.T.D. test
I hurt when going to the bathroom and a
Aids test Please help me, and for my liver
I need a test

David DeJesus Sr        10-20-05
**Inmate Signature**              **Date**

**The below area is for medical use only. Please do not write any further**

You are scheduled to see a medicne provider

**S:** _____

**O:  Temp:** _____ **Pulse:** _____ **Resp:** _____ **B/P:** _____ **WT:** _____

**A:** _____

**P:** _____

**E:** _____

_____    _____    _____
**Provider Signature and Title**      **Date**      **Time**

3/1/99 DE01
Form# MED 263

OCT 2 1 REC'D
By_____



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

### *MEMORANDUM*

*TO:*       *David DeJesus, 209513*
            *Y Pod*

*FROM:*     *Warden Raphael Williams*

*DATE:*     *June 5, 2006*

*SUBJ:*     ***YOUR RECENT CORRESPONDENCE***

   *Your correspondence has been forwarded to Mr. Joyce for review and any action deemed appropriate.*

*RW:adc*

### *DISTRIBUTION*

*William Joyce, HSA*
*File*

# HOWARD R. YOUNG CORRECTIONAL INSTITUTION
## RECEPTION AND DIAGNOSTIC UNIT (RDU)

To: _David De Jesus_     Unit: _2L 11_     SBI # _209 513_

From:      Counselor Nye, RDU

Date:      May 2, 2006

Subject:   Initial Classification Recommendations

On _April 27, 2006_____ you were recommended by the Initial Classification Board for:

| Security: | Institution: | Programs: | |
|---|---|---|---|
| ___ Community | ___ HRYCI | ___ Key | ___ Alternatives to Violence |
| ___ Minimum | ✓ DCC | ___ New Visions | ___ Mental Health _____ |
| ✓ Medium | ___ SCI | ___ Life Skills | ___ Transition Unit |
| ___ Maximum | ___ WCF | ___ DUI Program | ___ Pre-Release Class |
| | ___ WR (via VOP) | ___ Work Pool | ___ Personal Challenges |
| | | ✓ Education | ___ Substance Abuse Reality (SAR) |
| | | ___ YCOP | ___ Family Problems |
| | | ✓ Greentree | ___ Crest |

This **recommendation** will be forwarded to the Central Institutional Classification Board (CICB) for **approval** or **disapproval**. You will receive notification from the CICB **only** if they approve something **different** than the ICB recommendation.

Comments: _____

_____

_____

Approximate Date of Next Classification: _10/ D 6____



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

TO:        David DeJesus, 209513
           Y Pod

FROM:      Warden Raphael Williams

DATE:      May 30, 2006

SUBJ:      **YOUR RECENT CORRESPONDENCE**

    *The medical unit will address your concern.*

RW:adc

## *DISTRIBUTION*

Mr. Joyce, HSA
File



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 429-7747
Fax: (302) 429-7716

Mark Emig
Deputy Warden II

# *MEMORANDUM*

*TO:*       *David DeJessus, Sr. 209513*
            *2L-11*

*FROM:*    *Deputy Warden Mark Emig*

*DATE:*    *May 2, 2006*

*SUBJ:*    ***YOUR RECENT CORRESPONDENCE***


  *Your recent correspondence to this office has been forwarded to the Medical Office and to Pam Minor, Classification Treatment Administrator, for any action/response deemed appropriate.*


*ME/cjo*

**DISTRIBUTION**
*Medical Office*
*Pam Minor, Classification Treatment Administrator*
*File*





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 429-7747
Fax: (302) 429-7716

Mark Emig
Deputy Warden II

## *MEMORANDUM*

*TO:*       *David DeJesus, Sr. 209513*
            *2L11*

*FROM:*     *Deputy Warden Mark Emig*

*DATE:*     *May 11, 2006*

*SUBJ:*     ***YOUR RECENT CORRESPONDENCE***

    *Your recent correspondence to this office has been forwarded to Mr. William Joyce, Medical Director, for any action/response deemed appropriate.*

*ME/co*

**DISTRIBUTION**
*William Joyce*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*       David DeJesus, 209513
            2L Pod

*FROM:*     Warden Raphael Williams

*DATE:*     March 29, 2006

*SUBJ:*     **YOUR RECENT CORRESPONDENCE**

Your recent correspondence to attorney Sidney Balick has been returned to me.  I have alerted the medical department to your concerns.

*RW:adc*

## *DISTRIBUTION*

Dana Baker, Health Care Administrator
File

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

*209513*

TO:          *David De Jesus  2F*

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:        *4/26/06*

RE:          MEDICAL GRIEVANCE # *06 - 34187*

Please be advised that your medical grievance has been received in the office of the Grievance Chair.  In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC).  Please keep in mind your grievance is only one of numerous others received in this office on a daily basis.  Thank you for your patience.

STATE O F DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate *David De Jesus 2Y*

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      *6/15/06*

RE:        YOUR RECENT MEDICAL GRIEVANCE #06- *44863*

This memo is to inform you that the grievance submitted by you dated *6/1/06* , regarding medical concern(s) is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process.  The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision.  The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_____ Disciplinary issue.  Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form.

_____ Parole Board Decision.  The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons.  The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_____ Inmates cannot request or demand disciplinary action on staff.  If you have a complaint regarding staff write a letter to that person's supervisor.  In this case, that is: _____.

✓ This is an issue/complaint that has already been grieved by you or another inmate. # *34187, 31806, 24724*

_____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

_____ The grievance is a photocopy, carbon copy, written in pencil or red ink.  Original grievance forms must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook.  Refer to the handbook page _____ _____ for clarification and/or direction.

_____ Action request is inappropriate or not completed.  Inmate must make an actual request, such as,

FORM  #585

MEDICAL GRIEVANCE

FACILITY: M P C J F

INMATE'S NAME: David De Jesus Sr

HOUSING UNIT: 2 Y - 12

DATE SUBMITTED: 6-1-06

SBI#: 209513

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: on going

TYPE OF MEDICAL PROBLEM:

I am having more pain where my liver is at, still no help at all like you dont care this is the lest medical Grievance because Y'all dont care about my health, I am putting this in so all know that to this day I still have not goting help. like if I was no one, I have put sicka Medical grievance and wrote to the worden and the Depty warden and still no help this been going the hold time I been here 10-18-05

GRIEVANT'S SIGNATURE: David Dejesus Sr        DATE: 6-1-06

ACTION REQUESTED BY GRIEVANT: To get help from the rigth Dr that know about liver. I am human not a Dog even they get good medical treatment I fill weak e sleepy Please help I know Sumethin is wrong

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FORM #585

**MEDICAL GRIEVANCE**

FACILITY: H P Y C I

DATE SUBMITTED: 6-4-06

INMATE'S NAME: David DeJesus

SBI#: 209513

HOUSING UNIT: 2Y 12

CASE #:

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 6-4-06 - AM meds

TYPE OF MEDICAL PROBLEM:

on todays am meds call I went as usual to get meds, nurse Brenda was at the window an I've asked for my pain medication and it was denied by the nurse she stated that because she was not the regular nurse she couldn't help me, as I advised to her that I was under a great amount of pain she said she didn't cared and refused give me her name and was some what disrespectful and said that if it was emergency I should go to the infirmary. I was prescribed the medication becau I do need it not only it was refused but I was insulted by the nurses lack o care if the nurse can't help me with already prescribed meds how can I ge better or at least some relief? is not like I only went there just for kicks

GRIEVANT'S SIGNATURE: David DeJesus Sr    DATE: 6-4-06

ACTION REQUESTED BY GRIEVANT: Maybe the nurse has the wrong career or is over ver but why is that my fault? if she can't handle her Job she should change car and let someone who may really need to work on her place, all I want is to able to get my meds as prescribed since we dont always get them on time anya

DATE RECEIVED BY MEDICAL UNIT:

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

To : Warden
From : David De Jesus sr
Date : 5-25-06
RE : help

My name is David De Jesus sr this is the last letter I write to you for help, because I am not getting no help at all for my liver I am sick with Hep c and in pain it is hurting more and no one care to help me at all they take Blood and next week again for the same thin like they are lossing them, I been in here 7 month with no help.

If I Die in here know that I did let all know and no help.

your copy
family
my

from
David De jesus sr

Please sent to inmate: 06/13/06

## MEDICAL GRIEVANCE APPEAL FORM

### THIS MUST BE COMPLETED AND RETURNED TO THE IGC WITHIN 3 DAYS OF RECEIPT OF THE MEDICAL GRIEVANCE COMMITTEE'S DECISION

GRIEVANT: DeJesus, David S.                  SBI# 00209513

HOUSING UNIT: 2L                             CASE#: 06-34187 (Ref# 24724 & 31826 Grouped)

DATE: 6-15-06                                RETURN APPEAL TO IGC BY 06/17/06 (Saturday) *Monday*

**THIS FORM IS TO BE USED ONLY IN THE EVENT OF A DECISION APPEAL. PLEASE SPECIFY THE REASON FOR THE APPEAL IN THE SPACE BELOW.**

I have been to see the Doctor on said occasions. However the dr says the blood work isn't there. Sometimes they haven't taken the blood some times they have and there is no results. On 6-14-06 I saw dr Niaz and said my blood count was real high and that I need treatment then tells me he will see me in a month. I should be given the Hepititis A&B vaccine also — I am in great need of Medical assistance I had an appointment on 6/14/06. And was told by the Doctor that my Blood Count is up that I would get a test to have my liver checked out (Dialisis). I'll like to have this grievance reviewed in order for me to receive the proper treatment if this is being denied because of lawsuit I also need to know to let my Attorney's also know.

IF YOU NEED ADDITIONAL SPACE, PLEASE CONTINUE WRITING ON THE BACK OF THIS FORM.

RIEVANT'S SIGNATURE David DeJesus Se                    DATE 6-15-06
                     David S. DeJesus

I got this today ↑

RIGINAL: INSTITUTION FILE                                COPY: GRIEVANT

6-9-06

To Warden

I write to you so you can know about a nurse name Brenda. I was at the window getting my Am meds she denied me because of she not been the regular nurse that wrong I am in pain, so she can said no to me.

Maybe she got the wrong career our she should let someone who would like to help. I already have problem getting help so she can said no to my Health. when the Dr prescried it for my pain.

Please can you help, I ask her name she did not want to give it me. Thank you for your time.

cc
your
my
Lawyer

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**     H.R.Y.C.I.          (GANDER HILL)

**This request is for (circle one): MEDICAL  DENTAL  (MENTAL HEALTH)**

David DeJesus Sr _____     2Y-12 _____
**Name (Print)**                                    **Housing Location**

5-11-69 _____     209513 _____     6-14-06 _____
**Date of Birth**                    **SBI Number**              **Date Submitted**

**Complaint (What type of problem are you having)** I need to talk to someone
about what they told me today in sickcall about
how bad my liver is, I am Depress please help
é down they could of help me sooner

"David DeJesus Sr     6-14-06 _____
**Inmate Signature**                        **Date**

**The below area is for medical use only. Please do not write any further**

---

S: _____

O:  Temp: _____  Pulse: _____  Resp: _____  B/P: _____  WT: _____

A: _____

P: _____

E: _____

**Provider Signature and Title**        **Date**        **Time**

3/1/99 DE01
Form# MED 263

HRYCI Howard R. Young Correctional Institution   Date: 06/15/2006
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DEJESUS, DAVID S | SBI# : 00209513 | Institution : HRYCI |
| Grievance # : 34187 | Grievance Date : 10/25/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 10/25/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, East, Floor 1, Pod 2Y, Cell 12, Bed B | |

### MGC

Date Received : 05/24/2006          Date of Recommendation: 06/13/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Butcher, Nechelle D | Deny |
| Staff | | Altman, Scott | Deny |
| Staff | | Zorich, Shannon | Deny |

### VOTE COUNT

| | | |
|---|---|---|
| Uphold : 0 | Deny : 3 | Abstain : 0 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

MGC convened Thursday, 6/8/06

The Committee recommends that the grievance be denied. I/M DeJesus has been seen on 11/21/05, 1/19/06, 2/27/06, 3/9/06 and 5/31/06 for this condition. Explained Hepatitis C treatment protocol to patient wishes to proceed with his lawsuit.

I/M DeJesus informed the Committee that he has a lawsuit pending.
Appeal

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 06/15/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DEJESUS, DAVID S | SBI# : 00209513 | Institution : HRYCI |
| Grievance # : 24724 | Grievance Date : 03/06/2006 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 10/25/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, East, Floor 1, Pod 2Y, Cell 12, Bed B | |

### MGC

Date Received : 05/01/2006          Date of Recommendation: 06/13/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Altman, Scott | Deny |
| Staff | | Butcher, Nechelle D | Deny |
| Staff | | Zorich, Shannon | Deny |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain :0 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

MGC convened Thursday, 6/8/06
Reference 34187 (grouped)

HRYCI Howard R Young Correctional Institution    Date: 06/16/2006
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DEJESUS, DAVID S | SBI# : 00209513 | Institution : HRYCI |
| Grievance # : 31826 | Grievance Date : 04/16/2006 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/16/2006 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, East, Floor 1, Pod 2Y, Cell 12, Bed B | |

### MGC

Date Received : 05/24/2006          Date of Recommendation: 06/15/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Altman, Scott | Deny |
| Staff | | Butcher, Nechelle D | Deny |
| Staff | | Zorich, Shannon | Deny |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain :0 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

MGC convened Thursday, 6/8/06
Reference #34187

1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : DEJESUS, DAVID S | **SBI#** : 00209513 | **Institution** : HRYCI |
| **Grievance #** : 34187 | **Grievance Date** : 10/25/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/25/2005 | **Incident Time** : |
| **IGC** : Moody, Mary | **Housing Location** : Building 1, West, Floor 2, Pod 2L, Cell 11, Bed C | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I've put in "sick call" requests in for over a week and have not been seen. It is in my medical file that I "Liver" problems and I was getting treatment while I was here and upon my release. I've sharp pains all day long, and I've not gotten my daily medication.

**Remedy Requested** : To be seen by a doctor asap and given proper treatment

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 04/25/2006 |
| **Investigation Sent** : 04/25/2006 | **Investigation Sent To** : Joyce, William F |
| **Grievance Amount** : | |

Attach to file copy #)



MPCH
RECEIVED
MAY 2 3 2006
GRIEVANCE
HEARING

**Page 1 of 3**

J R. Young Correctic
300 E. 120 Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : DEJESUS, DAVID S | **SBI#** : 00209513 | **Institution** : HRYCI |
| **Grievance #** : 34187 | **Grievance Date** : 10/25/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/25/2005 | **Incident Time :** |
| **IGC** : Moody, Mary | **Housing Location** :Building 1, West, Floor 2, Pod 2L, Cell 11, Bed C | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Joyce, William F                    **Date of Report** 04/25/2006

**Investigation Report :**

**Reason for Referring:**

Refuse - not seen



**Offender's Signature:** Refused

**Date** : 5/23/6

**Witness (Officer)** :

**Page 2 of 3**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DEJESUS, DAVID S | SBI# : 00209513 | Institution : HRYCI |
| Grievance # : 34187 | Grievance Date : 10/25/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 10/25/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, East, Floor 1, Pod 2Y, Cell 12, Bed B | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I've put in "sick call" requests in for over a week and have not been seen. It is in my medical file that I "Liver" problems and I was getting treatment while I was here and upon my release. I've sharp pains all day long, and I've not gotten my daily medication.

**Remedy Requested** : To be seen by a doctor asap and given proper treatment

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/25/2006 |
| Investigation Sent : 04/25/2006 | Investigation Sent To : Joyce, William F |
| Grievance Amount : | |

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : DEJESUS, DAVID S | SBI# : 00209513 | Institution : HRYCI |
| Grievance # : 34187 | Grievance Date : 10/25/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 10/25/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location :Building 1, East, Floor 1, Pod 2Y, Cell 12, Bed B | |
| INFORMAL RESOLUTION | | |

Investigator Name : Joyce, William F                    Date of Report  04/25/2006

Investigation Report : See grievance # 31826

Reason for Referring:

Offender's Signature:_____

Date              :_____

Witness (Officer)   :_____

R. Young Correctl...
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DEJESUS, DAVID S | SBI# : 00209513 | Institution : HRYCI |
| Grievance # : 34187 | Grievance Date : 10/25/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 10/25/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, East, Floor 1, Pod 2Y, Cell 12, Bed B | |

### IGC

Medical Provider:                Date Assigned

Comments:

note grievance forwarded to IGC from Medical. Sgt. Moody

[x] Forward to MGC            [ ] Warden Notified

[ ] Forward to RGC            Date Forwarded to RGC/MGC : 04/25/2006

[x] Offender Signature Captured      Date Offender Signed      :

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 05/24/2006

Case 1:06-cv-00209-JJF    Document 10-2    Filed 07/14/2006    Page 41 of 47

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DEJESUS, DAVID S | SBI# : 00209513 | Institution : HRYCI |
| Grievance # : 31826 | Grievance Date : 04/16/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 04/16/2006 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, East, Floor 1, Pod 2Y, Cell 12, Bed B | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: I write to you again because I am not getting the help for my liver, I do not want to die in here, in the st. I go to "Dr" why are they not caring about my health, I am even on the floor sick.

Remedy Requested : I want help even if they put me in the Inf. I need to see a Dr for my liver. I am sick, I feel bad, and yes I do take care of my health in the st. My family D is Dr. green 6 month no help.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/17/2006 |
| Investigation Sent : 04/17/2006 | Investigation Sent To : Joyce, William F |
| Grievance Amount : | |

Date: 04/27/2006



# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : DEJESUS, DAVID S | **SBI#** : 00209513 | **Institution** : HRYCI |
| **Grievance #** : 31826 | **Grievance Date** : 04/16/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/16/2006 | **Incident Time** : |
| **IGC** : Moody, Mary | **Housing Location** : Building 1, West, Floor 2, Pod 2L, Cell 11, Bed C | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I write to you again because I am not getting the help for my liver, I do not want to die in here, in the st. I go to "Dr" why are they not caring about my health, I am even on the floor sick.

**Remedy Requested** : I want help even if they put me in the Inf. I need to see a Dr for my liver. I am sick, I feel bad, and yes I do take care of my health in the st.  My family D is Dr. green 6 month no help.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 04/17/2006 |
| **Investigation Sent** : 04/17/2006 | **Investigation Sent To** : Joyce, William F |
| **Grievance Amount** : | |



1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : DEJESUS, DAVID  S | **SBI#**                  :   00209513 | **Institution**     : HRYCI |
| **Grievance #**    : 24724 | **Grievance Date**  : 03/06/2006 | **Category**       : Individual |
| **Status**            : Unresolved | **Resolution Status:** | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 10/25/2005 | **Incident Time :** |
| **IGC**                : Moody, Mary | **Housing Location :** Building 1, West, Floor 2, Pod 2B, Cell 4, Bed A | |
| INFORMAL RESOLUTION | | |

**Investigator Name   :**  Baker, Dana                                      **Date of Report**  03/13/2006

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:**_____

**Date**                    :_____

**Witness (Officer)**   :_____



**Page 2 of 2**

J R. Young Correctio
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : DEJESUS, DAVID S | **SBI#** : 00209513 | **Institution** : HRYCI |
| **Grievance #** : 24724 | **Grievance Date** : 03/06/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 10/25/2005 | **Incident Time :** |
| **IGC** : Moody, Mary | **Housing Location** :Building 1, West, Floor 2, Pod 2L, Cell 11, Bed C | |
| INFORMAL RESOLUTION | | |

**Investigator Name** : Baker, Dana          **Date of Report** 03/13/2006

**Investigation Report :**

**Reason for Referring:**

Refusel — not seen yet



**Offender's Signature:** Refusel

**Date** : 5/23/06

**Witness (Officer)** :

Page 2 of 2

To warden Officials

My reson to write is because of the memorandum for non-
Dangerous cantraband on June 24-06. Its not me the Yo know
They put the wrong name on it how that happen I dont know why
but I dont want no write up that I did not do. one I am sick
think of getting in any problem. I am the one with the bad liver.

Mr Rivera and other Yo know it is cell 2# that got this
Please before you Judge me ask other Yo. I will like to see a
Lt to Show him

I need help not any write up with treatment that medic
has not given me. Please help me not disciplin me

from
David Dejesus Sr

copy To
The warden
Lawyer
my Self

**Howard R. Young Correctional Institution**
**Services Request Form**

DATE: 6 - 14 - 06        COUNSELOR: _____

NAME: David De Jesus Jr SBI# 269513   HOUSING UNIT 2 Y - 12

## CHECK AND SPECIFY THE APPROPRIATE INFORMATION BELOW.
## PLEASE MAKE ALL REQUESTS BRIEF AS LENGTHY RESPONSES MAY
## NOT RECEIVE IMMEDIATE ATTENTION.

✓ **REQUEST FOR CLASSIFICATION ACTION**
____ **CLASSIFICATION INFORMATION**
____ **PROGRAM PARTICIPATION (PROGRAMS, WORK, EDUCATION)**
____ **INDIVIDUAL COUNSELING (MENTAL HEALTH)**
____ **HOUSING ASSIGNMENT CONCERNS**
____ **STATUS, CHARGES OR OTHER RECORDS CONCERNS**
____ **OTHER (SPECIFY):** _____

### PLEASE PRINT ALL INFORMATION

Today I went to the Dr and he told me that my
liver is bad reelly bad so it you can, can you help me
with a 4217 I dont want to die in here, and
Pleasr help and are they going to let me stay here?
and not move me to DCC. Please help me

### DO NOT WRITE BELOW THIS LINE
### FOR DEPUTY WARDEN'S USE ONLY

WARDEN, DEPUTY WARDEN OR SECURITY SUPERINTENDENT'S RESPONSE:

_____
_____
_____
_____
_____
_____

A RESPONSE MAY BE MAILED TO YOU OR HANDLED BY THE APPROPRIATE
CORRECTIONAL STAFF. ALL RESPONSES WILL BE HANDLED ACCORDINGLY.

FORM#: 384 (2-part ncr)

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:  *David DeJesus ₂ Y*

FROM:  Sgt. M. Moody, Inmate Grievance Chair

DATE:  6/8/06

RE:  MEDICAL GRIEVANCE # *06 - 45/44*

Please be advised that your medical grievance has been received in the office of the Grievance Chair. In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC). Please keep in mind your grievance is only one of numerous others received in this office on a daily basis. Thank you for your patience.