IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DAVID DEJESUS, SR.,              :
                                 :
          Plaintiff,             :
                                 :
     v.                          :   Civ. No. 06-209-JJF
                                 :
WARDEN REPHEAL WILLIAMS, CMS,    :
DANA BAKER and WILLIAM JOYCE,    :
                                 :
          Defendants.            :
```

## ORDER

At Wilmington this ___ day of July, 2006, Plaintiff having

satisfied the filing prerequisites of 28 U.S.C. § 1915A and the

Court having identified cognizable claims within the meaning of

28 U.S.C. § 1915A(b) against Defendants Raphael Williams, CMS,

Dana Baker, and William Joyce;

IT IS ORDERED that:

1.   The clerk of the court shall cause a copy of this order

to be mailed to Plaintiff.

2.   Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2),

Plaintiff shall complete and return to the Clerk of the Court an

**original** "U.S. Marshal-285" form for **Defendants,** as well as for

the Attorney General of the State of Delaware, 820 N. FRENCH

STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN.

tit. 10 § 3103(c).  **Additionally, Plaintiff shall provide the**

**Court with one copy of the amended complaint with exhibits (D.I.**

**10) for service upon each Defendant and the Attorney General.**

**Plaintiff is notified that the United States Marshal will not serve the amended complaint and its exhibits until all "U.S. Marshal 285" forms have been received by the Clerk of the Court. Failure to provide the "U.S. Marshal 285" forms for each Defendant and the Attorney General within 120 days from the date of this order may result in the complaint being dismissed or Defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3.    Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the amended complaint and its exhibits (D.I. 10), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon each of the Defendants so identified in each 285 form.

4.    Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a Defendant, the United States Marshal shall personally serve said Defendants pursuant to Fed. R. Civ. P. 4(c)(2) and said Defendants shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5.    Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as

requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent.  If a Defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6.  No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7.  **NOTE:** *** When an amended complaint is filed prior to service, the Court will **VACATE** all previous service orders entered, and service **will not take place**.  An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

8.  **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

_____
UNITED STATES DISTRICT JUDGE