7-27-06

To District court,

I write to you to send you all that you are for. Thank you for all, My spelling and writing is not that good, so thank you. and how can I get a lawyer with this case can some one help me? because of my spelling & writing I can't write all or ask guys in here to help because they will treat me bad. Please help

from
David DeJesus 1,
209513

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 AUG -1 PM 3:36
Ro scanned

David M. Jesus sr #209513
Po Box 9561
Wilm De 19809

U.S. District court # civ NO 06-209-
Lock Box 18
Boggs Federal Building
844 King st
Wilm De 19801