OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo　　　　　　　　　　　　　　　　　　　　　　　　　LOCKBOX 18
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　844 KING STREET
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. COURTHOUSE
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILMINGTON, DELAWARE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 573-6170

August 2, 2006

TO:　David DeJesus, Sr.
　　　Howard R. Young Correctional
　　　P.O. Box 9561
　　　Wilmington, DE 19809

　　　**RE:　U.S. Marshal 285 Forms**
　　　　　　*Civil Action #06-209(JJF)*

Dear Mr. DeJesus:

　　Per the Order dated 7/21/06, you are required to submit one copy of the amended complaint with exhibits for service upon each defendant and the Attorney General. Upon receipt of the service copies, your amended complaint along with the USM 285 forms will be forwarded to the U.S. Marshal for service.

　　I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

/bad　　　　　　　　　　　　　　　　　　　　　　　　　PETER T. DALLEO
　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

cc:　The Honorable Joseph J. Farnan, Jr.