To: Peter T. Dalleo

From David DeJesus Sr.

Date 8-6-06

    On August 2 you sent me a letter saiding that the order Dated 7-21-06 that I was required to submit one copy of the amended complaint with exhibits for service upon each defendant and the Attorney General upon receipt of the service copies, of my Amended complaint along with the USM 285 form will be forwarded to the US Marshal for service

    Mr Peter I already sent the 285 form here is the Amended complaint copy, I want to thank you for your time, I do have problem with spelling & writing & reading, so I want to thank you for you helping me.

    Please help me, do you think I can get help with a lawyer? Thank you for all

06cv209 JJF

FILED
AUG - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

sincerely
David DeJesus Sr.



David DeJesus Sr
209513
PO Box 9561
Wilm De. 19809

US District court
clerk: Peter T. Dalleo
844 W. King St Lockbox 18
Wilm De 19801-3570



Thank you for letting me know that you all is getting to you, I hope this also gets to you. I's this all the things you need. I can't read or spell or write that good, I do the best because they don't like to help me, when the guys help me they do it (filling form) for me, so I do it with God help, I can't go ways with his help

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
AUG - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

(1) David De Jesus Sr 209513
  (Name of Plaintiff)    (Inmate Number)

Po Box 9561 Wilm De 19809
  (Complete Address with zip code)

(2) _____
  (Name of Plaintiff)    (Inmate Number)

_____
  (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Warden Raphael Williams
(2) Dana Boker   C-M-S
(3) William Joyce   C-M-S
  (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06-209-JJF
  (Case Number)
  ( to be assigned by U.S. District Court)

Amend

**CIVIL COMPLAINT**

yes
• • Jury Trial Requested

I.   **PREVIOUS LAWSUITS**

  A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

- A. Is there a prisoner grievance procedure available at your present institution? **(•Yes)** • •No

- B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • **(Yes)** • •No

- C. If your answer to "B" is Yes:

    1. What steps did you take? _medical Grievance_

    2. What was the result? _Deny_

- D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Rephool Williams_
Employed as _warden_ at _H-R-Y-C-I_
Mailing address with zip code: _PO Box 9561_
_Wilm De 19809_

(2) Name of second defendant: _Dana Baker_
Employed as _Health care Administrar_ at _H-R-Y-C-I_
Mailing address with zip code: _Po Box 9561_
_wilm De 19809_

(3) Name of third defendant: _William Joyce_
Employed as _Health care Administar_ at _H-R-Y-C-I_
Mailing address with zip code: _Po Box 9561_
_wilm De 19809_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I have put copy of the name of all my Defendants that are not helping me with my Health. Please help, I can't spell or write that Good

2. 

3. 

V. **RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the courts to get me help for my liver I need help and I want to sue for medical neglect and pain and sufering I want $1000000 for all they have put me through I am in pain and no

3

2. help can I get a lawyer to help me please

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __July__, 2__006__.

__David Dejesus Sr__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4