OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 10, 2006

TO: David DeJesus, Sr.
    Howard R. Young Correctional
    P.O. Box 9561
    Wilmington, DE 19809

RE: U.S. Marshal 285 Forms Civil Action # 06-209 JJF

Dear Mr. DeJesus:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your Amended Complaint, Copy of the Service Order, and Filing Fee Order, along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan Jr.;
    U.S. Marshal
    Pro Se Law Clerk