To: US District court clerk
from: David DeJesus sr
Date: 8-13-06
RE: The Exhibits

06-209 (JJF)

I write to send you this copy of the exhibits, Please thank you for working with me, I hope this is it that you ask for, I dont know what to do, I have problem spelling, writeing & reading, so thank you for all you done, I need help, Please help me. I could not get it staple so I put a form between them all

from
David DeJesus sr



FILED
AUG 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



David DeJesus sr
209513
po Box 9561
Wilm De 19809

Civil No 06-209-JJF
U.S. District court
844 N. King st Lockbox 18
Wilmington, Delaware 19801-3570