To: U.S. District court
From: David DeJesus sr
Date: 9-6-06
RE: letter from Dr's office.

    This is to show the court's that I wrote to my family Dr's office for help because I did not know who else to ask for help. You see I was getting help in the "st" on the 18 of this month of Sept 18 will be 11 month with no help at all. Please can someone come in see me, I am in pain, not eating that well, sleeping a lot. Please I don't want to die in here. "Please help me."

    Thank you also for your time May God Bless you all.

                             Sincerely
                             David DeJesus Sr
                             209513
                             PoBox 9561
                             Wilm De 19809

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE  2006 SEP -8 PM 2:46  BD scanned



# WESTSIDE HEALTH
*Quality Healthcare for the Entire Family*

**Administrative Office**
1802 W. Fourth Street • Wilmington, DE 19805
Tel: (302) 655-5576 • Fax: (302) 655-5949
www.westsidehealth.org

August 28, 2006

To Whom It May Concern:

David DeJesus has been a patient of Westside Health in the past. He has a history of hepatitis C. He recently wrote a letter to our office with concerns about this. If his Hepatitis C has not been addressed while he has been a resident of your facility, I do feel that drawing a liver profile and referring him to a Gastroenterologist (if his liver function is abnormal) would be an appropriate course of action. Thank you. Please call my office with any questions.

Sincerely,

Joi A. Johnson-Weaver, MD

---

**Main Office**
1802 W. Fourth Street • Wilmington, DE 19805
Tel: (302) 655-5822 • Fax: (302) 655-3541

**Wilmington Hospital Annex**
1400 Washington Street • Wilmington, DE 19899
Tel: (302) 255-1250 • Fax: (302) 255-1259

**Brookside Plaza**
27 Marrows Road • Newark, DE 19713
Tel: (302) 455-0900 • Fax: (302) 455-0902



**CiviGenics**
Delaware State Administrative Office
300 Water Street
Dover, DE 19904

August 17, 2006

David DeJesus
SBI# 209513
Howard R. Young Correctional Institution
1301 E. 12th Street
Wilmington, DE 19802

Dear Mr. DeJesus:

I am responding to you in reference to our most recent face-to-face meeting on August 9th, in which you requested entry into the Key Program. I have communicated with the Classification Department at your facility. They informed me that you were classified to the Delaware Correctional Center (DCC) in Smyrna, and not to the Key Program at this time.

Thank you for your interest and best of luck to you in your recovery efforts.

Sincerely,

Kevin McCann
Case Flow Manager

cc: HRYCI Classification Department

\* Here is a letter that they dont even want to help me with my recovery that I ask the Judge Peggy L Ableman for help, they have not care about her order.



David DeJesus Sr
209513
PoBox 9561
Wilm De 19809

U.S District Court
Lock Box 18
Boggs Federal Building
814 King St
Wilm De 19801

case 1:06-cv-209-JJF

LEGAL MAIL ONLY

U.S.M.S X-RAY

WILMINGTON DE 197
07 SEP 2006

$00.39
SEP 07 2006
MAILED FROM ZIPCODE 19802