IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 06-209-JJF |
| WARDEN RAPHAEL WILLIAMS, CMS, DANA BOKER, and WILLIAM JOYCE, | : |
|     Defendants. | : |

### ORDER

WHEREAS, Plaintiff David DeJesus, Sr. a prisoner housed at the Howard R. Young Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on September 8, 2006, Plaintiff filed a letter which the court construes as a motion for injunctive relief for treatment of his medical condition of Hepatitis "C" (D.I. 19) ;

THEREFORE, at Wilmington this _13_ day of September, 2006, IT IS ORDERED that:

1.   Defendants shall file a response to plaintiff's letter/motion (D.I. 19) on or before **September 20, 2006**.

2.   Plaintiff may file a reply on or before **September 27, 2006**.

                                                     /s/ Joseph J. Farnan, Jr.
                                                   UNITED STATES DISTRICT JUDGE