IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 06-209-JJF |
| v. | ) |
| | ) Jury Trial Requested |
| | ) |
| WARDEN RAPHAEL WILLIAMS, CMS, | ) |
| DANA BAKER, and WILLIAM JOYCE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that a copy of *State Defendant Warden Raphael Williams's Response In Opposition To Plaintiff's Motion For Injunctive Relief [Re: D.I. 19]* was served on September 21, 2006 upon the following individual by U.S. Mail:

David DeJesus, Sr.
Howard R. Young Correctional Institution
P.O. Box 9279
Wilmington, DE 19809

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendant Warden
Raphael Williams

Dated: September 21, 2006