To U.S District court
From: David DeJesus sr.                                06-209 (JJF)
Date: 9-26-06
RE: Answering all My Defendants. the answer came on 9-26-06.

    I dont know how to answer these lies. I can't spell or write that good or use big word. but I do ask the court not to Denie my injunctive relief motion. Please let me Bring this case to the court and so the Jury Trial can see that these people are trying to cover there self this is all my Defendants.

    I have not getting any help like they said, Yes I have said in letter that they call me down and take Blood. but they dont said that when I do go down to see medical is to read schedule me and not to help me, so if they said that they see me already month how come it took them a Deadline to see me?

    on the 20 of Sept 2006 they call me down, I thought it was for what happen to me on Sunday 9-17-06 that I got sicker but it was only to that they did somethin like schedule me to get a biopsy which I may never get. This happen on the Deadline that the US District court give not careing about my pain that I have, If it was not for the Deadline I would of never been call, The biopsy was to be Done 3 months ago.

    All my Defendants should pay and the warden one I did wrote to him because he run this Jail, but no help from him all he did is pass the letter down so he has alot to do with this case because he should put the rigth medical staff to help us.

    Please I need help, I dont want to Die in here

FILED OCT -2 2006 US DISTRICT COURT DISTRICT OF DELAWARE

and can I be move out of this Jail, I fear they will hurt me, has you can see in the news paper they even hurt there own guard's. Please SCI is the Jail they alway sent me there, and about my family Dr's from westside Health she know me and my Health so the put down does not help can we call or bring her in to show that I was getting help and that I need help soon.

Please if some thin happen to me dont let these people get away I want the help and I want to make it out to be with my little children, I want to be someone but these people dont care. As you can see they to has given me a hypothetical diagnosis simply dismiss my treement as acid reflux this of couse is not the problem.

Thank you for your time and also for careing for us to and hear our cases, Here are copy of letter to the warden asking him for help and can I Please get help with a lawyer Please I need help take care may God Bless you all for helping us

Sincerly
David Dejesus Sr

PS the copy are on there way they did not call me down to make copy they know what they are doing.



David De Jesus Sr
209513
Po Box 9561
Wilm De 19809

US District court
Lock Box 18
844 N King St
Wilm De 19801

LEGAL MAIL ONLY

U.S.M.S.
A.D.A.