To: US District court
From: David De Jesus sr
Date: 10-2-06
RE: Holding my mail          06-209 (JJF)

I am writing to you to let you know that the copy's are coming to let you know about the Worden. Please help if I was getting help why I'm in pain with no help the time that they look at me was the Deadline you give them so please dont Denied me. I been trying to send copy but they are holding my mail.

You see I dont get money so I have to put in a pay-To so when some one send me money they take it out but now they are sending them back on the Day I have to send my answer & copy but Give me time the copy are on there way. I had to wait to a nother C/o to Sign the pay To so it can go out. Thank you may the Lord Bless you all with any of your needs God Bless.



FILED
OCT - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

from
David DeJesus sr

This is to show you what I mean about a pay-to. I been putting these in 11 mouth I been here now they are sending the mail back, I dont know what else to do Please help me. Thank you I hope you can understand my writing & spelling I have problem with them.

send me copy of this Please

Pay-To: Treasury Dept
The Sum of: 3.00   and Cents
Address to whom sent:
U.S. District court
844 N King St
Lock Box 18
Wilm De 19801

Date: 9-28-06
Amount: $ 3.00
SBI# 209563
Log #
Check #
Date of Ck

David Dejesus
Inmate Signature
C/O Signature
Lieutenant Signature if Over $100.00
Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

DeJesus —
DO NOT FILL OUT THE AMOUNT, IT HAS TO BE WEIGHED + THE MAILROOM WILL FILL OUT AMOUNT
WE NEED A NEW PAY TO

WILMINGTON DE 197
03 OCT 2006 PM 3 T

LEGAL MAIL ONLY

United States District Court
844 N. King St
Lockbox 18
Wilm De 19801

19801+3518

David De Jesus sr
209513
Po Box 9561
Wilm De 19809