Case 06-209-JJF

To The court us District court          9-28-06

sorry they took me today to make copy
to show the court that the warden
was told about my Health
and letter asking someone not to send
me to D.C.C because I will be Kill. because
I help the W.P.D to Drug Bust many so they
always send me to S-L-I Please get me
out of here it show also that they dont
care and sending me to D.C.C

                                    from
                                    David Dejesush

B and they take money out and I am a chronic
care P copys on the lest

Please help me, I am sick and in pain
they are not caring like they said they are

# HOWARD R. YOUNG CORRECTIONAL INSTITUTION
## RECEPTION AND DIAGNOSTIC UNIT (RDU)

To: David De Jesus      Unit: 2L ||      SBI # 209573

From:      Counselor Nye, RDU

Date:      May 2, 2006

Subject:      Initial Classification Recommendations

On April 27, 2006 _____ you were recommended by the Initial Classification Board for:

| Security: | Institution: | Programs: | |
|-----------|-------------|-----------|---|
| ___ Community | ___ HRYCI | ___ Key | ___ Alternatives to Violence |
| ___ Minimum | ✓ DCC | ___ New Visions | ___ Mental Health _____ |
| ✓ Medium | ___ SCI | ___ Life Skills | ___ Transition Unit |
| ___ Maximum | ___ WCF | ___ DUI Program | ___ Pre-Release Class |
| | ___ WR (via VOP) | ___ Work Pool | ___ Personal Challenges |
| | | ✓ Education | ___ Substance Abuse Reality (SAR) |
| | | ___ YCOP | ___ Family Problems |
| | | ✓ Greentree | ___ Crest |

This **recommendation** will be forwarded to the Central Institutional Classification Board (CICB) for **approval** or **disapproval**. You will receive notification from the CICB only if they approve something **different** than the ICB recommendation.

Comments: _____

_____

_____

Approximate Date of Next Classification: 10/06

9·21·06

To· whom it May Concern,

My Name is David Dejesus and I am currently engaged in a tug of war with the Medical and Correctional staff of the Howard R. Young facility. We've been back and forth over my health issues, for which I have a lawsuit pending. It seems that I am being Retaliated against for sub-mitting a claim in court.

Last week sometime I was in a great deal of pain. I informed the C.O. who in turn informed one of his superiors, a corporal. The Cpl. did make arrangements for me to go to the infirm-iry but I was neglected for over an hour sitting waiting in pain. I was still waiting for assistance when a lieutenant (Sabato) confronted me in a alarming and aggressive manner. He began to yell at me as if I was recieving special treatment by being sent down by the corporal, instead of following the two to three week process of submitting a sick call slip.

He really added insult to in-jury caused by his own staff by raising his voice at me because of a procedure

That I "Failed to follow." And after all of that I still wasn't seen by anyone. A male nurse informed me that I would be called the following day which was Monday, Sept. 18 2006. Nevertheless, I wasn't seen until Wednesday the 20th.

On Wednesday I was ridiculed by the Medical staff who conducted themselves in a very surly and sarcastic manner about my situation, All the while I'm still in pain. By the end of this visit I was still in pain and I still hadn't made very much progress. I was sche-duled to go to an outside Hospital, given three Alamags, A box of APAP-Acetamin-ophen 325 mg tablets for non-aspirin pain relief, for which they charged me six dollars ..., And I am a chronic patient.

On top of the latter, they gave me a hypothetical diagnosis simply dismissing my torment as acid reflux This ofcourse was clearly not the problem. His semiology was derived without any examination, my pain was reduced to a guesstimate. This is the same unprofessional behavior that got me in this predicament initially.

In closing I just don't feel safe here. I feel that because of the pending lawsuit, I've become a target. I am neglected the proper medical attention and insulted. I am often made to feel like I'm wrong for asking for help when I'm hurting. They are opening my legal mail, violating my rights ... I'm just tired of the harassment.

This is an ongoing thing that has drained me mentally and emotionally, I am truly exasperated. I feel these are tactics to intimidate me from moving forward with the litigation. I really don't feel healthy. I actually feel like I'm dying. Bottom line ... I don't feel I should be in the care of people who has a grudge against me for opposing their own negligence. Again, I really feel like I'm dying and I just hope that's not what would have to happen in order to recieve results. Thank you for your time ...

Sincerly,

David DeJesus

To whom it may concern
From David DeJesusSr
Date 9-21-06

    I dont know how to start this letter on sunday 9-17-06 I got a lot of pain, so they told me we put you down to see a Dr the next day because we dont have none today.

    Now I get a letter from US District court on the 9-18-06 that order these people to answer my motion by sept 20, 2006 so now I will not know if they seen me for what happen to me on sunday 9-17-06 or because of the Dead line on 9-20-06 thats when I was seen but never check when I seen the Dr niaz I said what happen that you was to see me in 3 month 6-14-06 he said to me see you in a month now its 3 month. Dr Niaz said may be we was busy, I said thats crazy in the "st" I go to the Dr and get help than a nurs by the name bracla I think thats how you spell it said Your not on the "st", I said to her you tell that to the US District court she did not said any thin so he put me down to get a biopsy that was to be done 3 month ago, He did told me Dr Niaz Yes we was to see you 3 month ago that hurted me so much how they play with people life, But has long as I live I will not let these people do this to us, if I die Please dont let these people kill other no more. Take care may God Bless You all

                                               sincerly
                                               David DeJesus Sr

To : Warden
From : David De Jesus sr
Date : 5-25-06
RE : help

My name is David De Jesus sr this is the lest letter I write to you for help, because I am not getting no help at all for my liver I am sick with Hep C and in pain it is hurting more and no one care to help me at all they take Blood and next week again for the same thin like they are lossing them, I been in here 7 month with no help.

If I die in here know that I did let all know and no help.

your copy
family
my

from
David Dejesus sr

To the warden

My copy

8-30-06

I am David DeJesus sr 209513. I was to see a Dr 2 month ago on 9-14-06 will be 3 month when the Dr said I see you in a month for my liver. I am filling more weaker can't eat that well, sleep a lot. I have a bad liver 1o month no help do you want me to die in here or what?

The C/o always telling me you get a 24 for sleeping. I am sick they dont care Please for the love of God help me I dont fill good and I dont wont to Die in a place like this. Thank you for your time

from
David DeJesus se
24-12

To Mr John
From David DeJesus sr
Date 9-26-06

I need to go down to get copy for the us District court
and lawyer I have in to 9-27-06 Please call Me down
soon Please . I need this soon Please

Thank you for your help

from
David Dejesus sr

I write to you to find out if you got my paper
work, I send to get copy for my lawyer? I think they are
messing with my mail, because you always send my copy
the next day I am worry

from
David Dejesus Sr

copy your
my
lawyer



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*       *David DeJesus, 209513*
            *Y Pod*

*FROM:*     *Warden Raphael Williams*

*DATE:*     *June 5, 2006*

*SUBJ:*     **YOUR RECENT CORRESPONDENCE**

    *Your correspondence has been forwarded to Mr. Joyce for review and any action deemed appropriate.*

*RW:adc*

### *DISTRIBUTION*

*William Joyce, HSA*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*        *David DeJesus, 209513*
             *Y Pod*

*FROM:*      *Warden Raphael Williams*

*DATE:*      *August 31, 2006*

*SUBJ:*      **YOUR RECENT CORRESPONDENCE**

   *The medical unit has been alerted to your concern.*

*RW:adc*

## *DISTRIBUTION*

*William Joyce, CMS*
*File*

my copy

To Depty warden

My Reson for writing to you is that I am not getting th
help you oder and not doing what you ask them to
help me, I need to see someone I need medical
tretment for my liver at one time the Dr oder
heart burn, ointment, vitomins when I go to ask
for it they brush me of like a child that hurt

But the most importont one is my liver no
help and the classify want to send me to Aver
vision not worry about my Health or Sfty, I
have alot of Co-Defend in this Jail e DCC
I told mis Wye she just said tell the c/o in na
vision like she dont care all she care is to
get someone in a pognom I been always
sent to Georg town because I have alot of co-
Defend

    Please help I need hale one for my liver
in one because I use to help the w-P-D to
Bres Brest man so please help me with this
            Thank you for your help
                        from
                        David Deforel

Le I am ok in this Pod I Just have to be
conefel when I leave this pod



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 429-7747
Fax: (302) 429-7716

Mark Emig
Deputy Warden II

## *MEMORANDUM*

*TO:*       *David DeJesus, Sr. 209513*
            *2L11*

*FROM:*     *Deputy Warden Mark Emig*

*DATE:*     *May 11, 2006*

*SUBJ:*     *YOUR RECENT CORRESPONDENCE*

*Your recent correspondence to this office has been forwarded to Mr. William Joyce, Medical Director, for any action/response deemed appropriate.*

*ME/co*

*DISTRIBUTION*
*William Joyce*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

### *MEMORANDUM*

*TO:*         *David DeJesus, 209513*
              *Y Pod*

*FROM:*       *Warden Raphael Williams*

*DATE:*       *May 30, 2006*

*SUBJ:*       ***YOUR RECENT CORRESPONDENCE***

*The medical unit will address your concern.*

*RW:adc*

### *DISTRIBUTION*

*Mr. Joyce, HSA*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 429-7747
Fax: (302) 429-7716

Mark Emig
Deputy Warden II

## *MEMORANDUM*

*TO:*     *David DeJessus, Sr. 209513*
          *2L-11*

*FROM:*   *Deputy Warden Mark Emig*

*DATE:*   *May 2, 2006*

*SUBJ:*   ***YOUR RECENT CORRESPONDENCE***


*Your recent correspondence to this office has been forwarded to the Medical Office and to Pam Minor, Classification Treatment Administrator, for any action/response deemed appropriate.*


*ME/cjo*

***DISTRIBUTION***
*Medical Office*
*Pam Minor, Classification Treatment Administrator*
*File*



## Howard R. Young Correctional Institution
### Services Request Form

DATE: _4-16-06_    COUNSELOR: _Deller_

NAME: _David DeJesus sr_    SBI# _209513_    HOUSING UNIT _2-L 11_

## CHECK AND SPECIFY THE APPROPRIATE INFORMATION  BELOW.
## PLEASE MAKE ALL REQUESTS BRIEF AS LENGTHY RESPONSES MAY
## NOT RECEIVE IMMEDIATE ATTENTION.

✓ **REQUEST FOR CLASSIFICATION ACTION**
____ **CLASSIFICATION INFORMATION**
____ **PROGRAM PARTICIPATION (PROGRAMS, WORK, EDUCATION)**
____ **INDIVIDUAL COUNSELING (MENTAL HEALTH)**
✓ **HOUSING ASSIGNMENT CONCERNS**
____ **STATUS, CHARGES OR OTHER RECORDS CONCERNS**
✓ **OTHER (SPECIFY):** _my liver, chronic pain and doctor 6 month_

### PLEASE PRINT ALL INFORMATION

_I have been sentence for almost 2 month no one has_
_come to see me, I am sick I have a bad liver no_
_help and I am on the floor sick, I don't care if_
_the put me in the INF to live I need treatment_
_I'll bed in sick can I get help?_

### DO NOT WRITE BELOW THIS LINE
### FOR DEPUTY WARDEN'S USE ONLY

WARDEN, DEPUTY WARDEN OR SECURITY SUPERINTENDENT'S RESPONSE:
_Submit a sick slip to your C/O to see medical. We will call them also._
_Your case was assigned to Ms. Nyce for your initial classification._

## A RESPONSE MAY BE MAILED TO YOU OR HANDLED BY THE APPROPRIATE
## CORRECTIONAL STAFF.  ALL RESPONSES WILL BE HANDLED ACCORDINGLY.

FORM#: 384 (2-part ncr)

To Warden                                                    6-4-06

I write to you so you can know about a nurse name Branda. I was at the window getting my Am meds she denied me because of she not been the reguler nurse that wrong I am in pain, so she can said no to me.

Maybe she got the wrong cureer our she should let someone who would like to help. I already have problem getting help so she can said no to my Health, when the Dr prescried it for my pain.

Please can you help, I ask her name she did not want to give it me. Thank you for your time.

cc
your
my
Lawyer

To The warden

My reson to write to you is because they are not careing what I am saiding, this is to let all Know if somethin happen to me in D.C.C it will be in Yoll hands because I did told all that I help Drug Bust buys for wiлm P.D. all I need is to be read classified to a poogrom at "SCI" there is where they alway sent me,

still I got A write up that is not My! Is it because I rove a law sue that you all are not caring if I get Kill like the Guy that Got sent to D.C.C in got Kill.

so if I get Kill I did let you all Know here at H-R-Y-I take care Last letter please help. I am already sick with no care now they are sending me to get Kill in D.L.C when I told the counselor who classified me é Pour minor but I Guss it the lawsue. if they can't fix they move it. Rember the buy Jeraraine wilson

opy to
ACLU
My Lawyer
My family
Rev Christopher Bullock

from
David DeJesus Sr
David DeJesus Sr

This so you cou see what they are doing to me riabriaca that i did let them know



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*      *David DeJesus, 209513*
           *2L Pod*

*FROM:*    *Warden Raphael Williams*

*DATE:*    *March 29, 2006*

*SUBJ:*    *YOUR RECENT CORRESPONDENCE*

*Your recent correspondence to attorney Sidney Balick has been returned to me. I have alerted the medical department to your concerns.*

*RW:adc*

## *DISTRIBUTION*

*Dana Baker, Health Care Administrator*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*      *David DeJesus, 209513*
           *Y Pod*

*FROM:*    *Warden Raphael Williams*

*DATE:*    *September 22, 2006*

*SUBJ:*    **YOUR RECENT CORRESPONDENCE**

   *There is no discipline in the system for dangerous contraband.  You have 24 hours loss of all privileges for possession of non-dangerous contraband (sneakers) June 24, 2006 and failing to obey an order June 23, 2005.*

*RW:adc*

## *DISTRIBUTION*

*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*      *David DeJesus, 209513*
          *2Y*

*FROM:*    *Warden Raphael Williams*

*DATE:*    *July 24, 2006*

*SUBJ:*    **YOUR RECENT CORRESPONDENCE**

   *Your correspondence has been forwarded to the Classification department and Captain Berrgrum.*

*RW:adc*

## *DISTRIBUTION*

*Classification*
*Captain Berrgrum*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL FACILITY
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*        *David DeJesus, 209513*
             *Y Pod*

*FROM:*      Warden Raphael Williams

*DATE:*      *June 26, 2006*

*SUBJ:*      *NON-DANGEROUS CONTRABAND*

*On June 24, 2006 you were found in possession of an extra pair of sneakers; therefore, they were confiscated as contraband and will be disposed of in accordance with facility policy.*

*It is your responsibility to adhere to the rules and regulations of this facility. Failure to do so will result in disciplinary action and/or additional criminal charges.*

*RW:adc*

### *DISTRIBUTION*

*Booking/Receiving*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*        *Captain Carol Jefferson*

*FROM:*      *Warden Raphael Williams*

*DATE:*      *June 27, 2006*

*SUBJ:*      ***CORRESPONDENCE FROM OFFENDER DEJESUS***

*It appears he may have a valid point. The incident report reflects the sneakers were found in cell 2, but the offender is housed in cell 12. Can you please ensure the write-up was issued to the correct offender?*

*Thank you.*

*RW:adc*

### *DISTRIBUTION*

*Offender David Dejesus, Y Pod*
*File*

WILMINGTON DE, 19801
**Phone#: 302-429-7700**

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | | Incident Date: 06/24/2006 | Time: 10:50 | Confidential: No |
|---|---|---|---|---|---|

**Facility:** HRYCI Howard R.Young Correctional Institution                    **Followup Required :** No

**Associated Disciplinary Report #(s)** 3015733

**Incident Location:** Pod 2Y

**Location Description:** 2y cell 2

**Violated Conditions:** 2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**

On the above date and time the Security Team was in the area. While searching through cell 2, C/O Kadow  found an extra pair of DOC sneakers.  I/M Dejesus, David (sbi# 209513) claimed ownership of said item. I/M Dejesus knows that all I/M's are alowed one pair of sneakers unless you are an inmate worker.  I/M notified of 24 LOAP.
<<<<<EOR>>>>>
L/W N/F
Disciplinary Report Filed

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A                                         **Date Collected:** N/A

**Discovered By :** N/A                          **Secured By:** N/A

**Type of Force Used** [ ]   PHYSICAL   [ ]   CHEMICAL [ ]   STUN [ ]   OTHER   [ ]   CAPSTUN [X]   NONE

**Restraints Used**   : N/A

**Immediate Action Taken:**
24 LOAP

| | Individuals Involved | | | |
|---|---|---|---|---|
| **Person Code** | **Name** | **SBI#** | | **Title** |
| Staff | Carl, Pragg J | N/A | Correctional Officer | |
| Staff | Michael, Kadow | N/A | Correctional Officer | |
| Inmate | David, Dejesus  S | 00209513 | N/A | |

**Reporting Officer:** Pragg, Carl J (Correctional Officer)          **Entered By:** Pragg, Carl J (Correctional Officer)

| | Approval Information | |
|---|---|---|

[X] **Approved** [ ] **Disapproved  Date:** 06/24/2006 **Approved by:** Currington, Lynn  (Co Corporal/Sgt. - Large Inst.)

**Comments:** N/A

**Page 1 of 1**

To captain Caral Jefferson

I hope i pray all is well my reson to write to you is about a memorondum I got saiding that I got a write up for some sneaker

captain I am in cell 12 not 2 the C/o know he put the wrong name can you please get this write up fix, I am sick to worry about getting any write up, I have a bad liver that this Jail is not helping me

Please help me with this

from
David Dejesus Sr

To Warden Williams

Freday
9-25-06

you said I have a 24 hours loss of all privileges for Possession of non—dangerous contraband Sneakers. on June 24-06 that's the one that it's not my, I wrote to you before, you said that you would fix it, the C/o carl, Praygg I know that it was Cell 2 not Cell 12 wrong name & wrong cell, I never did the 24 so the Memorandum you sent me on sept 22-06 is still wrong I dont need some one Eise write up Pleas help me,

cc
your copy
my lawyer
my self

from
David Dejean I.
24-26951?

Here is copy of the last Memorandum

My record to write is because of the memorandum for non-Dangerous cantraband on June 24-06. Its not me the C/o Know They put the wrong name on it how that happen I dont know wh but I dont want no write up that I did not do, one I am sick. hink of getting in any problem. I am the one with the bad liver.

Mr Rivera and other C/o Know it is cell 2# that got this Please before you Judge me ask other C/o. I will like to see a Lt to Show him

I need help not any write up with treatment that medica has not given me. Please help me not disciplin me

from
David Dejesue Sr

copy To
The warden
My
Lawyer ACLU, stephen A Hampton, Bruce L. Hudson.
My Self

my copy

To Depty warden
    I write to you for your help Please I am in
pain wors still no help like it they want me
to Die in here you are the only one who help
Please you send me down they said we will let
you talk to sodeoue never Please help ~~I~~ I am
in pain They never have sickcall in this pod. thats
what they tell me the Wo can you come in see
me, I have so much that can help. This pod is
crazy I need rest. '
PS even if they put me in the INF
        Please help MC

                        Thank you
                        ~~David~~ David Dejesus
Please help I have 3 kids        2-L-209513
If 7, 2 I wont to moke it out in stay out if I dont
get help I will Die

## Howard R. Young Correctional Institution
## Services Request Form

DATE: 6 - 14 - 06 _____ COUNSELOR: _____

NAME: David DeJesus Jr SBI#209513 _____ HOUSING UNIT 2Y - 12

## CHECK AND SPECIFY THE APPROPRIATE INFORMATION BELOW.
## PLEASE MAKE ALL REQUESTS BRIEF AS LENGTHY RESPONSES MAY
## NOT RECEIVE IMMEDIATE ATTENTION.

✓ **REQUEST FOR CLASSIFICATION ACTION**
____ **CLASSIFICATION INFORMATION**
____ **PROGRAM PARTICIPATION (PROGRAMS, WORK, EDUCATION)**
____ **INDIVIDUAL COUNSELING (MENTAL HEALTH)**
____ **HOUSING ASSIGNMENT CONCERNS**
____ **STATUS, CHARGES OR OTHER RECORDS CONCERNS**
____ **OTHER (SPECIFY):** _____

### PLEASE PRINT ALL INFORMATION

Today I went to the Dr and he told me that my life is bad really bad so it you can can you help me with a 4217 I dont want to die in here and Please help and are they going to let me stay here and not move me to OCC. Please help me

## DO NOT WRITE BELOW THIS LINE
## FOR DEPUTY WARDEN'S USE ONLY

WARDEN, DEPUTY WARDEN OR SECURITY SUPERINTENDENT'S RESPONSE:

_____
_____
_____
_____
_____
_____

A RESPONSE MAY BE MAILED TO YOU OR HANDLED BY THE APPROPRIATE
CORRECTIONAL STAFF. ALL RESPONSES WILL BE HANDLED ACCORDINGLY.

FORM#: 384 (2-part ncr)



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*        *David DeJesus, 209513*
             *Y Pod*

*FROM:*      *Warden Raphael Williams*

*DATE:*      *September 26, 2006*

*SUBJ:*      **YOUR RECENT CORRESPONDENCE**

  *The matter is referred to Captain Jefferson.*

*RW:adc*

## *DISTRIBUTION*

*Captain Jefferson*
*File*

**Howard R. Young Correctional Institution**
**Services Request Form**

DATE: _7-4-06_____    COUNSELOR: _P_____

NAME: _David DeJesus Sr_  SBI# _209513_  HOUSING UNIT _2 Y / 2_

**CHECK AND SPECIFY THE APPROPRIATE INFORMATION BELOW.**
**PLEASE MAKE ALL REQUESTS BRIEF AS LENGTHY RESPONSES MAY**
**NOT RECEIVE IMMEDIATE ATTENTION.**

_____ REQUEST FOR CLASSIFICATION ACTION
_____ CLASSIFICATION INFORMATION
__✓__ PROGRAM PARTICIPATION (PROGRAMS, WORK, EDUCATION)
_____ INDIVIDUAL COUNSELING (MENTAL HEALTH)
_____ HOUSING ASSIGNMENT CONCERNS
_____ STATUS, CHARGES OR OTHER RECORDS CONCERNS
_____ OTHER (SPECIFY): _____

**PLEASE PRINT ALL INFORMATION**
I wish it some one can please let me know where
I stand the Judge oder program and none, I even ask
for a status sheet none I put a for to and still none
can you help me get help, Thank you

**DO NOT WRITE BELOW THIS LINE**
**FOR DEPUTY WARDEN'S USE ONLY**

**WARDEN, DEPUTY WARDEN OR SECURITY SUPERINTENDENT'S RESPONSE:**

**A RESPONSE MAY BE MAILED TO YOU OR HANDLED BY THE APPROPRIATE**
**CORRECTIONAL STAFF. ALL RESPONSES WILL BE HANDLED ACCORDINGLY.**

7/17/06
mr. DeJesus,
You have been class. freed to DCC to complete
the Greentree program. Once a bed becomes available
you will be transfered.
Please be patient.
Continue to contact the records dept. in reference
to your Status sheet.

FORM#: 384 (2-part ncr)

**Delaware Department of Correction**
**Health Care Services Fee Sheet**



====================================================================

**Inmate Name** DeJesus    David    **SBI #** 209513

     (Last, First MI)

**Facility** Hayer    **Date** 9/17/06

    ✓ **Chargeable Visit**                **$4.00**
    ___ **Non Chargeable Visit**          **-0-**
    ___ **Medication Handling Fee ($2.00 X ___ )**   $ 2

**Total Amount Charged To Inmate Account**    $ 6.00

**Health Care Staff Signature:** _____

====================================================================

**I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.**

**Inmate Signature:** _____ **Date:** 9/17/06

**1) *Witness Signature:** _____ **Date:** _____

**2) *Witness Signature:** _____ **Date:** _____

====================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by _____ Date _____
Copy:    Inmate Medical Record (yellow)
        Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

# Delaware Department of Correction
## Health Care Services Fee Sheet



=================================================================

**Inmate Name** _____    **SBI #** _____

(Last, First  MI)

**Facility** _____    **Date** _____

| | | |
|---|---|---|
| ___ | **Chargeable Visit** | **$4.00** |
| ___ | **Non Chargeable Visit** | **-0-** |
| ___ | **Medication Handling Fee ($2.00 X ___ )** | **$** _____ |

### Total Amount Charged To Inmate Account      $ _____

**Health Care Staff Signature:** _____

=================================================================

## I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** _____    **Date:** _____

**1) *Witness Signature:** _____    **Date:** _____.

**2) *Witness Signature:** _____    **Date:** _____

=================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance.  Any funds received by you will first be applied to any negative balance.  Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release.  Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:

Original:  Facility Business Office      Posted/Entered by _____ Date _____

Copy:     Inmate Medical Record (yellow)

      Inmate (pink)

*Only needed if inmate refuses or is unable to sign.

**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

9 x 12

strict court, I put this in on the 29 of september because the c/o on

Tuesday 26 did not sign the Pay - To , I have to put it in because

I don't get money from any one so if some one send me money they

take it out, but now I am having problems they now send it back

on the 2nd of oct because I put in the amount, I never had

any problem the 11 mouth I been here now on the day I have to

give a answer to the court they are holding my mail to the

court. Please help me

from

David D geune l

UNITED STATES POSTAGE
$01
02 14
0004615572  OCT
MAILED FROM ZIP CODE

Daniel De Jesus Sr
209513
Po Box 9561
Wilm De 19809

US District court # 06-209-JJF
844 N King st
Lock Box 18
Wilm De 19801

U.S.M.S
X-RAY

Legal Mail