**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID DEJESUS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 06-209-JJF |
| v. ) | |
| ) | Jury Trial Requested |
| ) | |
| WARDEN RAPHAEL WILLIAMS, CMS, ) | |
| DANA BAKER, and  WILLIAM JOYCE, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT WARDEN RAPHAEL WILLIAMS'S MOTION TO DISMISS**

COMES NOW, the Defendant Warden Raphael Williams, by and through his undersigned counsel, and hereby moves this Honorable Court (the "Motion") to enter an Order, substantially in the form attached hereto, dismissing with prejudice all claims against him pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In support of the Motion, Warden Williams has filed simultaneously herewith State Defendant Warden Raphael Williams's Memorandum Of Points And Authorities In Support Of The Motion To Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

- 2 -

WHEREFORE, Warden Williams respectfully requests that this Honorable Court enter an order, substantially in the form attached hereto, dismissing the claims against him with prejudice.

                                  **STATE OF DELAWARE**
                                  **DEPARTMENT OF JUSTICE**

                                  */s/ Erika Y. Tross*
                                  Erika Y. Tross (#4506)
                                  Deputy Attorney General
                                  820 North French Street, 6th Floor
                                  Wilmington, Delaware 19801
                                  (302) 577-8400
                                          Attorney for Defendant Warden
                                          Raphael Williams

Dated: October 23, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DAVID DEJESUS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 06-209-JJF |
| v. | ) | |
| | ) | Jury Trial Requested |
| | ) | |
| WARDEN RAPHAEL WILLIAMS, CMS, | ) | |
| DANA BAKER, and WILLIAM JOYCE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon Defendant Warden Raphael Williams's Motion To Dismiss pursuant to Federal Rule Of Civil Procedure 12(b)(6) (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Complaint filed in the above-captioned action is **DISMISSED WITH PREJUDICE** as to Defendant Warden Raphael Williams.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on October 23, 2006, I caused a true and correct copy of the attached *Defendant Warden Raphael Williams's Motion To Dismiss* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

David DeJesus, Sr.
Howard R. Young Correctional Institution
P. O. Box 9279
Wilmington, DE 19809

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400