To US District court
From David De Jesus sr
Date 10-15-06
RE: Help and letter                                     06209 (JJF)

I pray that all is well, I write to ask the court about the Docket Text "Document number 27, I have not gotting any letter from CMS to answer that is due 12-4-06 so can you let me know what this Document means?

Now Here are copy of a sick call and medical Grievance that I am putting in they are not caring about my pain at all, They want to hurt me "now", What do I have to do to get help if I Die all will get away.

Please, Please for the Love of God help me I am in fear that they will hurt me.

all the nures said they sell pain medication in commissary. I don't get no money to by some. Please if I die don't let this Jail get away with this. I am not an Animal, even they get good help than us.

What Else can I do or who Else, all I have now is God than your court.

Take care may the Lord Bless you in all I hope this letter is getting to you all my other mail is some how getting loss, but I can't do any thin.

from
David DeJesus Sr



BO scanned

**Service of Process:**

1:06-cv-00209-JJF DeJesus v. Williams et al

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from dab, entered on 10/6/2006 at 9:12 AM EDT and filed on 10/5/2006
**Case Name:**       DeJesus v. Williams et al
**Case Number:**     1:06-cv-209
**Filer:**
**Document Number:** 27

**Docket Text:**   *Is this for me* ↙
WAIVER OF SERVICE returned executed For CMS waiver sent on 10/3/2006, answer due 12/4/2006. (dab, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/6/2006] [FileNumber=283834-0]
[b08ac62980e506710ad6afc2b71bf8e9fefb1c38576a83285adaed6db779895eaa07
6bf6cb62b03ab7d09e749cddd08c5480b6d6c339123a2bc43f79e605fd49]]

**1:06-cv-209 Notice will be electronically mailed to:**

Erika Yvonne Tross    Erika.Tross@state.de.us

**1:06-cv-209 Notice will be delivered by other means to:**

David DeJesus, Sr
Howard R. Young Correctional
P.O. Box 9561
Wilmington, DE 19809

h    ecf e  c  c   c  cg  b          ch

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: H.R.Y.C.I   DATE SUBMITTED: 10/13/06

INMATE'S NAME: David DeJesus   SBI#: 209513

HOUSING UNIT: 2y-12   CASE #: ONgoing

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 10/13/06

TYPE OF MEDICAL PROBLEM:

Today I went to sickcall for a clicking in my jaw the doctor gave me a diagnosis then told the Nurse to refer me to an oral doctor. She said 'No' and told me to put in a sick call slip. And as for the tremendous amount of pain I'm in she told me that 'They sell pain medication in commissary' it seems every since I filed for a lawsuit I've been 'the Enemy' when all I want is help. I've put up with Apathy and staff with Attitudes. And Bottom line All of this ill will is extremely inessential

Thanx 4 your time.

GRIEVANT'S SIGNATURE: David DeJesus   DATE: 10/15/06

ACTION REQUESTED BY GRIEVANT: I just want help and to Not be treated like an Animal. It is this same treatment that put us in opposition in the first place and if thats too much, due to the conflict of interest Id like to be moved to Another facility.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I.    (GANDER HILL)

This request is for (circle one): MEDICAL (**DENTAL**) MENTAL HEALTH

David DeJesus Sr
**Name (Print)**

2Y-12
**Housing Location**

-69
**Date of Birth**

209513
**SBI Number**

10-15-06
**Date Submitted**

**Complaint (What type of problem are you having)** I am putting this in because the nurse told me to put this in the Dental nurse when the Dr told her to refer me to a Oral surgeon Dr Bukzin I am in pain can you help me Please

David DeJesus Sr
**Inmate Signature**

10-15-06
**Date**

The below area is for medical use only. Please do not write any further

**S:** _____

**O: Temp:** _____ **Pulse:** _____ **Resp:** _____ **B/P:** _____ **WT:** _____

**A:** _____

**P:** _____

**E:** _____

**Provider Signature and Title**    **Date**    **Time**

3/1/99 DE01
Form# MED 263

For liver pain







For pain

Some meds they have given me, not the liver Dr

The nurse give me this name, Its bad because the Dr refer me but the nurse told him I can put a sickcall in, In the "st" the Dr is the Boss. They are doing me wrong in here. Please help

from
David Dejesus Jr

oral surgeon
(Dr. Bukzin)

To Someone in the Mail Room                                     9-28-06

I write to see if my mail want out to A-C-L-U and the US. District court because I never get how much it was and can I get copy of the letter you sent me that you sent my mail back to my family Photo Please I dont get Mail like that or money can you let me Know somethin Please for the US District court I had a Deadline on 9-27-0 I hope you can help me

cc
your copy

from
David Defoursta



David DeJesus sr
209513
Po Box 9561
Wilm De 19809

US District court #1:06-CV-00209-JJF
844 N King st
Lock Box 18
Wilm De 19801

WILMINGTON DE 197
24 OCT 2006
$00.63⁰
OCT 24 2006
MAILED FROM ZIP CODE 19802

LEGAL MAIL ONLY