


BD scanned

To: U.S District court
From: David DeJesus sr
Date: 10-26-06 06-209
RE: There two sild not one.

I write to ask if my 42 U-S-C. 1983 is also denied? I dont want these people getting away, They have neglected me and let me be in pain and sufering, I will show the court & the Jury that they have not done what they are saiding they did, they have lie to the court, if they was helping me, I would of not sue them for medical neglect and for pain & sufering. I want all that I ask for in the Amend civil complant.

I do have a rigth to a hearing with a Jury let them hear the truth. I can't write or spell to said all they done but Please help me not to let these people get away with this, they have already hurt other, Please help stop them from doing it again, I am asking for help, I wrote to family, News for help also, I need help I am sick but can't get none. Yes my Eighth has been voilded with not given me the treatment I need to stay alive, thats cruel and unusual punishment, I will not rest into these people stop hurting and lieing to get away and kill other because of not helping us. a Year now and still no treatment for my liver.

I want to said How I am lieing Just dont belive them, there is two sild not one that I will Show in court. Sincerely Yours David Dejesus Sr



David De Jesus Sr
209513
PO Box 9561
Wilm De 19809
WILMINGTON DE 197
30 OCT 20
UNITED STATES POSTAGE
PITNEY BOWES
$00.39
02 1A
0004615572
OCT 30 2006
MAILED FROM ZIP CODE 19802
To US. District court
Lock Box 18
844 N King st
Wilm De 19801
Legal Mail