IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-209-JJF |
| WARDEN RAPHAEL WILLIAMS, CMS, DANA BAKER, and WILLIAM JOYCE | : |
| Defendants. | : |

## ORDER

WHEREAS, Defendant Warden Raphael Williams filed a Motion To Dismiss (D.I. 29);

WHEREAS, Plaintiff's Answering Brief to the Motion To Dismiss was due November 6, 2006;

WHEREAS, to date, Plaintiff has failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to the Motion **no later than Friday, November 17, 2006.** If Plaintiff fails to file a response, the Court will decide the Motion on the papers submitted.

November 9, 2006

_____
UNITED STATES DISTRICT JUDGE