To District court 06cv209JJF 11-14-06

this is to let you Know that I did Answer the motion on the 9-26-06, That why I need help, I dont Know how to read & speller Please work with me.

Here is the copy of the answer

I am sending more thins I Just wanted to get this one out by the 11-17-06 Please help me

from

David Dejesus Sr

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID DEJESUS, SR.<br><br>Plaintiff,<br><br>v.<br><br>WARDEN RAPHAEL WILLIAMS, CMS, DANA BAKER, and WILLIAM JOYCE<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 06-209-JJF |

**ORDER**

WHEREAS, Defendant Warden Raphael Williams filed a Motion To Dismiss (D.I. 29);

WHEREAS, Plaintiff's Answering Brief to the Motion To Dismiss was due November 6, 2006;

WHEREAS, to date, Plaintiff has failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to the Motion **no later than Friday, November 17, 2006.** If Plaintiff fails to file a response, the Court will decide the Motion on the papers submitted.

November 9, 2006

[signature]
UNITED STATES DISTRICT JUDGE

I did Answer this doc't NO why you did not get it, Here is copy of it

To: US [illegible]
From: David De Jesus sr
Date: 9-26-06 06-209

FILED
NOV 16 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Answer to all my Defendants answer came on the 9-26-06

I dont Know how to answer these lie. I can't spell or write that good or use big word. but I do ask the court not to Denied my Injunctive relief motion. Please let me bring this case to the court and so the Jury Trial can see that these people are trying to cover there self this is all my Defendants.

I have not gotting any help like they said Yes I have said in letter that they call me down and take Blood, but they dont said that when I do go down to see medical is to read schedule me and not to help me. so if they said that they see me already month How come it took them a Deadline to see me?

on the 20 of Sept 2006 they call me down, I thought it was for what happen to me on sunday 9-17-06 that got sicker but it was only to show that they did somethin like schedule me to get a biopsy which I may never get. this happen on the Dead line that the US District court give not careing about my pain that I have

The biopsy was to be done 3 month ago, if it was not for the Deadline I would of never been call.

All my Defendants should pay and the warden one I did wrote to him because he run this Jail, but no help from him al he did is pass the letter down, so he has alot to do with this case because he should put the rigth medical staff to help us.

Please I need help, I dont want to Die in here and can I be move out of this Jail, I fear they will hurt me has you can see in the news paper they even like to hurt there ow guards. Please S-C-I is the Jail they sent me there and about my family Drs From westside Health She Know me and my

Health so the put down does not help can we call or Bring her in to show that I was getting help and that I need help soon.

Please if something happen to me dont let these people get away. I want the help and I want to make it out to be with my little children. I want to be some one but these people dont care. As you can see they to has given me a hypothetical diagnosis simply disming my torment as acid reflux this of couse is not the problem.

Thank you for your time and also for careing for us to and here our cases Here are copy of letter to the warden asking him for help and can I Please get help with a lawyer Please I need help take care God Bless you all for helping us

Sincerly

David Dejesus Jr

David DeJesus SI
209563
PoBoX 9561
wilm De 19809

Ronald Reagan
39USA

WILMINGTON DE 197
15 NOV 2006 PM 2 T

06-209-JJF
us District court
844 N. King st Lock Box 18
wilm De 19801-3570

LEGAL MAIL ONLY

19801+3570