**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

**CARL C. DANBERG**
**Attorney General**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

November 20, 2006

[New Castle County-Civil Division]

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:  *DeJesus v. Williams, et al.,*
  **D. Del., C.A. No. 06-209-JJF**

Dear Judge Farnan:

Please allow this letter to reflect State Defendant Warden Raphael Williams's waiver of his right to file a Reply Brief in relation to his Motion to Dismiss (D.I. 29). Accordingly, State Defendant Williams rests upon the arguments contained in his Memorandum of Points and Authorities filed in support of the Motion to Dismiss (D.I. 30).

If you have any questions or concerns, please feel free to contact me at (302) 577-8400. Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General

EYT/vd
cc:   David DeJesus, Plaintiff