# Answer for All My Defendants

To: US District court # 06-209-JJF
From: David DeJesus sr
Date: 11-13-06
RE: My Eighth Amendment has been Violated

I write to ask the court to please dont let these people to get away with lies, They are neglected and are leting me in pain, If these people are and have see me so much, why have I not getting any meds, to help me figth the Hep C that is Killing me slow?

There is so much I have to said but my spelling and writing is not that good to express all these people done to me, you have see the news paper that these people dont care about helping us.

Here are somethin for the court to look at, I been here a year in a 1/2 where is the help they said? they are leting me die slow, dont denied me Please and dont let these people Kill any longer, by leting get away with lies

I ask the court to Please help me with a Rule 706 a court appointed experts and a court appointed lawyer I need help, I am sick in I got help in the St." I was gettins state help so I could get the help I needed for my Health, Dont I have rigths?

I dont want to die in here, I have 4 children who I Love and be able to be in there life they are still Young the older one is 11 year old the baby is 3 year old Please help me and other to see that we have rigth to. Thank you, Sincerely David Dejesus Sr

BD scanned

FILED
NOV 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

11-14-06

This. to show that yes they call me down for other thin to. I was seen 15 time by Dr Niaz the so call liver Dr out of all these visit one was when he rally sit down in told me that my liver was really bad. that was 6-14-06 than order more Blood work, all these Blood work still why have I not getting any treatmeant to help me figth my liver Infection.

If you can see the next time he seen me was 9-20-06 the Deadline for the US Court and I'm a chronic care if thats real I have not seen no one to this day?

15 visit to liver Dr
8 Blood order *
6 Blood taking out —

Why have I gotting no treatmeant to this day!

5-1-06

and on the Praliminary Report, they tell these people that my liver dont look smooth like it should

may 1 06

and the Diagnostic medical sevices said it appears coarsened in echotexture and about patient not fasting, how can you fast if no one let you know a head of time?

from
David Dejesus Sr

S PENN STATE, WESLEY WIN
BLUE HENS, HORNETS FALL



BOO! CREEPY MOVIES 55HOURS SUNDAY

dayNewsJournal
www.delawareonline.com
$1.50 • FINAL EDITION

# iselor: I was ordered to falsify inmate files

:ADLY PRISONS

ivestigation in The nted AIDS-related in- ides over the past four ioor medical treatment; illion contract awarded based Correctional ianage health care. he newspaper's series, of Justice's Civil Rights a preliminary inquiry of Correction's ate health care. Read awareonline.com.



Denise Rodriguez worked for CMS from 1999 to 2002.

## Ex-worker says she would have been fired if she hadn't fabricated entries before inspections

By LEE WILLIAMS and ESTEBAN PARRA
The News Journal

A former drug and alcohol counselor who worked for Correctional Medical Services at Gander Hill prison claims company officials ordered her to falsify documents so state inspectors would not pull the company's license to run a prison treatment program.

Denise Rodriguez, who worked for Correctional Medical Services at the prison's drug and alcohol treatment program from 1999 to 2002, said she would have been fired if she refused orders to fabricate entries contained in inmate files.

"I was told to do progress notes on people who were not my clients," said Rodriguez, now a substance abuse counselor at the Latin American Community Center in Wilmington. "I told them I didn't want to falsify the charts."

The order, she said, came from a supervisor at CMS, one of the largest correctional health care companies in the country.

"I received a chart that wasn't touched for four months," Rodriguez said. "I was told to 'catch the chart up' using previous statements from the client."

If an inmate had admitted a cocaine addiction, for example, Rodriguez said she was told to write that the client was making progress overcoming the problem – without ever talking to the inmate about the addiction. Other documents were back-dated or altered with correction fluid, she claims.

Rodriguez, a 37-year-old mother of three, said she decided

See PRISONS — A8

Brady ... ds

you see this is only one thin there are more

send other test also

12-18-05

Today I got pain in my Back sild and want to sleep in pain because the 4 to 12 told Me that they "nurse" could not do any thin about my pain it hurt, so I got up at 12 to 8 with much pain I told the C/o about my pain and that I put in sick call, they told me I may have to wait to someone in Sickcall to get a hold of me but he will get a led work to see, he told me I have to wait that they put me to see a Dr because there is no Dr on this shift this is how we are treted we are no one to these people. I was call for sick call but I also was call for court so I never was toking now a Lt help me because I was in so much pain I had to go to him for help, now I am in the INF to see whats the motter well they did stone test call work out, I stay 3 days and was sent back to a pod still with my pain but I will leave it in Gods hands.

---

11 or 12 P

they still have not given me my test they did for S.t.D. that hurted me because they want with a stick in my peins so it will be pain for nothing

My liver

1-27-06

I am filling pain on the sild that my liver is, if somethin happen to me so my family can sue this Jail for not helping me when I ask for help sice the time I came in, I let them know that my liver is hurting & is bad and that I needed to see a Dr, no help at all, so please know that I am sorry for what I did to all & my kids tell them I am sorry for leting them down and not being a good Dad Drug was more to me, but now I will do more if I make it out of here. Please in Jesus name amen.

1 * on the 1-27-06 they came asking all about if we had "Fesko" the Hold Pod then on the 28th they took us to the Gym to get "Fesko". they are afaird of somethin because they been letting us out for "Rok" not locking us down, The news paper are saiding bad things about "Del Jail" The Man Dr that seen me oder Blood work, This will be my 3rd "Blood work ask for, then no one come to give me that Blood work.

2 *

2-22-06

Today I want down to see a Dr but they was upset because they never give me no Blood work so he could not see me he told the women to get on the Blood work people, they said we see you again in 2 to 3 week and when I told the Dr that I have pain in my liver he Give me heart burn pill call "Ranitidine HCL 150MG Tabs.

2-24-06

4

3 day leter they dont know what they are doing the "Tabs"

3-1-06

I call the P.D. office to get help for my liver, I talk to a lady by the name of Lisa Shwin who told me she was going to call hear to the medical Dep and E-mail the warden. to help me at Lest so I can be helped.

3-8-06

Today they took me to get Blood work they ask me if I eat I said yes, she said you should not eating, I said no one said any thin to me, so she said we have to get you down tomorrow dont eat any thin, I said you sure you will get me, she said yes. lets see Its cruzy they never told me not to eat it was almost PM not AM I write more when they do come

5
well my God they came and took me to get Blood work, Thank God I am feeling sick I need help now lets see How long it will take for the Dr, to see me. I been writing to lawyer & news paper so some thin is happing.

---

6
3-17-06
Today 8 days latter again Blood work they loss the blood work or somethin happen because they took Blood now two time all I Just want is treatment and they taking there time with my Health or they are trying to make up there Blood work that they had to do 5 time, I even sing so they can get my record from westside so they can get them. I dont know what happen to that, I did this on oct /05 so it could help them I Guss they loss it to.

---

7 *
3-29-06
I wont again to Dr Niaz and again he said Blood work was sapose be taking, I said whate is going on that you took Blood work are you lossing my Blood work, he said see you in two weeks when they take Blood work out, I think they are trying to make up for all the Blood work they wos suppose to taks because I have put in a "law suit" they are not helping me, this will be a other Blood work taking 3 of them now, God Please help me with this I am in pain, I also seen the "Depty warden" with some people, I said down in sick call why no one is helping me with my liver he said there is a Dr and nurse why you are asking me I said because you are the "Depty worden" he did not said any thin to me than he said write to me. The "Depty warden call down so I can see a Dr

---

8
4-3-06
Today a women Dr seen me but she made a visit to get a all+sound to see my liver, but she is not the Dr for liver name Niaz he to is not helping me Just Keep making visit.

---

9
4-6-06
again on this day to take Blood, now they are taking to much Blood like they are lossing it, I am sick, I only wish they help me with treandent so I can live a little more but they dont care, now they are trying to look like they care when a lawyer I wrote for help send them a letter, they are scier of a law suit.

---

4-17-06
Today Monday at 9:? PM I seen a Dr he said if I got the shampoo he oder, I said no, he said it down like I did. I never sign for it but it show I sing for it. they are seing like the women who work here who was made to lie, now he oder it again 3 in shampoo, AED, vitment, now they have me as only shampoo, they give me 3 pill at once I than it was my vitment, 4 days later 4-21-06 they said I have no oder so what was

4-24-06

Today. at 9:00 PM or 10:00 the nurs Rob all ways and other dont call me to get my meds for My head that is hurting and they get mad a long with the women C/o from 2L at nigth at me for asking for them if they dont like the Job they sould not work here I Know the only wey this medical Dep will get better is if they cheage all the workers it will be better.

---

10

5-1-06

Today I wont to get a altruly sound of my liver. but he said I should not eat he still did it, no one told me not to eat.

---

5-2-06

Today they give me some meds, But at nigth never did its suppose to be my vitims & for my head they call me when they want.

---

5-3-06

Today they call me to see a Dr waited, waited than they told me they have to Bring me back a nother day, these people dont care to them we are animals, even they get treted better than us, Its bad they treat us like anmals, no A/c, I bee on the floor have taking cool shower because no hot water for days, A/c off for days like its on when they come to work off on weekends.

---

5-5-06

It took a spainsh Guy to go cruzy to get help they turn the A/c on it was hot like you could not Bruth, this is how we are being treated. I Know we are in Jail for being and doing bad thing but dont we have human rigth? one time they even told me I have 20/20 that was funny. She said that they have me down. only if they new that all my life I have bad eyes they lie on that.

---

11 *

5-10-06

Today again I was call to see the Dr he again said we have to take Blood I was mad I said why are you doing this to me you already took this Blood work out of me, I am in pain he said it may be "Gas" I Just got up in left it hurts yes Im crying why are they doing me like this, I am paying for my cram with 3 year again the same Blood work oder are they Lossing the Blood or they are trying to make up the Blood that was suppose to be done.

God Please help me.

5-15-06

Today again, 3 tip of tubs was taking and there is nothing I can do, only pray that God keep me alive.

5-16-06

I get move to the new sild, I fill sick with pain now I have to clim to where I have to sleep. also I ask them please dont send me to DCC because I have problem with man there that wants me Dead they still are sending me there I wrote asking for help they dont care.

5-22-06

Today I want to the eye Dr and again for no reson I tolol him my left eye is bad he said I have nothing wrong he was mad because I was telling him if nothing is wrong why I can't see good out of that eye so he said you are done no glasses or any thin. thats the help we get in here.

5-27-06

on this day the Dr seen me, but only give me again oder of the thins they have not giving to me like shampoo, A/D, ~~[illegible]~~.

6-1-06

again the Dr oder again all he can't believe that they dont give me these thin, so he oder musell relser for pain.

6-4-06

I want to get my meds the Am. nures Denied to give me the meds the Dr oder now I am geting it, because she was not the regular nures its wrong I already ave problem getting them for someone who dont want to work here to said no o somethin that can help me with my pain, she did not want to give me her name but I got it from a %.

6-5-06

Today they took me to see a women name Davi Mozie from center for Justice they refare me to A.C.L.U. I told her I have them already So I sign so they can send my record to them A.C.L.U.

6-6-06

I got a letter from a lawyer but the envelop was open they are now messing with my mail.

6-8-06

Today on this day at 9:00 Am or 10:00 they call me to go to the Medical Grievance Band to sign off I said no because they may leave it along if I sign off. Some man was there talking he said the Dr have you here saiding he have seen you, I stop him and said yes but dose not said he read schedulee tack more Blood & not to help me, they took so much Blood out now and still no help.

13 * 6-14-06

Today I want to see Dr Wiaz he told me that my liver is bad real bad and I need treatment. then again he read schedule me for more tested and see me in a month, I am so sick and No help, he said I give you somethin for pain, I said Please help I dont want to Die in here, I am afraid somethin will happen to me with out no help my Blood count is so up way up but none of this I said would of happen if you have Given me the help sooner, I would being on my way getting better,

6-16-06

Today I got the appeal form with lies saiding that they have see me yes they seen me but only to readschedule becausy they needed more Blood the Dr could not help me because Blood was never tooking, so he had to read schedule that they dont said.

6-22-06

They took X-Rey of my chess, dont Know why.

14 — 6-27-06

Today I wont to sickcall again 3 Tebs of Blood work I am so sick that they can do anythin they wont in get away with it. I wos going to refuse but I said no that what they want and this time it may be to help me, "sound Good.

7-6-06

Today 7-6-06 after 22 days that I put in to see mentel Heath they come. I put this in because of the bad news they Give me on 6-14-06 about my liver you tell me if they care? now lets see how long the mentel Dr take

7-25-06

19 days it took for the mental Dr to see me and said he can't help me because the meds mess the liver up, so there is no meds that can't help me mental that hurt

---

9-7-06

Today I call again the P:D office for help, to see if they can get me help, they said we did something for you in april the computer show it, but nothing was done, we will put it in again

---

* 9-19-06 *

on this day I wont to the C/o Tames around 5:00 Pm or 6:00 Pm in told him that I am in pain in pain woreser in tear he call his cpl in than they took me down to the INF all to tell me they could not do any thin and give me 3 Alamag Tablets and Apap non-Aspirin Pain Relief and put me to see a Dr the next day and give me a services Fee sheet Of $6.00 when I am a chronic care $4.00 for the visit and $2.00 for the meds. What was worse a Lt J. Saboto treated me bad he does not have the rigth to treat me like a dog if I am not given him no problem, I was in tears in ball up what could I do to him for him to treat me like he did, I am a row modell Inmate you can ask C/o & Inmate and no one will said any thin bad about me. I Just wont to do good so I can stay out and dont come back here.

---



9-20-06

15

I dont Know how to start this letter, they call me down, on the day US District court Deadline 9-20-06 one when I told him what happen when you was to see me 3 mouth ago Dr Niaz. said may be we was busy, I said thats cruzy in the st I get help and a nurse by the name Braba said this is not the st I said you tell that to the us District court, she did not said any thin; never did the Dr seen me only to put me down for a biopsy that should of been done 3 mouth ago, but the Dr looked and said yes I was to see you 3 mouth ago, so now I dont Know if it was to see me for what happen to me on sunday 9-17-06 or because of the Deadline of US District court never was check but only given heart burn or Aick meds so I will never Know, I was to see a Dr on monday its now wensday 9-20-06, I could of Die.

9-25-06

Today they came from C-M-S to ask me to sign my medical Grivance I said no, The mans name is scott from C-M-S, He told me that they give me help I said 11 mouth no help, in to give me treatmeant he said that my Blood level was to be Hi, I said Dr Niaz said it is and that I needed treatmeant that go to show that they dont really look at the medical Record, I said If you look you would find out that I was being seen in the st & that I sign for these people to get my medical Record from west sild Heatlh on 10-25-05 it will help them he said I did not see that I said I Know and I will not sign a nother one so Ya'll can cover it up.

on this day I want to see the Dental and He ask his nurse to refer me to the oral Dr Bukzin. I was so mad when she said He can put a sick call slip, I said he said for you to do this she said no you put in a sickcall and we see you, I said I am in pain from the clicking in my mouth she said they sell pain meds in commiser, I said I dont get money, so now I am in pain two time one my liver and my mouth, Is this because of the lowsue or do they need new people who would like to work and not tell the Dr what to do, I thoug that a Dr was the boss not a nurse he did ask her to refer me she said he can do it. They dont care to help me with my liver.

10-19-06

I want to a hearing for medical Grievance they try to said they are helping me, I said I am not saiding any thin, I know they not

10-25-06

on 10-25-06 they call me to see the oral surgeon but can't help me because they dont give out no mouth pice than they told me I will come back down after luch to see the Dr Niaz it never happe

11-7-06

Today I want to the nigth nurse to see me for my M-V-I & shampo that's all she said that she will talk to the Dr to give me these thin, lets see if they do

11-8-06

Today I was to see Dr Niaz but they send me back dont know why he did not see me this time this has happen three time 5-3-06, 10-25-06 and today

COMMENT

D.R.E. 705(a) tracks F.R.E. 705 in effect on December 31, 2000.

D.R.E. 705(b) was adopted in 1980 and is not contained in F.R.E. 705 or U.R.E. 705.

**Voir dire limited to bases of expert's opinion.** — Under a plain reading of subdivision (b) and its comments, the trial judge must limit voir dire to questions regarding the basis of, and not the substance of, the expert's opinion. Re v. State, 540 A.2d 423 (Del. 1988).

**Financial terms and conditions of merger.** — In a proceeding to determine whether a majority shareholder has met its fiduciary duty to the minority shareholders, an investment banking firm may give opinion testimony as to whether the financial terms and conditions of the merger were fair and equitable to the stockholders. Weinberger v. UOP, Inc., 426 A.2d 1333 (Del. Ch. 1981), rev'd on other grounds, 457 A.2d 701 (Del. 1983), aff'd, 497 A.2d 792 (Del. 1985).

**Testimony of economist based upon total loss of earning capacity** was admissible. McNally v. Eckman, 466 A.2d 363 (Del. 1983).

**Assurance by counsel of opposing testimony later in trial.** — Judge's decision whether or not to admit expert opinion testimony may not be based on the assurance by counsel of opposing testimony later in the trial; such an assurance fails to establish the facts underlying the expert's opinion and his reasons for it, as required by this rule. Fensterer v. State, 509 A.2d 1106 (Del. 1986).

**Testimony held inadmissible for failure to identify facts and data underlying opinion.** — See Fensterer v. State, 509 A.2d 1106 (Del. 1986).

## Rule 706. Court-appointed experts.

(a) *Appointment.* The court may on its own motion or on the motion of any party enter an order to show cause why expert witnesses shonld not be appointed, and may request the parties to submit nominations. The court may appoint any expert witnesses agreed upon by the parties, and may appoint expert witnesses of its own selection. An expert witness shall not be appointed by the court unless the witness consents to act. A witness so appointed shall be informed of the witness' duties by the court in writing, a copy of which shall be filed with the clerk, or at a conference in which the parties shall have opportunity to participate. A witness so appointed shall advise the parties of the witness' findings, if any; the witness' deposition may be taken by any party; and the witness may be called to testify by the court or any party. The witness shall be subject to cross-examination by each party, including a party calling the witness.

(b) *Compensation.* Expert witnesses so appointed are entitled to reasonable compensation in whatever sum the court may allow. The compensation thus fixed is payable from funds which may be provided by law in criminal cases and civil actions and proceedings involving just compensation under the Fifth Amendment. In other civil actions and proceedings the compeusation shall be paid by the parties in such proportion and at such time as the court directs, and thereafter charged in like manner as other costs.

(c) *Disclosure of appointment.* In the exercise of its discretion, the court may authorize disclosure to the jury of the fact that the court appointed the expert witness.

(d) *Parties' experts of own selection.* Nothing in this rule limits the parties in calling expert witnesses of their own selection. (Added effective Nov. 10, 1999.)

**Discretion of court.** — While the Family Court had the authority to appoint its own expert, and to require that the father advance the cost of her evaluation, due to his better financial ability of the two parties, it did not have the authority to preclude him, or the mother, from also engaging their own expert if either party wished to do so. N.C.C. v. L.R.C., — A.2d — (Del. Fam. Ct. Feb. 26, 2002).



# ARTICLE VIII. HEARSAY.

## Rule 801. Definitions.

The following definitions apply under this article:

(a) Statement. A "statement" is (1) an oral or written assertion or (2) nonverbal conduct of a person, if it is intended by him as an assertion.

(b) Declarant. A "declarant" is a person who makes a statement.

(c) Hearsay. "Hearsay" is a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted.

(d) Statements which are not hearsay. A statement is not hearsay if:

(1) Prior statement by witness. The declarant testifies at the trial or hearing and is subject to cross-examination concerning the statement, and the statement is (A) inconsistent with his testimony, or (B) consistent with his testimony and is offered to rebut an express or implied charge against him of recent fabrication or improper influence or motive, or (C) one of identification of a person. Section 3507 of Title 11 of the Delaware Code governs admissibility of prior consistent and inconsistent statements of a witness in a criminal prosecution.

(2) Admission by party-opponent. The statement is offered against a party and is (A) his own statement, in either his individual or a representative capacity, or (B) a statement of which he has manifested his adoption or belief in its truth, or (C) a statement by a person authorized by him to make a statement concerning the subject, or (D) a statement by his agent or servant concerning a matter within the scope of his agency or employment, made during the existence of the relationship, or (E) a statement by a co-conspirator of a party during the course and in furtherance of the conspiracy; provided that the conspiracy has first been established by the preponderance of the evidence to the satisfaction of the court. (Amended, effective Dec. 10, 2001.)

COMMENT

D.R.E. 801(a), (b) and (c) track F.R.E. 801(a), (b) and (c).

D.R.E. 801(d) tracks F.R.E. except for Rule 801(d)(1)(A) and (C) and 801(d)(2)(E).

D.R.E. 801(d)(1)(A) and (C) track F.R.E. 801(d)(1) except the words "and was given under oath subject to the penalty of perjury at a trial, hearing or other proceeding or in a deposition" are deleted as they appear at the end of F.R.E. 801(d)(1)(A). This wording is consistent with the original draft of F.R.E. 801(d)(1) before amendment by Congress. U.R.E. 801(d)(1) is consistent with the adopted language for civil (but not criminal) cases. The words "made after perceiving him" as they appear at the end of F.R.E. 801(d)(1)(C) were deleted as being unnecessary. D.R.E. 801(d)(1) was amended in 2001 to reflect the correct standard for substantive admissibility of prior consistent and inconsistent statements of witnesses in criminal prosecutions set out in 11 Del. C. § 3507.

D.R.E. 801(d)(2)(E) tracks F.R.E. 801(d)(2)(E) except for the proviso added at the end of D.R.E. 801(d)(2)(E). The additional wording was deemed necessary to protect the rights of an alleged co-conspirator.

D.R.E. 801(d)(2)(E) must be applied in a manner consistent with Bruton v. United States, 391 U.S. 123 (1968).

This rule modifies D.R.E. 104(a) and (b) as to the establishment of a conspiracy.

Evidence which would otherwise be hearsay, if offered for a limited purpose or if part of the res gestae, may be received in evidence. See D.R.E. 104 and 803 and Kreisher v. State, Del. Supr., 303 A.2d 651 (1973).

For prior Delaware cases illustrating the law covered by this rule, see Heldmyer v. Cleaver, Del. Super., 104 A. 635 (1918); Cooper v. Baker, Del. Super., 139 A. 254 (1927); Husband H. v. Wife H., Del. Supr., 358 A.2d 724 (1976); State v. Boleslowski, Del. Oyer & Term., 178 A. 431

To A-C-L-U and US District

From David DeJesus Sr

Date 11-12-06

RE: They are doing me wrong because of the law sue.

This is to show you & the court's How they are doing me Knowing that I dont get money like that so, I put a Pay To, so when I do get money they take it out, but for my Photo to be sent out they dont want to take the Pay To, Please help me, IN this Jail only you can have 25 Photo other Jail you can have all the Photo you want, I am poor my family dont have it like that, can some one Please, Please help not only I'm sick but now they are playing with my mail, I need to get out of this Jail its in conflect of intrise because of the sue what will they do next, they already letting me Die slow?

From,
David Dejesus Sr

cc

A.C.L.U
U.S. District court

To warden 11-1-06

I need help I been trying to send Photo out, so I can get new one's in but they are not taking my pay To, I am in that program because I dont get money like that, Please we dont have it like that we are poor, we can't Loss the Photo or do we have money to send it, Please help me, the mailroom dont want to help me. With this all they have told me when I said, so I will loss the Photo that come in because I can't send these out they said Yes

I pray that you can let me know why all this is happeing to me, is it because of the lawsue I have? Thank you Please help

from

c c
My family
ACLU
US District court



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## ***MEMORANDUM***

*TO:* *David DeJesus, 209513*
*Y Pod*

*FROM:* *Warden Raphael Williams*

*DATE:* *November 2, 2006*

*SUBJ:* ***YOUR RECENT CORRESPONDENCE***

*Your correspondence has been forwarded to the mailroom for review and any action deemed appropriate.*

*RW:adc*

***DISTRIBUTION***

*Mailroom Personnel*
*File*

they sent my photo back when I told them I need help they are doing alot to me and getting away please stop this

P.O. BOX 9561
WILMINGTON, DE 19809

FROM: David Dejesus
4 A3 Tama Ct
Newark DE 19702

INMATE: David Dejesus SR

SBI: 209513

HOUSING UNIT: Y 12

They sent Back all photo me please help we don't have any right in this Jail

## PROHIBITED MAIL NOTICE

THIS MAIL IS BEING RETURNED FOR ONE OR MORE OF THE FOLLOWING REASONS INDICATED BY A [ X ] :

[ ] Address labels/stickers
[ ] Lottery / Gambling / Contest / Sweepstakes
[ ] Excessive puzzles or coloring pages ( limit 2 )
[ ] Inmate to Inmate Mail / 3rd Party / Confiscated
[ ] Stickers / Glitter / Confetti / White Out
[ ] Stationary Items
[ ] $___ Money Order Exceeds Max. Acct. Bal. Auth.
[ ] Exceeds 1000 Pages
[ ] Intoxicants Displayed
[ ] Promotes Racial Hatred
[ ] Exceeds 4 X 6 in Photo Limits
[ ] Carbon Paper
[ ] Nude Photos
[ ] Food Stamps
[ ] Advocates Riots / Insurrection / Escape
[ ] Maps / Transportation Schedules
[ ] Altered / Scratched Out / Endorsed Money Order
[ ] OTHER === Specified Below
[ ] Blank Greeting Cards or Postcards
[ ] Food Items
[ ] Glue or Adhesives
[ ] Perfume / Cologne / Scented Items
[ ] Tobacco or Tobacco Products
[ ] Photo Copies
[ ] Graphic / Detailed Sexual Behavior
[ ] Hardback / Leather or Vinyl Bound
[ ] Advocates Drugs
[ ] Glorifies Murder / Sex Crimes / Gangs
[X] Exceeds Photo Limit ( 25 )
[ ] Inappropriate Dress Attire
[ ] Semi Nude Photos including children
[ ] Hand Gestures / Gang Signs / Symbols
[ ] Prior Approval Needed; None on File
[ ] Survival Information
[ ] Welfare or Social Security Cards / Checks
[ ] Obscene / Offending Jokes
[ ] Cash or Personal Check
[ ] Gel Pens / Metallic Ink / Paint
[ ] Lipstick / Bodily Fluids
[ ] Polaroid Pictures
[ ] Postal Stamps
[ ] Inappropriate Poses
[ ] Violent Content
[ ] Weapons
[ ] Advocates Violence
[ ] Exceeds 8.5 X 11 in Limits
[ ] Construction Paper
[ ] Sexual Explicit Material
[ ] Displaying Excessive Cash
[ ] Unknown Substance on Papers
[ ] Letter / Items Confiscated
[ ] Not Conductive to Rehab
[ ] Internet Material / Lyrics
[ ] Cut Up Photos

MAIL REQUIREMENTS:

Acceptable items for U.S. Mail delivery to inmate / detainees include; letters, money orders, cashier's checks, photographs, newspaper or magazine clippings pertaining to your case, legal documents forwarded by your attorney or licensed legal counsel, written documents for your signature ( Power of Attorney ). Only up to ( 5 ) books / magazines allowed in ( 30 ) day time span. All books / magazines must be shipped by publisher or reputable bookstore with shipping invoice.

No inmate may establish or conduct a business during his or her period of incarceration.

All incoming letters and parcel must include a return address, inmates committed name, SBI#, and correct institutional address. If any of these items are not met, letter or parcel will be stamped refused and returned immediately to U S P S to be handled according to U S P S regulation. It is your responsibility to inform sender of authorized and allowed items. The store of purchase and institution is not responsible for this.

All items considered contraband will result in the envelope / package and its entire contents being returned to senders return address or forwarded to be investigated for criminal violation.

Any unauthorized item (s) received via private carrier ( UPS, FED EX, Airborne ) MUST be removed from the facility within FIVE ( 5 ) days of notification. A pay-to MUST be submitted with sufficient funds available to send item out; otherwise items (s) will be DISPOSED of in accordance with policy.

Any unauthorized item (s) received via U.S. Postal Service will be marked refused and be immediately returned to sender.

One ( 1 ) watch per year. Must be completely hard plastic ( band, case, plastic crystal ), brand new with hour / second hands shipped with original store receipt valued less that $ 30.00, no hand receipts, no games, calculators, remotes, digital display, or devices. One ( 1 ) kufi per six ( 6 ) months, replacement on a one for one basis. One ( 1 ) prayer rug per year, replacement on a one for one basis.

Any item not listed above that is deemed unconductive to rehabilitation as per Warden or his / her designee is subject to being returned.

STAFF SIGNATURE: RSPatel DATE: 11/08/06

Xc: Warden Sender Mailcenter

David DeJesus Sr
209513
PO BoX 9561
wilm Dc 19809




06-209-JJF
US District court
844 N. King st Lockbox 18
wilm De 19801-3570

LEGAL MAIL ONLY

# SEALED

# DOCUMENT