To: Judge Joseph J Farnan Jr   # 06-209-JJF
From: David DeJesus sr
Date: 12-19-06     RE: Help with cruel and unusual punishment

I write to you because I am getting sicker on 12-14-06 around 10:PM I was sicker then usual and I was taken to the Infirmary. there was not a Dr on Duty to help me, so the nurse said he was going to scheduce me to see the Dr the next Day. on 12-15-06 A Dr told me here is a order of pain meds and will see me on monday because its almost counttime so we have to lock in, but the worser was that the nigth nurse & other said there is no pain meds, so I Had to go all weekend with nothing for or to releave the pain and till to this Day none. I want through pain and still is with no releif because no one would listen to me. on 12-16-06 I saw a Doctor name smith who took over Dr Niaz case because they give him the Boot, that is how the Other Dr puted all this is where I belive they are wrong because this new Dr order all to be done over, I said I had all these test Done, I need help now, They are killing me slowly, I'm in so much pain and now they are doing all the test they done again.

Judge Farnan Please put in an order to take me to a Hospital. It will Prove that I'm sicker and in need of medical Attention, now I am staying in pain even when I try to eat, I eat little because of the pain. Its cruzy how they said that they are helping me and that I am in chronic care if you can get copy of My Record from June to now it will show you that they had not seen me into now 12-14-06 that I got sicker lest time was June, If I die dont let these killer get away with killing me & other, Please get these Record dont let them know why →

FILED DEC 22 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

because they will fix them, Please for the Love of God help me. I am Dieing I fill somethin is wrong in sild.
Thank you for all God Bless & Happy Holidays to all

P.S. Send me copy Please of my medical Record from June to now.

from
David DeJesus Sr



David DeJesus Sr
09513
Box 9561
Wilm DE 19809

WILMINGTON DE 197
21 2006 PM 2 L

# 06-209-JJF
US District court
844 N King St
Lock Box 18
Wilm De 19801

LEGAL MAIL ONLY

U.S.M.S
X-RAY