IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 06-209-JJF |
| | : |
| WARDEN RAPHAEL WILLIAMS, CMS, | : |
| DANA BOKER, and WILLIAM JOYCE, | : |
| | : |
|     Defendants. | : |

## ORDER

WHEREAS, Plaintiff David DeJesus, Sr. a prisoner housed at the Howard R. Young Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on December 12, 2006, and on December 22, 2006, Plaintiff filed letters which the Court construe as Motions for Injunctive Relief for immediate medical treatment (D.I. 41, 42);

THEREFORE, at Wilmington this 5th day of January, 2007, IT IS ORDERED that Defendants shall file a response to Plaintiff's letter/motions (D.I. 41, 42) on or before **January 12, 2007**.

                                                  */s/ Joseph J. Farnan, Jr.*
                                                  UNITED STATES DISTRICT JUDGE