To Julian Groff & US District court
From David De Jesus
Date 12-23-06
RE: Help my rigth has been viloed, I did appeal it.

I am writing you concerning my illness today I had a meeting with the lieutenant and classification and I told them that I have a damaged liver and the Key program where they have me now is not a good place for me because I am getting sicker by the day. Here in the dormis you have to get up at 7:45 am or you will be written up and its is always loud so I can't get any rest when I am allowed to sleep. classification and lieutenant told me that if I don't sign the papers by 3:00 pm today I will be sent to the hole which will be worse well I am in the hole for 14 days, they will come and if I dont sign it will be longer I need to be where I can get proper attention. I need to be move out of this jail they are making me be in place I should not be that I can get proper attention and I am incapble of doing it, Please Help me my life is at stake. God Bless you

from David DeJesus Jr

P.S. I may fill out the paper's to go to the Key program or stay in the hold & I dont be lock down its crazy what I saw they are treating me knowing how sick I am. They keep the ligths on, you are lock down 23 in 1 you take the meds when they give to you because you can't have meds in the cell, so now I'm in pain and no help.

They dont care for my Health or my Safty They are Killing me slowly

Ms Salter said why I did not let no one know the day of classification I said I did and she still did not care what I said, here is a

CC: ACLU    copy's of it.
US District court
warden



FILED
JAN - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

To: Classifications
From: David DeJesus sr
Date: 11-22-06
RE: Appealing Classifications decision

*same day of classifications*

There are two reson for my appealing this matter for one I believe that theres a conflict of Interest with me even being here due to the fact that I have a law suit in progress with the medical staff of this place because of lack of medical attention for my severe medical condition. I have Hepititus C. to the point that I have an infection in my liver so bad that most of the time I can't even get out of the **bed**, because of the pain and thats my second reason. I sincerly and respectfully ask that you reconcider My current classification and consider if possable to send me to sussex, one other reson is that I have co Defends in the Key program and in this Jail and DCC I did let the counselor and other with name. Thank you for your time and consideration.

Sincerly
David DeJesus sr

cc
US D court
warden
ACLU
my self

# HOWARD R. YOUNG CORRECTIONAL INSTITUTION

My copy

TO: __DeJesus, David S.__   SBI: __209513__

FROM: I.B.C.C.   Housing Unit: __2Y /L__

DATE: __December 5, 2006__

RE:   CLASSIFICATION

*still did not care*

Your M.D.T. has recommended you for the following:
__Medium continue; Academics continue; Greentree, DCC rescind; KEY (N__

---

The I.B.C.C. decision is to:

___ Recommend Approve   ___ Not Recommend Approve   ___ Defer

✓ Approve   ___ Not Approve   ___ No Action

---

Reason:
- [ ] Lack of Program Participation
- [ ] Pending adjustment boards
- [ ] Gradual phasing indicated
- [ ] Open Charges
- [ ] Program Does not meet your needs
- [ ] Lack of Evidence that you have Addressed your problem in a serious manner
- [ ] Failure to address treatment issues in relation to your Offense
- [ ] You present a current and continuous danger to the safety of staff, inmates, the good order of the Institution.
- [ ] Other:
- [ ] Time remaining on sentence
- [ ] Prior failure under supervision
- [ ] Poor Institutional Adjustment
- [ ] Serious Nature of Offense
- [ ] Prior Criminal History

---

**Review Date:** _____
**ADDITIONAL COMMENTS:**

| APPROVED | | RECOMMENDED |
|---|---|---|
| [ ] LIFE SKILLS | [ ] MAXIMUM | [ ] DCC |
| [ ] NEW VISIONS | [ ] MEDIUM | [ ] MCI |
| [ ] P.R.C. | [ ] MINIMUM | [ ] SCI |
| [ ] WORK POOL | [ ] COMMUNITY/MINIMUM | [ ] WEBB |
| [ ] CIVIGENICS | | [ ] WR |
| ___ ACADEMICS | | [ ] CREST |
| | | [ ] ~~DUI~~ |

_signature_ 12/5/06        _signature_
Warden's Signature/Designee        I.B.C.C. Chairperson Signature

CC: Original to Inmate   Institutional File   Treatment File
FORM #: 606 (3-part NCR)

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION

## HOWARD R. YOUNG CORRECTIONAL INSTITUTION

P.O. BOX 9279
WILMINGTON, DELAWARE 19809
TELEPHONE (302) 429-7700

MEMO: Sanctioned Program

TO: All Concerned Personnel

FROM: Authorized Personnel, Michele Salter, Inmate Classification Officer
(Name and Position)

**SUBJ:** **I/M Dejesus, David**   **SBI #209513**   **LOC. Dorm 1**

DATE: December 22, 2006

PROGRAM: Key Civigenics

COMMENTS: Inmate refuses to sign consent to treatment, thereby refusing participating in program

The above inmate is determined in violation of DOC Policy 3.8 that requires that offenders participate in any treatment/rehabilitation program for which they are classified. BOP Procedure 4.2 list "Refusal to participate in a classified program or to behave in a way that results in removal" as a Class 1 Offense (1.29). As such, the above inmate will receive a Loss of All Privileges, (LOAP), be housed on the "Disciplinary Housing Unit"/"Special Management Unit", (1E/1F pod), and may be subject to a Class I report. By authority of same and in accordance with the established Non-Compliance Sanction Schedule for this violation, I hereby request the following sanction be imposed.

### PHASE I

Start Date: December 22, 2006                    End Date: January 4, 2006

XXX Relocate to 1E/1F                            XXX 14 Days LOAP

### PHASE II

____ Class I report will follow

1E-7

xc: Dave Williams, Security Superintendent     Relocated Housing Unit Officer
    Capt. Carol Jefferson                       Tysha Bryant, Classification Officer II
    Capt. David Bamford                         Program (sanctioned)
    Capt. Balwant Singh                         Classification File
    Primary Control                             Inmate File
    Secondary Control                           Inmate
    Current Housing Unit Officer                File

Rev. 11/05

12-23-06

To Ms Salter,

I pray & hope all is well, I write to you to ask for your help. Please get me out of here, I will sign the paper for the Key program. I would like to start a new year with a new way & to stay out of Jail, I am afraid to get help but I need to stop running from my problem. Please help me get help I dont want to be here for these Holiday. Please help. Thank you

from

David DeJesus Sr
David DeJesus Sr

P.S. Please don't have me here for New year Please get me out of IE the hold I am sick Please help me

12-23-06

To Key civigenies program

I write to ask to please give me a chance, I will sign the paper for treatment, is that I am afaid to ask for help I run all the time but I dont want to run any more Please help me dont discip me I wish I could not be here, for New year, let me start the new year getting help Please help Thank you for all you doing.

from
David DeJesus Sr
David DeJesus Sr

ps Please this is not a place for me I am sick Please get me out of IE the hold

To Warden                                                                                      12-20-06

    I write to you because, I am sicker with more pain there is a nurse on ~~for~~ nigth 12-17-06 who did not want to give me my pain meds that the Dr order and said there is none at all, I am getting this all the time I am in pain this is your Jail, Please help me the nurse was on the 12-16-06 at nigth also and on 12-17-06 name Diana at nigth. If they dont want to work let some one else who Does.

    Thank you Happy Holidays to all, Please help

from

David DeJesus Sr

CC
A-C-L-U
U.S District court
my self
my lawyer

My Copy

To: The Warden
From: David DeJesus Sr
Date: 12-30-06
RE: Help and to get out of this Jail

This is to show you what they are doing to me in here. They have put me in the Hold knowing & me telling them that I am sick, and that I have co-bend they did not care but to put me in the Hold for not signing the paper to the Key program, I said I need Help with my liver then I get help. I need to be not in the hold 23 in 1 no Hot water, lights on all day, I can't take my self meds because you can't have them in the Hold, I need help with my Health but your Jail is not doing or giving me proper attention. yes I know I am in Jail but I am Human thank you for your help.

David DeJesus Sr

B and writing legal work with pencial



Return address:
David De Jesus Jr.
109513
PO Box 9561
Wilm De 19809

Postmark: WILMINGTON DE 197 — $00.63 — JAN 02 2007 — MAILED FROM ZIPCODE 19802

Addressee:
#06-209-JJF
U.S. District Court
844 N King St
Lock Box 18
Wilm De 19801