David DeJesus, Sr

COMPLETED
DEC 18 2006

(611)

FILED
JAN - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

12-20-06

To: The US District court     06-209

This is to ask the court about a letter I got from your office with out a return address on it. Why I ask is because my mail is being mess with and all the time that I goting a letter from your court it always come with your return address on it, In sid is the US Department of Justice marshals service process Receipt and Return, so Here is a copy of the Envelop It don't look right?

From
David DeJesus Sr

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David DeJesus Sr | 06-209-JJF |
| **DEFENDANT** | **TYPE OF PROCESS** |
| William Joyce | Complaint |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | William Joyce |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | PO Box 9561 Wilm De 19909 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David DeJesus Sr
PO Box 9561
Wilm De 19909

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 # |
| Number of parties to be served in this case | 4 # |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Forma pauperis

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT

David DeJesus Sr

TELEPHONE NUMBER | DATE
--- | ---
 | 7-27-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk<br>bF | Date<br>8-22-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

| | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

Address *(complete only if different than shown above)*

| Date of Service | Time | am/pm |
|---|---|---|
| 11/29/06 | | |

Signature of U.S. Marshal or Deputy
bF

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 11-29-06 out for pers. service
No Joyce @ HRYCI

NOTE

PRIOR EDITIONS MAY BE USED          3. NOTICE OF SERVICE          FORM USM-285 (Rev. 12/15/80)

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David DeJesus Sr | 06-209-JJF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DANA Baker ~~Warden Rephak Williams~~ | complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

~~Warden Raphael Williams~~ David Baker

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

PO Box 9561 Wilm De 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David DeJesus Sr
PO Box 9561
Wilm. De 19809

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 # |
| Number of parties to be served in this case | 4 # |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fernia properis

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT

David DeJesus Sr

TELEPHONE NUMBER:
DATE: 7-27-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 5 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk: bF | Date: 8-22-06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/29/06    Time: am/pm

Signature of U.S. Marshal or Deputy: bF

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: 11-29-06 - out for pers service. No longer @ HYCI

**NOTE**

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: David DeJesus Sr | COURT CASE NUMBER: 06-209-JJF |
| DEFENDANT: Warden Repheal Williams | TYPE OF PROCESS: Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Warden Repheal Williams

**AT** ADDRESS: PO Box 9561 Wilm De 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David DeJesus Sr
PO Box 9561
Wilm De 19809

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1# |
| Number of parties to be served in this case | 4# |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Forma Pauperis

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
David DeJesus
DATE: 7-27-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. 15
District to Serve No. 15
Signature of Authorized USMS Deputy or Clerk: BF
Date: 8-22-06

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Date of Service: 7/27/06

REMARKS: Waiver (illegible)

FORM USM-285 (Rev. 12/15/80)
3. NOTICE OF SERVICE

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David DeJesus sr | 06-209-JJF |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Attorney General | complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Attorney General

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

820 N French st Wilm DE

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David De Jesus Sr
PO Box 9561
Wilm De 19809

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 # 9801 |
| Number of parties to be served in this case | 4 # |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fornia Properis

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

David DeJesus Jr

TELEPHONE NUMBER | DATE: 7-27-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk  bk | Date 8-22-06 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
Keith Brady dept of Solicitor

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/25/06  Time:  am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED            **3. NOTICE OF SERVICE**            FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David DeJesus Sr | 06-209-JJF |
| DEFENDANT | TYPE OF PROCESS |
| ~~warden~~ C-M-S | complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

~~...~~ cms

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  PO Box 9561 Wilm De 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David DeJesus Sr  
PO Box 9561  
Wilm De 19809

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 # |
| Number of parties to be served in this case | 4 # |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Forma ~~Pauperis~~  
Pauperis

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
David DeJesus Sr    TELEPHONE NUMBER     DATE 7-27-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 11 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk | Date 8-22-06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Laura Price - Payroll Mgr - CMS

Address (complete only if different than shown above):

Date of Service: 11/28/06   Time: 11 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED        3. NOTICE OF SERVICE        FORM USM-285 (Rev. 12/15/80)

