To Whom can help?
From David S. [illegible] Sr.
Date 1-3-07
RE: warden memorandum



06-209 (JJF)

This is to show you that he did not care at all what I told him in letter. The one that they put me in the hold because I ask for help with my Health not drug treatment rigth now I can't but when I get help than I will get help, and for the frist time in all the letter the warden wrote to me, as you can see this is his sign, the other was stamp on them I some time think he did not see all my letter crying for help so can some one please get me out of this Jail, they are doing to me what ever they want in here. Thank you for your help & time God Bless you

David [signature]

B also miss Salter came today in said if I wanted to sign the paper to the Key program I said to her I need medical Help not no program, I am sick to think about any program so she got mad and is Keeping me in the hold for not signing the Key program. Its wrong dont we have the rigth to say yes & no I am paying for being sick. Is that rigth?



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*     David DeJesus, 209513
          1E Pod **7**

*FROM:*   Warden Raphael Williams

*DATE:*   January 3, 2006

*SUBJ:*   **YOUR RECENT CORRESPONDENCE**

[handwritten note: "warden real sign the other where stamp"]

You were placed on 3.8 sanctions for failure to participate in a classified treatment program. Ms. Salter shall take any action deemed appropriate.

RW:adc

**DISTRIBUTION**

Michele Salter, Classification Officer I
File

To: The Warden
From: David De Jesus Sr
Date: 1-3-07
RE: Your Memorandum

I write to you & have show you with copy that I can't be in the Key program because I am sick and my co-defnds that I help the w/ her PD. so if that was not a good reason than with my Health I am dieing with a bad liver and no help I said to her all this and the appeal so if something happen to me I did let you know and you did not care
Thank you

David DeJesus Sr

cc
 ACLU
 US District court
 my family



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## MEMORANDUM

TO:        David DeJesus, 209513
           1 Pod

FROM:      Warden Raphael Williams

DATE:      December 21, 2006

SUBJ:      **YOUR RECENT CORRESPONDENCE**

   The medical unit is alerted to your concern.

RW:adc

**DISTRIBUTION**

Jeremy Wilkerson, Medical Unit
File

They are killing me/send me help



David DeJesus Sr
2095 13
Po Box 2501
Wilm De 19809

U.S.M.S.
X-RAY
us District court
844 N King st lock box 18
Wilmington De 19801