Civil Action NO. 06-209-JJF

To: Judge Joseph J Farnan Jr
From: David DeJesus sr
Date: 1-17-07
RE: Answer to obtain a Preliminary Injunction

If it is truth that they are helping & seeing me how & with what? I tell the nures & ¢/o's that I need help and its like me telling the wind and also the Warden.

I need emergency medical attention those people are playing games with my Health & life I'm very sick and need to go to a real Hospital on the out side my skin is very yellow my eyes are black and sunken, I appear dead when I eat I vomit all with pain, so if they are so call helping me why I'm in so much pain and they know this all my Defendants.

I will be the next person in Del who Die in Jail if I dont get help. Please help, I even got Infection where they took a mole out and because no one has come to clean it, it got Infected, I even been put in the hold for being sick, come out 3 time a week for a "hr" is that help or cruel and unusual punishment, Please move me out of here. They are punshing me and the warden know about it here is some copy that he dose not care what they do to me. even a Dr smith said to me I should not be in no program with my Health like it is but they dont care but to cover them self & use a lawyer like Erika Y. Tross to get away with murder I thou that Attorney General was for the poeple? Please for the Love of God help me. God Bless You Please dont let me die. over    From David DeJesus Sr

FILED JAN 22 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD Scanned

PS 3 biopsy order in still none has been done. If you can see all ordered when the court Deadline mandates it but yet till this date I have yet to recieve one.

let the Jury see there lie's
If I make it. Please help me

To: The Warden
From: David De Jesus Sr
Date: 1-3-07
RE: Your Memorandum

I write to you & have show you with copy that I can't be in the Key program because I am sick and my co-Defnds that I help the with PD. so if that was not a good reson than with my Health I am dieing with a bad liver and no help I said to her all this and the appeal so if some thin happen to me I did let you know and you did not care

Thank you

David DeJesus sr

cc
ACLU
US District court
my family



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

TO:    *David DeJesus, 209513*
       *1E Pod* **7**

FROM:  *Warden Raphael Williams*

DATE:  *January 3, 2006*

SUBJ:  **YOUR RECENT CORRESPONDENCE**

*You were placed on 3.8 sanctions for failure to participate in a classified treatment program. Ms. Salter shall take any action deemed appropriate.*

RW:adc

**DISTRIBUTION**

*Michele Salter, Classification Officer I*
*File*

*don't care*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION

# HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON, DELAWARE 19809
TELEPHONE (302) 429-7700

MEMO: Sanctioned Program

TO: All Concerned Personnel

FROM: Authorized Personnel, Michele Salter, Inmate Classification Officer
(Name and Position)

SUBJ: **I/M Dejesus, David**      **SBI #209513**      **LOC. Dorm 1**

DATE: December 22, 2006

PROGRAM: Key Civigenics

COMMENTS: Inmate refuses to sign consent to treatment, thereby refusing participating in program

The above inmate is determined in violation of DOC Policy 3.8 that requires that offenders participate in any treatment/rehabilitation program for which they are classified. BOP Procedure 4.2 list "Refusal to participate in a classified program or to behave in a way that results in removal" as a Class 1 Offense (1.29). As such, the above inmate will receive a Loss of All Privileges; (LOAP), be housed on the "Disciplinary Housing Unit"/"Special Management Unit", (1E/1F pod), and may be subject to a Class I report. By authority of same and in accordance with the established Non-Compliance Sanction Schedule for this violation, I hereby request the following sanction be imposed.

## PHASE I

**Start Date: December 22, 2006**                **End Date: January 4, 2006**

**XXX Relocate to 1E/1F**                       **XXX 14 Days LOAP**

## PHASE II

____ Class I report will follow

xc: Dave Williams, Security Superintendent        Relocated Housing Unit Officer
    Capt. Carol Jefferson                        Tysha Bryant, Classification Officer II
    Capt. David Bamford                          Program (sanctioned)
    Capt. Balwant Singh                          Classification File
    Primary Control                              Inmate File
    Secondary Control                            Inmate
    Current Housing Unit Officer                 File

Rev. 11/05



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## MEMORANDUM

TO:    *David Dejesus, 209513*

FROM:  *Warden Raphael Williams*

DATE:  *January 4, 2007*

SUBJ:  **YOUR RECENT CORRESPONDENCE**

    *The medical department has been alerted to your health concerns and Doctor Kendall has referred you for outside consult. Furthermore, there is no indication from the doctor or other health care professional that you cannot participate in the Key Program for health reasons.*

RW:adc

**DISTRIBUTION**

*Michele Salter, Classification Officer*
*File*

*[handwritten: This been said almost 2 the hold time I been held year 1]*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION

# HOWARD R. YOUNG CORRECTIONAL INSTITUTION

P.O. BOX 9279
WILMINGTON, DELAWARE 19809
TELEPHONE (302) 429-7700

MEMO: Sanctioned Program

TO: All Concerned Personnel

FROM: Authorized Personnel, Michele Salter, Inmate Classification Officer
(Name and Position)

SUBJ: I/M Dejesus, David       SBI #209513

DATE: January 3, 2007

PROGRAM: Key Civigenics

COMMENTS: Inmate refuses to sign consent to treatment, thereby refusing participating in program

The above inmate is determined in violation of DOC Policy 3.8 that requires that offenders participate in any treatment/rehabilitation program for which they are classified. BOP Procedure 4.2 list "Refusal to participate in a classified program or to behave in a way that results in removal," as a Class 1 Offense (1.29). As such, the above inmate will receive a Loss of All Privileges, (LOAP), be housed on the "Disciplinary Housing Unit"/"Special Management Unit", (1E/1F pod), and may be subject to a Class I report. By authority of same and in accordance with the established Non-Compliance Sanction Schedule for this violation, I hereby request the following sanction be imposed.

## PHASE II

**Start Date: January 4, 2007**

**XXX  Class I report will follow**
Inmate may be housed in general population while waiting for due process.

xc: Dave Williams, Security Superintendent     Relocated Housing Unit Officer
    Capt. Carol Jefferson                      Tysha Bryant, Classification Officer II
    Capt. David Bamford                        Program (sanctioned)
    Capt. Balwant Singh                        Classification File
    Primary Control                            Inmate File
    Secondary Control                          Inmate
    Current Housing Unit Officer               File

Rev. 11/05



| FORM #: 127 (F&B) | NOTICE OF DISCIPLINARY HEARING | To be completed by |
| --- | --- | --- |
| (2-part NCR) | FOR MINOR/MAJOR OFFENSE | Hearing Office |
| Revised: 5/95 | | DR_____ |

TO: Inmate: DEJESUS, DAVID      SBI#: 209513      HOUSING UNIT: 1E

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead?     [ ] Guilty     [X] Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time of more than 24 hours but less than 15 days.

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period of more than 15 days but less than 60 days.
   b. Confinement to assigned quarters for a period of time not to exceed 30 days.
   c. Isolation confinement for a period of time not to exceed 15 days.
   d. Loss of good time for a period of time not to exceed 30 days.
      (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested?   [ ] Yes   [X] No      Name of Counsel:_____

7. Witness requested?   [X] Yes   [ ] No      Name(s) of Witness: Dr. Smith

8. Confront accuser?    [X] Yes   [ ] No      _____

I certify that on 1/9/07 at 1414, I served
            (date)        (time)
upon the above inmate this notice of Disciplinary Hearing for Minor/Major Offense and (2) the Disciplinary Report is attached hereto.

I have received copies of 122 & 127 and understand my rights as Form # 127 has been read to me.

_____              X_____
(Employee's Signature & Title)          (Inmate's Signature)

*********************************************************************

**INMATE RIGHTS IN THE DISCIPLINARY PROCESS**

MINOR OFFENSE

Right to Remain Silent: If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

Presence: You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

WHITE - Shift Commander W/Form 122     YELLOW - Inmate

**Impartial Hearing Officer:** You have the right to be heard by an impartial Hearing Officer, who shall not have witnessed the incident in question, been involved in preparation of the charge, or otherwise biased against you. Such Hearing Officer shall not have had supervisory responsibility over you during the six months immediatelt proceeding the hearing and shall be of a rank no lower than Lieutenant.

**Make Statement and Present Evidence:** You have the right to make a statement and present any reasonable evidence, including written statements from others in your behalf.

**Record of Findings:** You have the right to receive a written record of the Disciplinary Hearing. Such record shall state the findings of the Hearing Officer, summarize the evidence relied upon, and will state the sanctions imposed, if any.

**Appeal:** You have the right to appeal the decision of the Hearing Officer to the Commissioner of the Department of Correction or his designee. At the Disciplinary Hearing you will be provided with an appeal form. Execution of any sanction imposed by the Hearing Officer shall be automatically stayed for seventy-two (72) hours immediately following the hearing UNLESS YOU INDICATE ON THE APPEAL FORM THAT YOU DO NOT INTEND TO APPEAL. The purpose of the automatic stay is to afford you time to decide if you want to appeal. If you file an appeal within seventy-two (72) hours immediately following the hearing, the Hearing Officer MUST stay the execution of the sanction until an appeal decision is rendered. If you do not file an appeal within seventy-two (72) hours immediately following the hearing OR if you indicate on the appeal form that you do not want to appeal, the sanction shall be executed. The 72-hour time limit will run only while you are incarcerated at the institution.

**MAJOR OFFENSE**                            (All of the above plus the following)

**Counsel:** You have the right to cousult with counsel substitute prior to the hearing. At the hearing, you may be accompanied by a counsel substitute who may be either a staff member or an approved inmate. The extent to which counsel substitute may present your case at a Disciplinary Hearing shall be within the discretion of the Hearing Officer, taking into consideration such factors as your literacy, intelligence, the complexity of the issues under consideration, and other factors which may prevent you from making a complete presentation on your own behalf.

**Pre-Hearing Detention:** You have the right to remain in your existing status until the hearing unless you become sufficient threat to other inmates, staff members, or yourself to warrant pre-hearing detention. If pre-hearing detention is ordered by the Shift Supervisor of your unit, that order must be reviewed by the Warden or his designee every 24 hours. Failure to do so will cause you to return to your previous status. Any time spent in pre-hearing detention will be credited against any subsequent sanction imposed.

**Copies of Written Information:** You have the right to receive copies of any written information which the Hearing Officer may consider except where disclosure of such information would be unduly hazardous to institutional safety or would endanger the physical safety of an individual, reasons for non-disclosure to be stated in writing. In all other cases where written information is not disclosed, the contents will be summarized for you to the extent this may be done without creating a substantial risk to institutional or personal safety.

**Call Witness:** You have the right to call witnesses on your behalf unless doing so would be irrelevant, redundant, unduly hazardous to institutional safety, or would endanger the physical safety of any individual; such reasons will be stated in writing by the Hearing Officer.

**Confront and Cross-examine Accuser:** You have the right to confront and cross-examine your accuser (the author of the Disciplinary Report) and all witnesses who testify against you unless doing so would be unduly hazardous to institutional safety or would endanger the physical safety of the witness; such reasons for denial will be stated in writing by the Hearing Officer.

FORM #: 127 (F&B)
(2-part NCR)

I had to write in penciol because they have put me in the hold no pen Please help me and let me know you got this I need out of this Jail they are killing me



US District Court #06-209-JJF
844 N King st
Lock Box 18
Wilm De 19801

David Beztub
201313
MorkaSol
Wilm De 19809