# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE  19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19901
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE  19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

**PLEASE REPLY TO:**

January 29, 2007

[New Castle County-Civil Division]

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:  *DeJesus v. Williams, et al.*,
     **D. Del., C.A. No. 06-209-JJF**

Dear Judge Farnan:

On January 12, 2007, State Defendant Warden Raphael Williams filed a Response in Opposition to Plaintiff's Motions for Injunctive Relief [Re: D.I. 41 & 42]. (D.I. 46). At the time of the filing of the Response, the undersigned counsel for State Defendant Williams did not have within her possession documents reflecting DeJesus's receipt of medical treatment and testing in late December 2006 and early January 2007. The Response, however, did state that DeJesus had received such treatment and testing during that period. (D.I. 46 at 6, ¶20). Since the filing of the Response, I have received documents that reflect DeJesus's receipt of medical treatment and testing in late December 2006 and early January 2007. The relevant documents are attached hereto and further support State Defendant Williams's position that the Court should deny Plaintiff's Motions for Injunctive Relief because Mr. DeJesus is receiving treatment and testing from the medical department at Howard Young.

The Honorable Joseph J. Farnan, Jr.
January 29, 2007
Page 2

   Should the Court have any questions or concerns, please feel free to contact me at (302) 577-8400. Thank you.

                Sincerely,

                */s/ Erika Y. Tross*

                Erika Y. Tross
                Deputy Attorney General

EYT/vd
Enclosures
cc: David DeJesus, Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 06-209-JJF |
| v. | ) |
| | ) Jury Trial Requested |
| | ) |
| WARDEN RAPHAEL WILLIAMS, CMS, | ) |
| DANA BAKER, and WILLIAM JOYCE, | ) |
| | ) |
| Defendants. | ) |

# SEALED ATTACHMENT