## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID DEJESUS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-209-JJF |
| | ) | |
| WARDEN RAPHAEL WILLIAMS, CMS, | ) | JURY TRIAL |
| DANA BAKER, and WILLIAM JOYCE, | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ADOPTION BY DEFENDANT, CMS, OF STATE DEFENDANT WARDEN
RAPHAEL WILLIAMS'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS
FOR INJUNCTIVE RELIEF [RE: D.I. 41 & 42]**

Defendant, CMS, became aware of Plaintiff's pending Motions for Injunctive relief upon

a review of the Court's Docket on January 29, 2007.  It does not appear that Defendant, CMS,

was served with Plaintiff's December 12, 2006 or December 22, 2006 letter Motions (D.I.  41 &

42), the Court's January 5, 2007 Order (D.I . 43) or the State Defendant Warden Raphael

Williams's Response in Opposition to Plaintiff's Motions for Injunctive Relief [Re: D.I. 41 & 42]

(D.I. 46).  However, on this date, Defendant, CMS, obtained copies of the above and hereby

adopts the State Defendant Warden Raphael Williams's Response in Opposition to Plaintiff's

Motions for Injunctive Relief [Re: D.I. 41 & 42] filed with the Court on or about January 12,

2007 (D.I. 46).

WHEREFORE, Defendant, CMS, respectfully moves this Honorable Court to deny

Plaintiff's Motions for Injunctive Relief.

**MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN**


BY:     _/s/ Eric Scott Thompson_
          **ERIC SCOTT THOMPSON, ESQUIRE**
          **KEVIN J. CONNORS, ESQUIRE**
          **1220 N. Market Street, 5th Floor**
          **P.O. Box 130**
          **Wilmington, DE  19801**
          **(302) 552-4370**
          **Attorneys for Defendant, CMS**

DATED:  January 29, 2007
\15_A\LIAB\ESTHOMPSON\LLPG\405032\ESTHOMPSON\13252\00174

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon the persons listed below a true and correct copy of the **ADOPTION BY DEFENDANT, CMS, OF STATE DEFENDANT WARDEN RAPHAEL WILLIAMS'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF [RE: D.I. 41 & 42]**, in the above-captioned matter this date by electronic filing.

Erika Y. Tross, Esquire
Deputy Attorney General
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801

and two true and correct copies of the abovementioned Motion upon the following persons by regular mail:

David DeJesus, Sr.
SBI No. 209513
Howard R. Young Correctional Institute
P.O. Box 9561
Wilmington, DE 19809

> **MARSHALL, DENNEHEY, WARNER,**
> **COLEMAN AND GOGGIN**
>
>
> BY:   **/s/ Eric Scott Thompson**
>        **ERIC SCOTT THOMPSON, ESQUIRE**
>        **KEVIN J. CONNORS, ESQUIRE**
>        **1220 N. Market Street, Suite 202**
>        **Wilmington, DE  19801**
>        **(302) 552-4370**
>        **Attorneys for Defendant, CMS**

DATED:  January 29, 2007
\15_A\LIAB\ESTHOMPSON\LLPG\405032\ESTHOMPSON\13252\00174