IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-209 JJF |
| ) | |
| WARDEN RAPHAEL WILLIAMS, CMS, ) | |
| DANA BAKER and WILLIAM JOYCE, ) | |
| ) | TRIAL BY JURY DEMANDED |
| Defendants. ) | |

## ENTRY OF APPEARANCE

TO: CLERK OF THE COURT

Kindly enter the appearance of Kevin J. Connors, Esquire along with Eric Scott Thompson, Esquire on behalf of defendant, CMS, in the above-captioned matter.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Eric Scott Thompson*
KEVIN J. CONNORS, ESQ. (I.D. #2135)
ERIC SCOTT THOMPSON, ESQ. (I.D. #4633)
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorneys for Defendant, CMS

Date: January 29, 2007
\15_A\LIAB\ESTHOMPSON\LLPG\405112\ESTHOMPSON\13252\00174

## CERTIFICATE OF SERVICE

I, Eric Scott Thompson, hereby certify that two (2) copies of the *Entry of Appearance* have been served by first-class mail upon the following:

Erika Y. Tross, Esquire
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

and by served by first-class mail upon the following:

David DeJesus, Sr.
SBI No. 209513
Howard R. Young Correctional Institute
P.O. Box 9561
Wilmington, DE 19809

|  |  |
|---|---|
|  | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| BY: | */s/ Eric Scott Thompson* |
|  | KEVIN J. CONNORS, ESQ. |
|  | DE Bar ID: 2135 |
|  | ERIC SCOTT THOMPSON, ESQ. |
|  | DE Bar ID: 4633 |
|  | 1220 North Market Street, 5th Fl. |
|  | P.O. Box 8888 |
|  | Wilmington, DE 19899-8888 |
|  | Attorneys for Defendant, CMS |

DATED: January 29, 2007

\15_A\LIAB\ESTHOMPSON\LLPG\405112\ESTHOMPSON\13252\00174