To    Judge Joseph J Farnan Jr
From  David DeJesus Sr
Date  2-1-07
RE    Standing by my Answer to all my Defendents.

It look Good how they send paper that they are helping me, whore is it at? I am still not getting any help for my liver, I am standing by to the letter I sent to you on 1-17-07 yes they taking test but no action to correct my problem. almost two year still no help.

They have order ten test, Actually did 8 test, order 4 bi-opsy now but none and have not prescribed any to fully correct my Illness

Thank you
David DeJesus Sr

David DeJesus Sr
0025l3
Box 9561
Smyrna De 19809

Judge Joseph J Farnan Jr
844 N King St
Lock Box 18
Wilm De 1980

INMATE LEGAL MAIL

UNITED STATES POSTAGE
$ 00.39⁰
02 1A
0004615572  FEB 02 2007
MAILED FROM ZIP CODE 19802