To: Honorable Joseph J Farnan Jr          Case 06-209-JJF
From: David DeJesus Sr
Date: 2-18-07
RE: Help with Rule 706 court appointed & appointed lawyer.

RECEIVED FEB 22 2007  2/23/846

  I am dieing with so much pain, I can't do to much, My Eighth Amendment has been violated these people are killing me slow, for the love of God Please Please help me get help is it rigth for me to be in pain? I should be move because it is a conflect of Interest, they are doing so much to me Please Help it hurts when people tell you, that you look like you are dieing, I said I am. I can't hold my food down.

  I can't get no help no one is hearing my cry for help and letting these killer do what they want with me, I will be the next person who Die in a Del Jail.

  Please believe me, I need help bad, it hurt I ask for help no help at all, God is keeping me alive, but I ask him to Just take me, this pain I dout wish it on no one, I wish I could spell so I could write all.

        Sincerely
        David DeJesus Sr

Provers 22:22-23 said Do not exploit the poor because they are poor and do not crush the needy in court, for the Lord will take up their case and will plunder those who plunder them. Amen

David DeJesus Sr.
SBI 295113
Po Box 9561
Wilm De 19809

To Honorable Joseph J Farnan Jr
844 N King St
Lock Box 18
Wilm De 19801

WILMINGTON DE 197
20 FEB 2007 PM 3 T

INMATE LEGAL MAIL

U.S.M.S. X-RAY