To      Peter T Dalleo
from    David De Jesus sr
Date    2-20-07                          06-209
RE      copy of all that I wrote for help

Frist Thank you for the copy, I am sorry I did
not no I needed 50¢ thank you.

this is to let you know all That I done, I also
want to know what can I put to sue other
in this Jail for what they are doing to me.
can you help me even Lt & classification are
now doing this to me I need out of this
Jail I ask for S.C.I because a Dr there
want to help me

Here is copy of letter of help to classification
these People I want to sue to.

They have me where I can't write with a
pen only with penail you can't see anything
its wrong to write to courts like this
That how they are doing me

                            God Bless you
                            David Dejesus sr

PS

I may be going to Maryland for a Hearing that
I am a material witness its for two days
2-26-07 - 2-27-07, I be back here is the
case number circuit court for cecil county
case No: 7K04-562

FILED

FEB 2 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned

To | The warden
From | David DeJesus sr
Date | 2-21-07
RE | Your medical Dept

I was put in the INF I am sicker all I eat it come's back up with pain, I was put in the INF on 2-15-07 on the 2-16-07 Dr smith order some-thing's, but I want with out no meds the hold weekend and 2 week days, I ask the nures for my meds all they said there is no order, so today 2-21-07 I seen the Dr smith I was mad He said did you got all the meds, I said no I want with out them in pain & vomiting than a nures name Ezekiel said yes we did give him meds, I said you are a lier because you are one who told me there no order.

So this is to let you know that still to this date there has nothing been done by your medical Dept, help me like Y'all tell the court's that Y'all are helping me.

CC | US District court, ACLU, my self, warden

David DeJesus Sr

PS. | can I get a pen, They said I can't use one. I can't see the copy for the courts, copy dont show go with pencil, and family court dont want copy they want the mean one & to be notory can't be in pencil the low libry said this to.

**FORM  #585**

**MEDICAL GRIEVANCE**

FACILITY: H - R - Y - C - I

DATE SUBMITTED: 2 - 20 - 0 7

INMATE'S NAME: David DeJesus Sr

SBI#: 209513

HOUSING UNIT: INF - 139

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: On going

TYPE OF MEDICAL PROBLEM:

AM I a Dog to put me in the IWF and not helping me but to leave me with out no pain meds Nothing all they tell me the Dr order any thing, so some one is lieing the Dr smith said he did order, It's been like this I order never seen one I got in all come back out in pain, even dog's get better help than me

GRIEVANT'S SIGNATURE: David Dejesus Sr      DATE: 2 - 20 - 07

ACTION REQUESTED BY GRIEVANT: Stop playing with my life in do what y'all tell the court that you are helping me, do it and stop lieing it's cruel and un usual punishment you are doing to me

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

To     Mr carl Danberg
From   David DeJesus sr ,
Date   2-8-07
Re     Help

I write to you for your help, I had wrote to you back in 4-24-06 when you was D.A.G to let you know How these people are doing Me, now to this day no help with my liver.

They even said to the court that they help me I said How or with what, I am sicker and in pain, when I eat all come back up, I can't hold my food down.

I don't want to Die in here, can you help me I have a case in US District court so at less I can get help, I even ask to be move to s-c-I because there is a Dr name Mc Donld that came to see me the INfections deseases director of Georgetown prison, He ordered a biopsy for my live, After consulting with him he Said, I would have a much better and faster recovery from my Illness at Georgetown as its much better equipted to handle a person in my condition.

I hope & pray that you can help me with this Write back to let me Know something Thank you God Bless          Sincerly David DeJesus Jr

PS Please they are not giving me any thin to help me get better

Seg # 209573
Pod - 1 - F - 17

1·24·2007

Dear Pam Minor,

My name is David DeJesus Sr Seg #209573.
Today I saw Dr. McDonald infectious deseace
director of Georgetown prison. He ordered a
bi-opsy of my liver. After consulting with him
he said I would have a much better and
faster recovery from my illness at Georgetown as
its much better equipted to handle a person in my
condition. I have been here at this prison
over a year and this is the **closest** that I've
come to any real help. I respectfully request
that you **consider** transfering me to Georgetown
prison towards as my very life depends on it.
I thank you for your help in the matter. Please
if you have any questions do not hesitate to ask.

Sincerly
David DeJesus Sr,

# HOWARD R. YOUNG CORRECTIONAL INSTITUTION

## CLASSIFICATION/TREATMENT UNIT

## M E M O R A N D U M

TO:        Inmate David DeJesus, SBI# 209513, Housing Unit 1F

FROM:    Pamela A. Miner, Treatment Administrator

DATE:     Thursday, January 25, 2007

RE:         Response to Correspondence

Writer is in receipt of a letter from you regarding **your interest in being transferred to Georgetown for health reasons**. Be advised that if the medical service providers believe that your housing in this institution is detrimental to your physical health, it is their responsibility to communicate that to the facility administrators. If that is done, the matter will be addressed accordingly.


PAM

Cc:   Warden Raphael Williams
       Ms. Michele Salter
       File

To; Dr smith                                    2-8-07

you told me to write if I am in
pain, yes I am still in pain, How this be, I need my
vitment Please this pain is Killing me, I need to
talk to Someone, I am filling down, becouse all this and
the Blood test that is Pable and my Zanta

Grom
David Ayesus

CC: My self

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**    H.R.Y.C.I.    (GANDER HILL)

**This request is for (circle one):** MEDICAL  DENTAL  MENTAL HEALTH

David DeJesus Sr                          1F-14
**Name (Print)**                          **Housing Location**

5-11-69              209513              1-31-07
**Date of Birth**    **SBI Number**       **Date Submitted**

**Complaint (What type of problem are you having)** I am still having pain
in my liver, what are y'all waiting for for me
to Die, to help me, 4 bi-opsy was order in still
none actually been done. I pra, I have't done soon?

David DeJesus Sr              1-31-07
**Inmate Signature**          **Date**

**The below area is for medical use only.  Please do not write any further**

**S:**_____

**O:  Temp:** _____  **Pulse:** _____  **Resp:** _____  **B/P:** _____  **WT:** _____

**A:** _____

**P:** _____

**E:** _____

**Provider Signature and Title** _____ **Date** _____ **Time**

3/1/99 DE01
Form# MED 263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**    H.R.Y.C.I.    (GANDER HILL)

**This request is for (circle one):** **MEDICAL** DENTAL MENTAL HEALTH

David DeJesus sr                    1 F - 17
**Name (Print)**                                    **Housing Location**

5-11-69            209513            2-14-07
**Date of Birth**        **SBI Number**        **Date Submitted**

**Complaint (What type of problem are you having)** Ongoing I dont know if
my life mean anythin to you to keep letting me
be in this pain what is wrong with the medical
that you don't care about my pain when I eat all come
bock up    David DeJesus Sr    2-14-07
**Inmate Signature**                    **Date**

**The below area is for medical use only. Please do not write any further**

**S:** _____

**O: Temp:** _____ **Pulse:** _____ **Resp:** _____ **B/P:** _____ **WT:** _____

**A:** _____

**P:** _____

**E:** _____

_____    _____    _____
**Provider Signature and Title**    **Date**    **Time**

3/1/99 DE01
Form# MED 263



**FOR MEDICAL USE ONLY**

Date Received

Time Received

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

Print Name: _David DeJesus Sr_ Date of Request: _1-11 07_

ID #: _209513_ Date of Birth: _5/11/69_ Housing Location: _1F-14_

Nature of problem or request: _I am in pain I can't take it no more_
_My liver is worcer Pleasr For the Love of God let_
_me see a out Side Medical Atn Please somethin is wrongs_
I consent to be treated by health staff for the condition described. _when I eat I vomit with po,_

_____
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
|---|

Triaged by: _____   Referred to: (Circle ONE)
        Initials                    NSC    Mid-level SC    Physician SC    MH    Dental
                                    Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective:


Objective:  BP _____  T _____  P _____  R _____  Wt _____



Assessment:

Plan:


○  Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level   Physician   MH   Dental   Other: _____

Signature & Title: _____  Date: _____  Time: _____



**FOR MEDICAL USE ONLY**

Date Received

Time Received

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

Print Name: _David DeJesus Sr_    Date of Request: _1-16-07_

ID #: _209517_    Date of Birth: _5-11-69_    Housing Location: _1E-14_

Nature of problem or request: _I need emergency medical Attention please stop playing games with my Health & life. I'm very sick and need to go to a real hospital on the outside. My skin is very_

I consent to be treated by health staff for the condition described.

_yellow my eyes are black and sunken_    _David DeJesus Sr_
_I appear dead_    SIGNATURE

## PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

DO NOT WRITE BELOW THIS AREA

Triaged by: _____    Referred to: (Circle ONE)
    Initials                    NSC    Mid-level SC    Physician SC    MH    Dental
                                Other: _____

### HEALTH CARE DOCUMENTATION

Subjective:

Objective:  BP _____  T _____  P _____  R _____  Wt _____

Assessment:

Plan:

Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)    Mid-level    Physician    MH    Dental    Other: _____

Signature & Title: _____    Date: _____  Time: _____

To:      Warden
From:    David DeJesus Sr
Date:    2-8-07
Re:      Help

      They was to give me meds but none, I am in pain, Please for the love of God help, the Dr order somethin but no help, the nurse can't talk to good English, so they dont Know what I'm saiding to them please help me I am Dieing and no one care, not even the counselor

Thank you God Bless
David DeJesus Sr

18 - 17

To : The warden
From: David De Jesus Jr
Date: 2-6-07
RE : Need Help Soon

I write this with pain, I need help, I cant take this pain, when I eat I bring it back up, Dr order all these test to be done, and to this day none I am dieing, and the Medical is playing with my life, Please I have ask you to for help but you always pass me Down help me.

I Fill like I be the next person who die in a Del Jail

David Dejesus Jr

To: The warden
From: David Desesusis
Date: 2-11-07
RE: Help Please Please I am diging no help

I am letting you know about a C/o name Jacob's at nigth, I got sick a gas and had to go to the INF, but nothing could be done because to he, so I have to stay in pain, than the C/o have are put my hands on my head ploying why he took the hand cap's off, the hold take me away to jail never was ask put my hands on my head I said I am in pain and you are ploying game,

Please is what right to do to some one who is sick & in pain. I want to write him up.

David Desesus

CA
US District court
ACLU
my self

To : Warden

From : David DeJesus Sr

Date : 2-1-07

RE: help

I need help now they want to classifi me
to DCC, Mr Nye came in told me, I ask her
to help me, she did not care, I said its wrong
Dr McDonalds want to help me, now in stad
of sending me to Georgetown where he is at,
now Yall are taking me away from geting
help and sending me some where else.
                    Please help that all I ask


I wrote to Pam minor for help also


cc
    us District court
    ACLU
    my self

To :    The Warden
From :  David DeJesus sr
Date :  2-15-07
RE :    Help

Please the classification Recommend me to
Stay here at MRYCI Medium if that my help
Please send me to DCC Maximum this Jail
is Killing me.

They dont care for my Health or any thin
I said to them, I ask to go to SCI where
a Dr told me I be better there, your Jail
dont care to help me only to let me die
Slow, Please if you can move me any where
Else not here.                    David DeJesus Sr

cc
US District court
ACLU.
PS I am opening a new case on classification

# MULTI-PURPOSE CRIMINAL JUSTICE FACILITY

TO:    DEJESUS, DAVID   **1F**                SBI #   209513

FR:    I. B. C. C.

DATE:   FEB. 13, 2007

RE:    CLASSIFICATION

Your M. D. T. has recommended you for the following:
MAXIMUM; DCC; ACAD. CONT.; KEY NORTH RESCIND

---

The I. B. C. C. decision is to:

___ Recommend Approve        ✓ Not Recommend Approve        ___ Defer

___ Approve                  ___ Not Approve                ___ No Action

Reason:

- [ ] Lack of Program Participation
- [ ] Pending adjustment boards
- [ ] Gradual phasing indicated
- [ ] Open Charges
- [ ] Program Does not meet your needs
- [ ] Time remaining on sentence
- [ ] Prior failure under supervision
- [ ] Poor Institutional Adjustment
- [ ] Serious Nature of Offense
- [ ] Prior Criminal History
- [ ] Lack of Evidence that you have Addressed your problem in a serious manner
- [ ] Failure to address treatment issues in relation to your Offense
- [ ] You present a current and continuous danger to the safety of staff, inmates, the good order of the Institution.
- [ ] OTHER:_____

---

**ADDITIONAL COMMENTS:**    *REVIEW*

| **APPROVED** | 08/07 | **RECOMMENDED** |
|---|---|---|
| [ ] LIFE SKILLS | | [ ] GREENTREE |
| [ ] NEW VISIONS | | [ ] MCI |
| [ ] P. R. C. | *REC* | [ ] SCI |
| [ ] WORK POOL | ✓ MEDIUM (*HRYCI*) | [ ] WEBB |
| [ ] KITCHEN WORKER | [ ] MEDIUM HIGH | [ ] WR |
| [ ] G. E. D. | [ ] MEDIUM LOW | [ ] CREST |
| [ ] KEY PROGRAM | [ ] MINIMUM HIGH | [ ] NEW HOPE |
| [ ] TRANSITION UNIT | [ ] MINIMUM LOW | [ ] DCC |

_____ 2/14/07            *STLGWF* _____
Warden's Signature/Designee          I.B.C.C. Chairperson Signature

CC: Orignial to Inmate        Institutional File        Treatment File
FORM #: 606  (3-part NCR)



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

# *MEMORANDUM*

*TO:*          *David DeJesus, 209513*
               *1F Pod*

*FROM:*        *Warden Raphael Williams*

*DATE:*        *February 2, 2007*

*SUBJ:*        ***YOUR RECENT CORRESPONDENCE***

     *Your correspondence has been forwarded to Pam Minor, Treatment Administrator, for any action deemed appropriate.*

*RW:adc*

## *DISTRIBUTION*

*Pam Minor, Treatment Administrator*
*File*

To    Ms. Pam Minor

From    David DeJesus Sr

Date    2 - 15 - 07

Re    Help

     I need to know why they not letting me
move out of this Killing Jail that dont core
about my Health at all, you are not criing
to help me, I dont wont to be here, why are
you letting them Keep my life from getting better
with Keeping me here, I am Dieing and you & this
Jail dont care.

                   David DeJesus Sr

cc

ACLU

US District court

To :     You

From :  David DeJesus Sr

A.fc :    2-10-07

Re  :   help on finding out when they are moving me
            I Just want to Know when are they moving me
out of this Hell Jail, that is Killing me!

Sean
David DeJesus Sr

cc

  ACLU
  US court
  my self

To: Pam Minor

From: David DeJesus sr

Date: 2-1-07

RE: help

    I write to you for your help. Please help me, ms Nye said that I am being clawdi to DCC ms Pam I ask if you can help me with this I need help with my Health can you help me go to Georgetown where Dr McDonald the Infectious descoses Director is who Know about me and want to help me

    please help me with my Health

          Thank you

          David DeJesus Sr

cc

us district court

ACLU

my self

Warden

My Copy

To      US District court
From    David DeJesus sr
Date    2-10-07
RE      Did you get a letter?

I write to you to see if you got a letter dated
back in 1-28-07 it said To US District court &
Superior court of state of Delaware.

Why I ask this is because I never got a
Docket from your office saidling that you get
it. I always get this when I send a letter
to your court.

I have copy of this, but I need to find out
if you get this, if not it will show you that
they let only letter they want, like I said
they a/c playing with my mail, Please can your court
order me to be move out of here.

                              Thank you
                              David DeJesus sr

David DeJesus Sr
209513
PO Box 9561
wil/m De 19809



U.S District court #06-209JJF
Lock Box 18
844 Kins St
Wil.m De 19801

INMATE
LEGAL MAIL