## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

February 26, 2007

Erika Y. Tross, Esquire
Delaware Department of Justice
222 Delaware Avenue
820 N. French Street
6th Floor
Wilmington, DE 19801

Eric S. Thompson, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899

      RE:    DeJesus v. Williams,
                C.A. No. 06-209-JJF

Dear Counsel:

      The Court has reviewed the medical records (D.I. 46, 49) submitted by the Defendants in response to Plaintiff's Motions For Injunctive Relief. The records identify that a liver biopsy was requested and ordered by medical personnel, but not performed. Accordingly, the Court requests that counsel for Defendants submit to the Court a letter explaining the status of the liver biopsy **no later than Friday, March 16, 2007**.

      Sincerely,

      JOSEPH J. FARNAN, JR.

JJFjr:srs

cc:    Pro Se Plaintiff, David DeJesus, Sr.
       Clerk, United States District Court