To: US District court
From: David De Jesus Sr
Date: 2-22-07
RE: Adding to the Lawsue from CMS

This to ask the court if I can add these people to the lawsue and make it more than $1,000,000 to 2,000,000 because they are now play with me mentally and emotionally, I am neglected the proper medical attention and insulted, I am often made to feel like I'm wrong for asking for help when I'm hurting.

It has drained me mentally & emotionally I am in a great deal of Pain, I was calling to my face, Dr. Binnion said that I may be putting my finger down my mouth to make me sick, one always saying I order you meds but never get them, so can someone Please help I don't feel safe here. I am neglected more than ever, I should not be in the care of these people, Please move me.

Add on → name Jeremy Wilkinson Head Medical unit Dr. Binnion, Dr Smith, a nurses name Ezekiel Betty Bradley, and nurse Stephanie

cc: US District court          06cv209JJF
    ACLU

Sincerely
David DeJesus Sr

FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

