RECEIVED
MAR - 6 2007

2-28-07

To all at The US District court
    I want to thank you all for hearing My cry for help may the Lord Bless you all with all you need and want's. I was down because my Motions for Injunctive Relief was Denied Document 55,
    But when I seen the letter to the counsel order the Defendents to submit a letter to the court on the status on the biopsy, I cry because in the Bible in 2 chronicles 20:15-17 for the battle in not yours but "God". Sorry I am crying Thank you Please from my heart thank you for hearing My cry for help, they are not doing what they said God Bless you, I want to pray that God will Bless you in all you do, you dont know what these people as done and doing to me and other in here its not only for me its for all of us. that needs help also.
    Thank you, Thank you.

God Bless you
David De Jesus sr

"Psalm 142"

PS. That's why I ask for a Rule 706 appointed lawyer to show that I am sick bad in need help soon and to be move to S-C-I where a Dr name Mc Donald, Infections deseases director of Georgetown Prison want to help me. Please move me there ou call I'm

David DeJesus Sr
209513.
Po Box 9561
Wilm De 19809

David De Jesus sr
209513
Po Box 9561
Wilm De 19809

"Legal mail"

U.S.M.S
X-RAY

Judge Joseph J Farnan Jr
US District court
844 N King St
Lock Box 18
Wilm De 19801

"Legal mail"

WILMINGTON DE 197
01 MAR 2007 PM 3 T