To: US District court
From: David DeJesus Sr
Date: 3-6-07
RE: My Eighth Amendment and conflect of Intrise.

RECEIVED MAR - 8 2007

I want to also said sorry for writing to much is that I am not getting no where with these People they are not answering any of My letter they still are Keeping me in the hole, Now I Know its because of the lawsue, They are putting me thour mentally & Physically stress.

In the hole the ligth's stay on from 8:00 Am to 12:00 Am they put handcuffs more than they do now, why I dont Know, but the other thin's are that we come out for one hour, monday, wednesday, friday, no hair cuts in almost 3 month I did not ask to be put on P/C and is it rigth for someone in my condition to be put in these situation, and they also stop all is that rigth or cruel and unusual punishment, also my schooling has stop that was and will still be my Gold to get my G-E-D.

This Jail is not rigth, can your court order me out of here, one its conflect of Intrise because of the lawsue. Please Help me with this its wrong what they are doing to me because of the lawsue. I want to also Thank you.

God Bless you
David DeJesus Sr

To medical    your copy         3-1-07

I write to you to ask why they have stop my Diet was for 4-?-07 from Dr McDonald my Pills that are vitmeant É for pain, you dont care if I am in pain or not, Y'all already dont care to help my liver, so at Last help me get my vitmeant É my Diet, I can't eat regler food, I am in pain still É when I eat I bring it back, you did nothing for me in the INF at Lest do this for me, Please I have not gotting nothing
Sicn 2-28-07

from
David DeJesus sr
209513 -1F 20
David DeJesus Jr

cc
US District court
ACLU
my self

PS the Dr order also I'm snack and nutritional Drink to this day have not seen any thin who ever doing the order should do there Job if they put the order? Heart Healthy Diet 4 month was order to take on 1-24-07 by Dr McDonld look at the Physicians orders with PM snack!

FORM #585

MEDICAL GRIEVANCE

FACILITY: M-R-Y-C-I

INMATE'S NAME: David DeJesus Sr

HOUSING UNIT: IWF - 193

DATE SUBMITTED: 2-20-07

SBI#: 209513

CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

AM I a Dog to put me in the INF and not helping me but to leave me with out no pain meds nothing all they tell me the Dr order anythin so someone is lieing the Dr smith said he did order Its been like this I order, never seen one I eat in all come back out in pain, even dogs get better help than me

GRIEVANT'S SIGNATURE: David DeJesus Sr    DATE: 2-20-07

ACTION REQUESTED BY GRIEVANT: Stop playing with my life in do what Y'all tell the court that you are helping me, do it and stop lieing its cruel and unusual punishment you are doing to me.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

To: Warden
From: David DeJesus Sr
Date: 3-5-07

I write to you because of all that they are doing in 1E at PM shaft they put the handcuffs Just to take our trash out to do window & bar I know the team do this, but the 4/0's are doing more then its call for they leave the ligth on from 8:00 AM to 12:00 AM is that rigth for Someone like me to be put thour this? I am sick and are made to get up all the time can you see why they are doing this to us all? at nigth time

Thank you
David DeJesus Sr

cc
  ACLU
  US court
  my self

you know my Health is bad why are they doing this. I did not ask to be in the hole.

David De Jesus Sr
@9513
Box 9561
Wilm De 19809

"Legal Mail"

To Judge Joseph J Farnan Jr
844 N King St
Lock Box 18
Wilm De 19801

"Legal Mail"

WILMINGTON DE 197
07 MAR 2007 PM 3 L

U.S.M.S.
X-RAY