To: US District court
From: David DeJesus sr
Date: 3-7-07                                    06-209 (JJF)
RE: copy of DOC lieing that I am getting treatment.

This is to show you more how these people are lieing to my sentence Judge Peggy L. Ableman, that they are helping me, I am on P/c how? on P/c you dont leave your cell at all ouly for 1 hour monday, wensday, friday.

Please get me out of here it's conflect of Intrise.

from
David DeJesus Sr

PS This go's with the Last letter I sent on 3-6-07.

cc   Judge Peggy Ableman
     Judge Depantment          06M-08-066-CLS

FILED
MAR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

To: Judgment Department  
From: David DeJesus sr  
Date: 3-7-07  
RE:

Civil Action # 06-M-08-066 CLS

To show you also How they are licing

This is to show you that this Jail is not caring about my Health or my life they have lie to all about helping me here are somethings to show your court also, all I just cry is for help. Please help me get help. Thank you & God Bless. I am on Plc they stop my schooling also

very truly yours  
David DeJesus sr

cc: Judge Joseph J Farnan Jr   us District court.  
Judge Peggy L. Ablemen   superior court.

To: Honorable Peggy L. Ableman
from: David DeJesus Sr
Date: 3-7-07
RE: lieing about Giving me treatment

I am in P/c Administrative segregating so How can I be getting treatment. Here are some-thing's that will show you that I been asking for help and they not given it to me, Please look at these thin's that will show you that I'm trying to get help and they not helping me at all with any thin.

That's why I am sueing them. on P/c you can't go no where at all they stop my schooling that my Gold.

Please help me that's why I ask you for help. Please do this for me, I want the help but none.

Thank you

God Bless you
David DeJesus Sr

cc: Judge Joseph J Farnan Jr     06-209- JJF
Judgment Department              06M-08-066 CLS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE )
)
v. ) ID: 0505012951 & 0510006501
)
David DeJesus Sr. )

### ORDER

This **26th** day of **Feb.**, 2006, upon consideration of defendant's motion for reduction/modification of sentence, the presentence report/prior record, and the sentence imposed upon the defendant;

**NOW, THEREFORE, IT IS ORDERED** that defendant's motion for reduction/modification of sentence is DENIED for the following reason(s):

- ☐ The sentence in this case was imposed pursuant to a Plea Agreement between the State and the defendant and signed by the defendant. Superior Court Criminal Rule 11(e)(1)(c).

- ☐ The motion was filed more than 90 days after imposition of the sentence and is, therefore, time-barred. The Court does not find the existence of any extraordinary circumstances.

- ☐ Pursuant to Superior Court Criminal Rule 35(b), the court will not consider repetitive requests for reduction or modification of sentence.

- ☐ The sentence imposed is mandatory and cannot be reduced or suspended.

- ☐ The sentence was imposed after a violation-of-probation hearing was held, and the Court determined the defendant had violated the terms of his probation. The defendant is not amenable to probation at this time.

- ☐ The sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court which would warrant a reduction or modification of this sentence.

- ☐ Other: _Defendant is receiving treatment per DOC_

*[handwritten note in margin: "They lie I am on P/c I can't get no treatment."]*

_Peggy L. Ableman_
Judge Peggy L. Ableman

oc: Prothonotary
pc: Defendant
    Department of Justice
    Presentence



*I was in school but they stop it look at my test results I need help*

## MEMO
## Education Department
## Howard R. Young Correctional Institution

To: DAVID DEJESUS ~~#204513~~

Housing Unit: 2N

From: Mr. Arnold P. Johnson

RE: Test results/Class placement

Date: February 3, 2006

Mr. DEJESUS

    Attached you will find your recent TABE test results. You are assigned to the **Pre-GED class with Mr. Ryan.** Unfortunately, at this time, the class to which you have been assigned is currently filled to capacity. Your name has been placed on a waiting list. You will be contacted as soon as an opening becomes available. Thank you for your interest in education.

Sincerely,

Mr. Johnson

```
                    STUDENT MULTI-REFERENCED REPORT
DOE                                                      TABE 7&8 BASIC ED
                                                         FINAL ONES
HRYCI                        DEJESUS DAVID
                                                         AGE  06-06


                    GL        NR    NA    GE
READING COMP      GRADE       38    50    5.6
MATH COMP         BELOW       17    22    3.4
MATH APPS         BELOW       26    37    3.4
TOTAL MATH        BELOW       43    59    3.4
READING LEVEL     M7
MATH LEVEL        E7
LANG/SPL LEVEL    7




GL=GRADE LEVEL         NR=NUMBER RIGHT
NA=NUMBER ATTEMPT      GE=GRADE EQUIV

    OBJECTIVE        RIGHT    MST    % CORRECT
                     POSS     LVL      STD

READING COMP
  INTERP.GRAPHICS    7/9      +       78
  WDS. IN CONTEXT    5/7      P       71
  RECALL INFORMA.    7/8      +       88
  CONSTRUCT MEAN.   13/18     P       72
  EVAL/EX.MEANING    6/8      +       75
    SUBTEST AVG                       76

MATH COMP
  ADD. WHOLE NUM.    7/7      +      100
  SUB. WHOLE NUM.    5/7      P       71
  MULT.WHOLE NUM.    4/6      P       67
  DIV. WHOLE NUM.    1/5      -       20
    SUBTEST AVG                       68

MATH APPS
  NUMERATION         4/6      P       67
  NUMBER THEORY      3/6      P       50
  DATA INTERPRET.    3/7      -       43
  PRE-ALG/ALGEBRA    3/4      +       75
  MEASUREMENT        4/6      P       67
  GEOMETRY           4/5      +       80
  COMP.IN CONTEXT    1/9      -       11
  ESTIMATION         4/7      P       57
    SUBTEST AVG                       52

TOTAL AVG                             65




+=MASTERED                BATCH 061390-3       ID NUMBER     209513
P=PARTIALLY MASTERED      TEST DATE: 06/24/06  CODES K-T
-=NOT MASTERED            RUN DATE:  06/24/06  PAGE 4
```



**DELANCEY STREET FOUNDATION**

Turk Hill Road   Brewster   New York  10509   (845) 278-6181

MIMI H. SILBERT, Ph.D. President / CEO

*I wrote for help because I need it please help me I have children out there & want to start doing things with them & for my child support and not on Drugs please help*

February 22, 2007

David DeJesus
Inmate # 209513
PO Box 9561
Wilmington, DE 19809

Dear Mr. DeJesus,

This is to inform you that we have received your letter requesting information on the Delancey Street Foundation.

We regret to say we are not in a position to interview you at this time due to the fact that New York State is no longer accepting Probation or Parole transfers. Upon completion of your sentence if you are able to provide transportation for yourself to our New York facility, please feel free to contact us and we will be glad to arrange an interview for you.

If you have any further questions, please contact us at 845-278-6181.

Sincerely,

Jennifer DiCostanzo
Intake Department

---

DELANCEY STREET FOUNDATION

| SAN FRANCISCO | NEW MEXICO | NORTH CAROLINA | LOS ANGELES |
|---|---|---|---|
| 600 Embarcadero | P.O. Box 1240 | 811 N. Elm Street | 400 N. Vermont Avenue |
| San Francisco, CA | San Juan Pueblo, NM | Greensboro, NC | Los Angeles, CA |



CiviGenics
Delaware State Administrative Office
300 Water Street
Dover, DE 19904

August 17, 2006

David DeJesus
SBI# 209513
Howard R. Young Correctional Institution
1301 E. 12th Street
Wilmington, DE 19802

Dear Mr. DeJesus:

I am responding to you in reference to our most recent face-to-face meeting on August 9th, in which you requested entry into the Key Program. I have communicated with the Classification Department at your facility. They informed me that you were classified to the Delaware Correctional Center (DCC) in Smyrna, and not to the Key Program at this time.

Thank you for your interest and best of luck to you in your recovery efforts.

Sincerely,

Kevin McCann
Case Flow Manager


cc: HRYCI Classification Department

David DeJesus sr
208513
PO Box 9561
Wilm De 19809



US District court #06-209-JJF
844 W Kings st
Lock Box L8
Wilm De 19801

INMATE LEGAL MAIL

$00.63 MAR 12 2007 MAILED FROM ZIPCODE 19802