**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION          www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

New Jersey
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

Direct Dial: 302-552-4370
Email: ethompson@mdwcg.com



March 16, 2007

The Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

Re:   David DeJesus, Jr. v. CMS
      Our File No: 13252-00174
      C.A. No: 06-209 JJF

Dear Judge Farnan:

This letter shall serve as a response to Your Honor's letter of February 26, 2007 inquiring of the status of Plaintiff's liver biopsy. (D.I. 58). As Your Honor will note from the enclosed pathology report, Plaintiff underwent a liver biopsy on March 14, 2007.

On behalf of my client, CMS, thank Your Honor for consideration of this matter.

Respectfully yours,

Eric Scott Thompson

Enclosure

Cc:   Erika Yvonne Tross, Esquire (w/enclosure)
      David DeJesus, Jr. (w/enclosure)

MS_A\LIAB\ESTHOMPSON\CORR\415550\ESTHOMPSON\13252\00174

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID DEJESUS, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-209-JJF |
| WARDEN RAPHAEL WILLIAMS, CMS, DANA BAKER, and WILLIAM JOYCE, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

# SEALED DOCUMENT

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
David DeJesus, Jr. v. Correctional Medical Systems ("CMS")
Civil Action No. 06-209 JJF

\\5_A\LIAB\ES THOMPSON\LLPG\364236\RSTHOMPSON\15252\00166