**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:  [New Castle County Civil Division]**

March 16, 2007

The Honorable Joseph J. Farnan
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

                Re:  *DeJesus v. Williams, et al.*
                     C.A. No. 06-209-JJF

Dear Judge Farnan:

      I am writing in response to the Court's request for a status update in the above-captioned case. On February 26, 2007, Your Honor requested that counsel for the defendants submit to the Court a letter explaining the status of the plaintiff's liver biopsy by March 16, 2007.  (D.I. 58).  Counsel for the state defendants responds as follows:

        01/12/2007     Lab work was begun on plaintiff in preparation of his liver biopsy.

        03/06/2007     Lab work was completed on plaintiff in preparation of his liver biopsy.

        03/14/2007     A liver biopsy was performed on plaintiff.

Enclosed please find supporting documentation reflecting these procedures.

I remain available at the Court's convenience should anything further be required.

                                        Respectfully,

                                        /s/ Stacey Xarhoulakos
                                        Deputy Attorney General

Enclosures

cc:    David DeJesus, Sr.
       Eric Thompson, Esquire

# SEALED DOCUMENT