To :    US District court
From :    David DeJesue Sr
Date :    3-14-07
RE :    biopsy, now lets see How long for treatment.

I write to you because they did the biopsy on 3-14-07 two days from the Deadline you give these people, I wrote this so you can see that if it was not for your court to ask these people to give in explaining the status of the liver biopy by the 3-16-07 I would never have gotting one.

Now lets see if they will help me get the rigth treatment because of how they have lie before, they already did not care to help me with meds, so all I pray is to make it out alive, I want these people to pay for all they done and are doing to me. I am Youman, Thank you again

God Bless You
David DeJesus Sr

P.S. can you <u>Please</u> move me out of this Hell

OG cv 209 JTP



David DeJesus sr
7095/3
Po Box 9561
Wilm De 19809

"Legal Mail"

US District court #06-209-JJF
844 N King st
Lock Box 18
Wilm De 19801

WILMINGTON DE 197
15 MAR 2007 PM 2 T

PLEASE
KINDLEY
GIVE TO THE
KINDLEY FOR

U.S. MS
X POST
"Legal mail"

15801+3515