IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   Civil Action No. 06-209-JJF |
| v. | ) |
| | )   Jury Trial Requested |
| | ) |
| WARDEN RAPHAEL WILLIAMS, CMS, | ) |
| DANA BAKER, and WILLIAM JOYCE, | ) |
| | ) |
| Defendants. | ) |

# SEALED EXHIBIT