

To: Hoanrble Joseph J Farnan Jr
From: David DeJesus sr
Date: 3-25-07
RE: My Eighth Amendment, "Please Help Me".

If you may see that to this day I have not gotting any thin for pain or why I'm vomiting all my food that I eat with pain on my rigth sild, all they have done is Move Me from the "IWF" and back to the hole. I am in pain is that rigth for me to be in that way?

I also ask the court to see all the Blood work that has been done and it will show you that if all these work was done on plaintiff in preperation of his liver on 1-12-07 like the Defendants lawyer said.

So what ever happen to the frist Blood work done in 11-22-05, 3-9-06, 3-10-06, 3-17-06, 4-6-06, 5-1-06, 5-15-06, 5-18-06, 6-27-06, 6-28-06, 12-21-06 11 Blood work done it should of been done a long time ago, I am sicker now Please help me get also a lawyer and a Rule 706. Thank you for your help

God Bless you
David DeJesus sr

* P.S. and a Letter to the warden of a Yo who did not want to help me when I ask for medical teartmeant