To: Honrble Joseph J Farnan Jr
From: David DeJesus Sr
Date: 3-19-07
Re: More Evidence of they lieing.

This is to show your court also How they said to My Judge Peggy L Ableman that I was getting treatment has you can see that the last time that I was classification there is no program at all to help me, they are playing with my life & Health.

Please help me get out of here into a safe place.

Thank you
David DeJesus Sr

cc
Honrble Peggy L Ableman

RECEIVED
MAR 28 2007
06-209

To: Honorable Peggy L. Ableman
From: David DeJesus Sr
Date: 3-19-07
RE: Classification Evidence

RECEIVED
MAR 28 2007
06-209

This is to show you that there is no treatment at all for me in almost 2 year this is all they do look at the next review date.

Now you can see for your self that they lie to you

Please help me get the help.

Thank you
David DeJesus Sr

cc

US District court 06-209-JJF

Delaware city "R-C-D" "V-O-P" "Crest"

Please help

Pro 22:22

*[Handwritten at top:] They told my sentence Judge that I am getting treatment so she denied my reduction/modification of sentence*

# MULTI-PURPOSE CRIMINAL JUSTICE FACILITY

TO: DEJESUS, DAVID **IF**   SBI# 209513

FR: I. B. C. C.

DATE: FEB. 13, 2007

RE: CLASSIFICATION

[Stamp: RECEIVED MAR 28 2007]

*[Handwritten at right:] this will show that this Jail is losing alot of things and gets away with it is that the law? I om on MC I can't get help or go anywhere.*

Your M. D. T. has recommended you for the following:
MAXIMUM; DCC; ACAD. CONT.; KEY NORTH RESCIND

---

The I. B. C. C. decision is to:

___ Recommend Approve   ✓ Not Recommend Approve   ___ Defer

___ Approve   ___ Not Approve   ___ No Action

---

Reason:
- [ ] Lack of Program Participation
- [ ] Pending adjustment boards
- [ ] Gradual phasing indicated
- [ ] Open Charges
- [ ] Program Does not meet your needs
- [ ] Time remaining on sentence
- [ ] Prior failure under supervision
- [ ] Poor Institutional Adjustment
- [ ] Serious Nature of Offense
- [ ] Prior Criminal History
- [ ] Lack of Evidence that you have Addressed your problem in a serious manner
- [ ] Failure to address treatment issues in relation to your Offense
- [ ] You present a current and continuous danger to the safety of staff, inmates, the good order of the Institution.
- [ ] OTHER:_____

---

**ADDITIONAL COMMENTS:**   REVIEW 08/07

| APPROVED | | RECOMMENDED |
|---|---|---|
| [ ] LIFE SKILLS | | [ ] GREENTREE |
| [ ] NEW VISIONS | | [ ] MCI |
| [ ] P. R. C. | | [ ] SCI |
| [ ] WORK POOL | [✓] MEDIUM (HRYCI) REC. | [ ] WEBB |
| [ ] KITCHEN WORKER | [ ] MEDIUM HIGH | [ ] WR |
| [ ] G. E. D. | [ ] MEDIUM LOW | [ ] CREST |
| [ ] KEY PROGRAM | [ ] MINIMUM HIGH | [ ] NEW HOPE |
| [ ] TRANSITION UNIT | [ ] MINIMUM LOW | [ ] DCC |

_____ 2/16/07   _____ STLGWF
Warden's Signature/Designee          I.B.C.C. Chairperson Signature

CC: Original to Inmate   Institutional File   Treatment File

FORM #: 606 (3-part NCR)



David Dc JesuSSr
309513
PO Box 9561
Wilm De 19809

Judge Joseph J Farnan Jr
US District Court
844 N King St
Lock Box 18
Wilm DDe 19801