PSS  I feel my life is in Denger by c/o Baker, when they seen me on the floor the Lt said get up you going to the IWF God Bless him

To: The warden
From: David De Jesus sr
Date: 3-25-07
RE: Punishment being sick by the c/o

06-209

RECEIVED MAR 28 2007

    Today I got sick with pain that I needed to go to the "IWF" c/o did not want to call any one for help his name is c/o Baker of 4 to 12 they told me to give them the date & time they did the biopsy, I said I'm hurting now not Yesterday, but he left me in pain.

    Is that rigth for a c/o to said you can't get no help to someone you know that is sick, I am in so much pain and its your Jail so can you do somethin about this c/o Baker who give him the said so to said yes & no to medical treatment he is not a Dr, I write to you because if I Die you know I ask for help and your c/o's did not give a Dam.

    My cell met and other are my witness no name only in court. do something in case someone Dieing.

cc  us District court
    A,C,L,U + carl c. Danberg

Thank you
David Dejesus sr

PS  c/o Baker Just came in threatening me because I told him he did not care and call me name like "&" Drug seeking is that a way a c/o to act on some who is sick, vomiting and powerless?