**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5353
Fax: (302) 856-5369
TTY: (302) 856-2500

**PLEASE REPLY TO:**

New Castle County Civil Division

April 11, 2007

Clerk of Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: *DeJesus v. Williams, et al.*
      C.A. No. 06-209 - JJF

Dear Clerk of Court:

  Please allow this letter to serve as my withdrawal as counsel for the Defendant Raphael Williams in the above-captioned case. Pursuant to Local Rule 83.7, Erika Tross, DAG will remain as the attorney of record for Defendant Williams. I also request that my name be removed from electronic filing notification.

              Very truly yours,

              /s/ Stacey Xarhoulakos
              Deputy Attorney General

cc: David DeJesus