To: US District court
From: David DeJesus sr
Date: 4-15-07
RE: They Move Me, But doing the same thin and wores

I write to your court to let you know that I was move to S-C-I, But the medical Dept is the same. They started me on my liver Meds Interferon e Ribavirin Theropy but already they miss some of my doss, so I told them this is my life you are ploying with and I had sild effects that I could not take the pain e the sickness it made me fill.

I said why keep trusting these cms killer if I have a lawsue on them, How do I know they given me the rigth med's. so I will wait into I see my "Dr" in the st if God let me make it out of here. I will not sign the Refuse paper I am not refusing to take the treatment It's that I am not getting the rigth help. why keep putting my life in the hands of these killer

And at the same time D-O-C is not letting me make copy's if I dont have money Is that rigth? Thank you

God Bless You
David DeJesus sr

PS. I need help



FILED
APR 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

FORM #584

GRIEVANCE FORM

FACILITY: S-C-I  DATE: 4-12-07

GRIEVANT'S NAME: David DeJesus Sr  SBI#: 209513

CASE#: _____  TIME OF INCIDENT: on going

HOUSING UNIT: MSB-F

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I want to know why I can't get copy's from the law libry done if I don't have money, some of these copy's are a lawsue that I have in H-R-Y-I-C my lawyer ask me to send the commissioner, but they said its not legal, I want to know why I can't get copy's because I have a lawsue on H-R-Y-I-C or if it taking it out on me also these copy's are for the commissioner, and he has been working & helping me.

ACTION REQUESTED BY GRIEVANT: To get these copy's done its a lawsue case that the US court also need copy's so why said no, It's not free my family pay when they send money in and copy's of the lawlibry Rule's

GRIEVANT'S SIGNATURE: David DeJesus Sr  DATE: 4-12-07

WAS AN INFORMAL RESOLUTION ACCEPTED?  _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

4-12-07

To The warden

I pray & hope all is well, why I write is because of the law libry not letting get or made copy because I dont have money.

You see I have a lawsue on H-R-Y-C-I and medical I need to send a copy to the commissioner who has been helping me. So How can I send mr carl Danbers and other people. I thour that the law libry was to help? the women said only legal work. This is legal work.

I dont have money & my family send me little money, now I cant sent no copy's to these other people, can you help me, Thank you

CC
my lawyer
us District court
commissioner

God Bless you
David De Jesus sr
David DeJesus sr
209513 - MSB-F

PS can I get copy's of the law libry Rule Please.

I/M: David DeJesus BLDG: MSB-F
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1147 U.S. POSTAGE PB 2230370
7912 $00.390 APR 17 07
5286                    19947

Judge Joseph Farnen Jr
#06-209-JJF US District court
844 N King St
Lock Box 18
Wilm DC 19801