IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-209-JJF |
| WARDEN REPHEAL WILLIAMS, CMS, DANA BOKER, and WILLIAM JOYCE, | : |
| Defendants. | : |

### O R D E R

At Wilmington, this 23 day of April, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. State Defendant Warden Raphael William's Motion To Dismiss (D.I. 29) is **GRANTED**.

2. Motion Of Defendant, CMS, To Dismiss Plaintiff's Complaint (D.I. 33) is **DENIED**.

3. Plaintiff Motion To Amend the ad damnum clause and Motion To Amend the Complaint to add new Defendants (D.I. 60) is **GRANTED**. Plaintiff shall file an Amended Complaint within **thirty (30) days** from the date of this Order.

4. Plaintiff's Motions To Transfer and For Classification Change (D.I. 57, 62, 66) are **DENIED**.

5. Plaintiff's Motions For Appointment Of Counsel (D.I. 56, 68) are **GRANTED**.

6.  Plaintiff's Motion For A Court Appointed Expert (D.I. 56, 68) are **DENIED** without prejudice.

7.  Plaintiff's Letters/Motions (D.I. 68, 70) seeking medical treatment are **DENIED as moot**.

                                                              _/s/ Joseph J. Farnan_
                                                             UNITED STATES DISTRICT JUDGE