IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID DEJESUS, SR.,                    :
                                       :
          Plaintiff,                   :
                                       :
     v.                                : Civil Action No. 06-209-JJF
                                       :
WARDEN REPHEAL WILLIAMS, CMS,          :
DANA BOKER, and WILLIAM JOYCE,         :
                                       :
          Defendants.                  :

### ORDER REFERRING MATTER FOR REPRESENTATION

At Wilmington, this 23 day of April, 2007, the Court having determined that Plaintiff is appearing in this matter pro se because Plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for Plaintiff by an attorney,

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of Plaintiff to a member of the Federal Civil Panel.

2. The Court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE