To: Joseph J Farnon Jr
From: David DeJesus Sr
Date: 4-26-07
RE: Please dont Denied me I need help I'm sick.

I got the letter that I was denied, Please help I am sick and I am also being punish two time for the same thin and I still dont Know How bad my liver is or the test of the biosy?

again they classifi me to the Hole for the same write up that I got for not going to the Key at M-R-Y-C-I because of my Heatlh, next review Date is Oct 07, is that rigth for me to pay to time and in a place where the Buld is old no air or Heat, I am sick they already dont care for my Health Please help before its to late, I am getting pusish for being sick. Please dont keep letting these Killer get away with murder, I dont Know what to do any more.

Thank you and God Bless you

sincerely yours
David DeJesus Sr

PS let the Jury hear my cry for help.

FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>FORM #585</u>

<u>MEDICAL GRIEVANCE</u>

FACILITY: S-L-I

DATE SUBMITTED: 4-26-07

INMATE'S NAME: David De Jesus Sr

SBI#: 209513

HOUSING UNIT: M S B-F

CASE #:

<u>SECTION #1</u>

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

I am having side effects and there are more side effects that are not on the consent for treatment form you "C-M-S" give me to sign and they have miss some doss, so why keep trusting these killer with my life when they have lie to me alot of time

GRIEVANT'S SIGNATURE: David DeJesus Sr    DATE: 4-26-07

ACTION REQUESTED BY GRIEVANT: To stop licing and do the rigth thin to help me & get the rigth meds, I also want the count to get a Dr not from CMS who I can trust with my life.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

MEDICAL GRIEVANCE FORM #585
Page two

### SECTION #2

IF GRIEVANT DOES NOT AGREE TO THE DECISION OF THE MEDICAL GRIEVANCE COMMITTEE THEY MUST RESPOND, IN WRITTING, WITHIN TWO DAYS OF THE RECIEPT OF THE DECISION. SPACE FOR AN APPEAL HAS BEEN PROVIDED ON THIS FORM IN SECTION #3.

RESPONSE BY M.G.C.: _____
_____
_____
_____
_____
_____
_____
_____

DATE RECIEVED BY GRIEVVANT: _____ GRIEVANT SIGNATURE: _____

DOES GRIEVANT ACCEPT M.G.C. DECISION? _____(YES) _____(NO)

===============================================================

### SECTION #3

IF YOU WISH TO APPEAL PLEASE USE THE SPACE PROVIDED BELOW:TO EXPLAIN WHY:

_____
_____
_____
_____
_____
_____
_____

GRIEVANT'S SIGNATURE: _____ DATE: _____

**ORIGINAL: INSTITUTION FILE**                                    **COPY: GRIEVANT**

I/M: David DeJesus Sr BLDG: MSB-F
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Judge Joseph J Faenan Jr
US District Court, Lock Box 18
844 N King St
Wilm DC

19801