To: US District court
From: David DeJesus Sr
Date: 5-22-07

06-209

RE: Problem with the liver meds & a nurse also

I write to let you know that again they are playing with my life, now I can't take the meds for my liver because it make me sicker, so I'm in pain with no help. is that human? even a nurse give me a shot with out the Dr knowing about it, who is she to do that? This nurse Michel wand I wrote her up because she try to make me fill a Refuse, when she dont know what's going on.

So now there is no meds to help me just let me Die? Please can someone please please help me this pain is unreal to go through, I stay in bed & it hurt to walk or eat, I pray that some-one here my cry for help before its to late, well it may be to late, but my Faith keep's me going & pray to at lest be out in Die around people I Love. take care God Bless you


FILED
MAY 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Thank for all

David DeJesus Sr

P.S.
now what meds are for me the Dr said I'm not a good condidate for this meds it made me sicker