IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

David DeJesus Sr
_____
Plaintiff/s

V.

Mrs, Dana Baker and William Joyce
_____
Defendant/s

Civil Action No.: 06-209-JJF

FILED
MAY 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

MOTION FOR  Amend complaint

COMES NOW, the Plaintiff, David DeJesus Sr, pro se who pursuant to US District court order 4-23-07, moves this Honorable Court to grant this motion. In support, the following facts are asserted;

I want to add some more Defendants that are Doctor and nurses for the lie's and meantel & pain & suffering that they put me through. I want the lawsue to go up to 2 million this people have put me through Hell & have neglected me to get the rigth help, They have vielets my Eight Amendment. Here are there name's

1. Jerem Wilkenso, Health care administer 2. Dr Smith 3. Dr Binnion 4. nures Ezekial 5. nures Betty Bradley 6. nures Stephanie 7. nures Broda 8. nures Michel ward of S-C-I and C-M-S. for ploying with my life. They have miss doss of my liver meds, so I sign to wait to I go out to get the rigth help why trust these people with my life, I have problem reading and writing so I hope & pray that the court will see all they done and put me through Thank you and God Bless all

sincerely yours
David DeJesus Sr.

P.S. I took the meds again for my liver but have to stop because it make me to sick, Dr said this meds not for

<u>FORM #585</u>

<u>MEDICAL GRIEVANCE</u>

FACILITY: S-C-I

DATE SUBMITTED: 5-22-07

INMATE'S NAME: David De Jesus Sr

SBI#: 209513

HOUSING UNIT: MSB-F

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

Liver again why I'm being let in pain, I put in a sickcall like you said to do when I do no help with or whats is wrong with me on 5-14-07 I put a sickcall and on the 5-16-07 was seen by nures charles only to be lie to by saiding I put you down to see a Dr never Than 5-20-07 I put in a nother one & was seen on the 5-21-07 the nurse did her Job and a Dr seen me on 5-22-07 he told me that I am not a Good candidate for this liver meds so what than and on may 9-07 a nurse name michel word Give me a shot without the Dr order it, who is she, I did ask to Keep her away from me on 5-5-07 on a medical Grievance that I had problem with her

GRIEVANT'S SIGNATURE: David DeJesus Sr    DATE: 5-22-07

ACTION REQUESTED BY GRIEVANT: To help me with this pain & to make sure the nures dont give out shot with out the Dr order and if this liver meds not for me help me, dont let me die in pain or in here

DATE RECEIVED BY MEDICAL UNIT: _____

<u>NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.</u>

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER
This request is for (circle one): **(MEDICAL)** DENTAL  MENTAL HEALTH

DAVID DE JESUS
**Name (Print)**

MSB F tier
**Housing Location**

5-11-69
**Date of Birth**

209513
**SBI Number**

5-20-07
**Date Submitted**

Complaint (What type of problem are you having) ON 5-16-07 I seen A nurse, because I put in A sickcall for pain where my liver is. They meaning you people never Did Anything no Dr. At All. Is that cruel And A was unusual punishment?

David DeJesus Jr.
**Inmate Signature**

5-20-07
**Date**

The below area is for medical use only. Please do not write any further

S: _____

O: Temp: ____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A: _____

P: _____

E: _____

**Provider Signature and Title**   **Date**   **Time**

3/1/99 DE01
Form# MED 263

*My Copy*

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER
This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

David DeJesus Sr
**Name (Print)**

MSP-F
**Housing Location**

5-11-69
**Date of Birth**

289513
**SBI Number**

5-14-07
**Date Submitted**

Complaint (What type of problem are you having) I am having pain again around my liver can someone please tell me what's wrong, I also need to ask the dr something about a shot a nurse give me if he order it

David DeJesus Jr
**Inmate Signature**

5-14-07
**Date**

The below area is for medical use only. Please do not write any further

S: _____

O: Temp: ____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A: _____

P: _____

E: _____

**Provider Signature and Title**    **Date**    **Time**

3/1/99 DE01
Form# MED 263

I/M: David Derickson BLDG: MSB-P
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 22230370
$00.580 MAY 23 07
19947

Judge Joseph J Farnan Jr
US District court
844-N King St, Lock Box 18
Wilm De
19801