To : Stephen Hampton

From : David DeJesus Sr

Date : 5-29-07

RE : Problem big time Please help read.

I have wrote a nurse up for giving a shot with out the Dr order I been sicker & in more pain now they stop the liver meds because I am not a good canidate. no meds at all now. what!

on the 5-24-07 that same nures was going to give me a shot for T-B I said I have one already and I test-"t" all the time, she said they did not read them, I said its not my doing that they did not do there Job, that show if I did have T-B this Hold Jail would have it because c-m-s did not do there Job.

so she want to the %o and they put me in a restrictive setting they took all my things, and I want to know where are all the other guy's who refuse also?

This is wrong I am to sicker and in pain and now the Dr said that I am not a good candidate for these meds, they got me sicker and in more pain is it rigth to pay because c-m-s did not do there Job? Please Help me

Thank You

David DeJesus Sr

PS for pain all I get is a Vanilla creme nutrition.

PSD and was classfi again to max for the write up at H-R-Y-C-I I did my time for that, and still paying for it.

To :

From :

Date :

RE :

US District court

David De Jesus sr

5-29-07

Problem ē being put in restrictive setting being sicker ē more pain because of the lawsue: sue schappell who run c-m-s not caring

I can't belive that how sick I am, that they are putting me in a restrictive setting because of a nurse that I wrote up and add her to the lawsue michelle ward 5-24-07 she was going to give me a shot for T-B I said I got one of them already, she said they did not read it, I said that a nurse ē Dr said it was okë, so if I was with T-B this Hold Jail would of getting it because c-m-s did not do there Job, Thank God I dont and on T-B I olway test "+".

I wrote michelle ward up and they still let her around me Knowing that she was wrote up for alot of things, one was for giving me a shot with out the Dr order, so should I trust this woman? then she tell the C/o and they wrote me up and put me in a restrictive setting, knowing that she can do to me what ever she want and sue schappell letting her.

Now I can't take the liver meds because it make me sicker, Dr said you not a good candidate now they put me theur this knowing How sick ē painful I am in.

I need out side help before this c-m-s killer kill me and I want to know How coune the other Guys who refuse also are not down here and is it rigth to poy for something c-m-s did?

Thank you

David DeJesus Sr

**NOTICE OF DISCIPLINARY HEARING**
**FOR CLASS II/CLASS I OFFENSE**

TO: Inmate: _DeJesus, David_    Number: _209513_    Location: _4a#4 B/a_

1. You are hereby ordered to appear, before Hearing Officer _Lt. C. Smith_
after _1205_ , after _5/28/07_ , at _S.C.I. HEARING OFFICE_ .
    (Time of Day)     (Date)      (Location)

2. At the time, a hearing will be held to determine whether you violated the following
Institutional Rule(s) as alleged in the attached Disciplinary Report: (State specific
rule violated: _203 Creating a Health, Safety, or Fire Hazard, 206 Fa. 1g To Obey A Ord._

3. A Class II Offense is a rule violation in which the extent of the sanction imposed
shall be restricted to: a. Written Reprimand; b. Loss of one or more privileges for a
period of time of more than 24 hours but less than 5 days; c. Confinement to assigned
quarters not to exceed 5 days.

4. A Class I Offense is a rule violation in which the extent of the sanction to be imposed
shall be restricted to: a. Loss of one or more privileges for a period of time of more than
24 hours but less than 90 days; b. Confinement to assigned quarters for a period of time
not to exceed 15 days; c. Isolation confinement for a period of time not to exceed 90 days;
d. Loss of good time for a period of time not to exceed up to all earned good time;
e. Restitution. Forfeiture of accumulated good time shall be subject to the approval of
the Commissioner or his designee.

5. You have rights in the disciplinary process as stated on the back of this page. These
have been fully explained to you at the time of this notification.

I certify that on _5/27/07_ at _1205_ , (1) I served upon the above inmate Notice of
      (Date)     (Time)
Disciplinary Hearing for Class I/Class II Offense; and (2) the Disciplinary Report is
attached hereto.

_____      + _David DeJesus Sr_
(EMPLOYEE SIGNATURE)        (INMATE SIGNATURE)

******************************************************************************

Class II Offense  Inmate Rights in the Disciplinary Process

Right to Remain Silent: If you are charged criminally based upon the same facts giving rise
to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing.
If you choose to remain silent your silence will not be considered against you at the
Disciplinary Hearing may be considered against you.

Presence: You have the right to be present at all phases of the hearing, except that you may
be excluded during the Hearing Officer's deliberations and at any time your behavior becomes
disruptive to the proceedings. Reasons for such exclusions shall be stated in writing.

Impartial Hearing Officer: You have the right to be heard by an impartial Hearing Officer
who shall not have witnessed the incident in question, been involved in preparation of the
charge, or otherwise biased against you. Such Hearing Officer shall not have had supervisory
responsibility over you during the six months immediately preseding the hearing and shall
be of a rank no lower than Sergeant.

Make Statement and Present Evidence: You have the right to make a statement and present any
reasonable evidence, including written statements from others, in your behalf.

Record of Findings: You have the right to receive a written record of the disciplinary
hearing. Such records shall state the findings of the Hearing Officer, summarize the
evidence relied upon, and will state the sanctions imposed if any.

Appeal: You have the right to appeal the decision of the Class II Hearing Officer to the
Class I Hearing Officer. At the Disciplinary Hearing you will be provided with an appeal
form. Execution of any sanctions imposed by the Hearing Officer UNLESS YOU INDICATE ON THE
APPEAL FORM THAT YOU DO NOT INTEND TO APPEAL.

FORM #: 127 (S.C.I.)(F&B)

The purpose of the automatic stay is to afford you time to decide if you want to appeal. If you file an appeal within (72) hours immediately following the hearing, the Hearing Officer MUST stay the execution of the asnction until an appeal decision is rendered. If you do not file an appeal within (72) hours immediately following the hearing OR if you indicate on the appeal form that you do not want to appeal, the sanction shall be executed. The (72) hour time limit will run only while you are incarcerated at the INSTITUTION.

Class I Offense:     (All of the above plus the following)

Pre-Hearing Detention: You have the right to remain in your existing status until the hearing unless you become a sufficient threat to other inmates, staff members, or yourself to warrant pre-hearing detention. If pre-hearing detention is ordered by the shift supervisor of you unit, that order must be reviewed by the Warden or his designee every (24) hours. Failure to do so will cause you to be returned to your previous status. Any time spent in pre-hearing detention will be credited against any sanction imposed.

Copies of Written Information: You have the right to receive copies of any written information which the Hearing Officer may consider except where disclosure of such information would be unduly hazardous to institutional safety or would endanger the physical safety of an individual, reasons of non-disclosed, its contents will be summarized for you to the extent this may be done without creating a substantial risk to institutional safety.

Call Witness: You have the right to call witnesses on your behalf unless doing so would be irrelevant, redundant, or unduly hazardous to institutional safety, or would endanger the physical safety of any individual; such reasons to be stated in writing.

Counsel: You have the right to consult with substitute prior to the hearing. You may be accompanied by a counsel substitute who may be either a staff member or an approved inmate. The extent to which counsel substitute may present your case at a disciplinary shall be within the discretion of the Hearing Officer, taking into consideration such facTors as your literacy, intellengence, the complexity of the issues under consideration, and other factors which may prevent you from making a complete presentation on your on behalf.

Confront Accuser: You have the right to confront your accuser (the author of the Disciplinary Report) and all witnesses who testify against you unless doing so would unduly hazardous to institutional safety or would endanger the physical safety of the witness; such reasons for denial to be stated in writing.

Appeal: The Class I appeal procedures are the same as the Class II with the exception that all Class I appeals will be heard by the institutional Warden.

## NOTICE OF ADMINISTRATIVE TRANSFER

**DATE:  5-24-07**

**NAME:    David  DeJesus                    SBI:  00209513**


The undersigned believes that your behavior and / or attitude may warrant confinement to a more restrictive setting. Consequently, you are hereby administratively transferred to ___ Behavior Mod ___ pending completion of an investigation, disposition of pending charges, and / or reclassification.


Watch Commander

cc:  Inmate File

FORM # 206
        (G&P)

S-C-I

nome David DeJesus sr

Date 5-24-07

SBI 209513

Time of incident ongoing

Housing unit MSB-F

I need help I was put in restrictive setting because of a nures nome "M-word", I been having problem with her, I even put in a medical Grievance and still no help, I have put her on the lawsue also she give me a shot on 5-9-07 with out the Dr order, so now she go to give me a T-B shot, I said I got one on the day I come in 3-29-07 and was told it was good, I told her I will not take it again its not my doing if they did not do there Job and if they did not come in read it like they should off, this veil would of got T-B, but thank God I dont because a nurse&Dr told me I was ok when I was in the INF I am to sick to be put thour this & in pain my liver is giving up is that rigth?

Action Requested : To help me fix this, I am in pain & sick with a bad liver Please look into this, I wish that this nurse can

| Disciplinary# |
|---|
| 7974 |

**SCI Sussex Correctional Institution**
PO Box 500
**GEORGETOWN DE, 19947**
Phone No. 302-856-5280

Date: 05/24/2007

# DISCIPLINARY REPORT

| Disciplinary Type: Class 1 | | Housing Unit: PRE-TRIAL | | IR#: 16229 | | |
|---|---|---|---|---|---|---|
| **SBI#** | **Inmate Name** | **Inst. Name** | **Location Of Incident** | | **Date** | **Time** |
| 00209513 | Dejesus, David | SCI | MEDICAL | | 05/24/2007 | 11:00 |

Violations: 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order

| Witnesses: 1. Smith, Arlen | 2. N/A | 3. N/A |
|---|---|---|

### Description of Alleged Violation(s)

Inmate Refused Annual Ppd Plant. Inmate Was Instructed On Neccessity Of Annual Ppd'S. Inmate Still Refused To Have Ppd Planted. Inmate Was Asked To Sign Refusal And Refused To Sign Refusal Due To "What His Lawyer Told Him." Inmate Was Told That He Needed To Have Ppd Or He Would Be Isolated. Still Refused Ppd Plant. Inmate Sent Back To Housing Unit. Sue Schappell, Don And Flaherty, Watch Commander At This Time Was Notified Of The Situation.
Reporting Officer: Ward, Michelle (Contractors - Medical)

### Immediate Action Taken

Immediate action taken by: Ward, Michelle -Contractors - Medical

Watch Commander And Sue Schappell Notified Of Refusal.

### Offender Disposition Details

Disposition: N/A               Date: N/A          Time: N/A          Cell secured? No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: [x]      Disapproved: [ ]   Approved By: Flaherty, Gerard C (Shift Commander - Large Inst.)

Comments: To Lt Smith

### Shift Supervisor Details

Date Received:  5/24/07      Time: 1340      Received From:  M. Ward

**Shift Supervisor Determination:**

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[✓]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Flaherty, Gerard C (Shift Commander - Large Inst.)

I have received a copy of this notice on DATE: 5/27/07 TIME: _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer:

Offender:
Dejesus, David

"Annual. How come, if I been here not a year,
date I came in 3-29-07



## Correctional Medical Services

## Informed Consent for the Intervention of Hepatitis C with Interferon and Ribavirin Therapy

I have been informed that I am infected with the Hepatitis C virus and due to this I am formally requesting treatment to be initiated by the medical staff in the medical unit. The physician has fully advised me regarding the Hepatitis C virus' natural history, its effect on my health, and the steps I can take in order to decrease the impact of the disease on my health. I understand that treatment with medications works in only some people, and that staying away from alcohol and drugs that are not prescribed by a doctor are equally important to helping me, whether or not I take the medications to get rid of the virus.

Furthermore, I have been advised by the physician that treatment, which most often involves two medications, one injected and the other by mouth may not be effective in treating my Hepatitis C virus infection. These medications might even make my liver worse, and they would have to be stopped. The overall chance of successful treatment is roughly equal to the chance of unsuccessful treatment.

I understand that there are numerous and potentially life threatening side effects that may occur during and after medication therapy. Birth defects are a special problem: Severe and potentially life-threatening birth defects could result if I am female and I become pregnant, or if I am male and either make a woman pregnant or have sex with a pregnant woman. This danger persists for up to six months following the last dose of medication for hepatitis. By signing this form, I pledge to use two forms of contraception (for example both a condom and birth control pills) when having sex for six months following my last dose of medication.

Side effects may include a "flu" like illness including muscle aches and loss of appetite; many potential mental problems, like depression, irritability, uncontrollable anger, and other problems. The medication can also cause gastrointestinal upset or bleeding, heart problems, kidney problems, lung problems, and anemia (low blood counts). The medication also can cause an increased potential to get other infections, and there have been cases where infection is deadly. Sleep disturbances and hair loss are also common side effects. Numerous other side effects may occur and will be monitored with routine laboratory studies and clinic visits. In the event a side effect of the medication does occur, then treatment will be altered accordingly.

I understand that after **12 weeks** of therapy, I will be evaluated for response to the therapy. At that time a decision will be made as to whether continued therapy is appropriate for my condition, or if the health care team should focus on interventions without the medications. I further understand that compliance with the therapy regimen **(taking the medicines as ordered)** is vital to the success of the therapy.

***Noncompliance with therapy regimen can result in the stopping of the medication therapy.***

**Regardless of treatment outcome, I am fully aware that maintaining my overall health offers the best opportunity to long term survival with Hepatitis C virus. By signing this document, I acknowledge that I have read the above information, and it has been explained to me by a health care provider. Further, I have had an opportunity to ask questions about my proposed treatment.**

| | |
|---|---|
| _Darel Depesus Sr_ | _3-30-07_ |
| Inmate Signature and Number | Date |
| _Laurence Paul mallun_ | _3.30.07_ |
| Physician/Health Care Provider Signature | Date |
| _Brenda Cameson Lpn_ | _3.30.07_ |
| Witness Signature and Title | Date |

Original for Medical Record File – you may make a copy for the Patient

CMS 7637 10/2004

To | Who can help me
From | David DeJesus Sr
Date | 5-25-07
RE | Help

My name is David DeJesus Sr # 209513, I need
help, I am to sick to be here my Liver is bad
and I'm in pain, I will take the T-B shot, Please
help me ē God Bless

Thank you
David DeJesus Sr

P.S. I did took the shot on 5-25-07 and if you can
where is my things Please.

To         The Warden

From       David De Jesus sr

Date       5-25-07

RE         C-M-S - Yes I do want to appeal

I am having problem with the Medical Dep, I come from H-R-Y-C-I because I put a lawsue on them for not helping me, now C-M-S here is not caring also é I been having problem also with a nurse - michelle ward, I did wrote a medical Grievance said what she has done and why did the other Guy's who refuse the T-B shot was not wrote up our put in the restrictive setting and was wrote up and put in ASDA?

I am to sick and in pain to go thour this, on T-B test I olway test "+", michelle ward when she want to give me a shot, I dout trust this woman because she give me a shot with out the Dr order and I have a T-B shot when I came in 3-29-0 so if they did not read it, Its not my doing, dow think if I did had T-B this Hold Jail would of Getting it because medical did not do there Job, but nurse é Dr said it was good the first T-B shot Thank God so I have to pay for C-M-S not doing there Job.

c c                                          Thanks you
us District court                            David Dejesus sr
My lawyer
commissoner
my self

PS. I am to sick to be put on this Floor is that rigth

**FORM #584**

## GRIEVANCE FORM

FACILITY: $S-C-I$                          DATE: $4-12-07$

GRIEVANT'S NAME: David DeJesus Sr  SBI#: 209513

CASE#: _____     TIME OF INCIDENT: on going

HOUSING UNIT: $M.S-B-F$

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I want to know why I can't get copy's from the
law libry done if I dont have money, some of these
copy's are a lawsuc that I have in M-R-Y-J-C M,
lawyer ask me to send the commissioner, but they
said its not legol, I wout to know why I can't
get copy's because I have a lawsuc on M-R-Y-I-C
or is it telling it out on me also these copp's oke
for the commissioner, and he has been working c
helping me

ACTION REQUESTED BY GRIEVANT: To get these copp's done its a lawsuc
case that the US court also need copy so why said
no, Its not free my family for when they send money
in and copp's of the lawlibr, Rules

GRIEVANT'S SIGNATURE: David DeJesus Sr   DATE: $4-12-07$

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: **INSTITUTION FILE**
    **GRIEVANT**

April '97 REV

**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

March 21, 2007

Joseph R. Biden, III, Attorney General
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

RE:    Inmate David DeJesus, Sr., SBI# 209513

Dear Attorney General Biden:

I have been contacted by David DeJesus, Sr. who I now understand is suffering from liver failure and who is critically ill. As you will see by the letters that I have sent to you, he has been disciplined apparently for failing to participate in the proper "Key" program. Putting aside that these programs are of highly questionable value, I question why he is being disciplined for failing to enroll in a treatment program when he is critically ill and not receiving medical care. The recurring theme of many of the letters I receive is that an inmate's medical issues are simply ignored when the issue of entering a treatment program comes up. I am sure there are inmates who feign illness to avoid programs, but the letters I am getting are from inmates who have clearly identifiable illness or injury who are getting no medical care and being forced to participate in programs which sometimes actually harm them.

Why is Mr. DeJesus not receiving appropriate medical care for his failing liver and why is he being disciplined for failing to participate in a "Key" program when his very life hangs in the balance?

I await your response.

Sincerely yours,

Stephen A. Hampton

SAH/ph
Enclosures

cc:    David DeJesus, Sr.

To The Worden

I pray & hope all is well, Why I write is because of the lowlibry not letting get or made copy's because I dont have money.

You see I have ~~have~~ a lawsue on H-R-Y-C-Z & Medical, I needed to send a copy to the commissioner who has been helping me, so How can I send Mr carl Danbers and other people, I thour that the lowlibry was to help? the woman said only legal work. This is legal work.

I dont have money & my family send me little money. now I con't sent no copy's to these other people, can you help me. Thank you

God Bless You
David De Jesus sr
David Dejesus Sr
209513 -MSB-F

cc
my lowyer
us District court
commissioner

PS. can I get copy of the lawlibry Rule Please.

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _S-C-I_

INMATE'S NAME: _David DeJesus Sr_

HOUSING UNIT: _MSB-1=_

DATE SUBMITTED: _5-5-07_

SBI#: _209813_

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _on going_

TYPE OF MEDICAL PROBLEM:

_This is to let you know that its wrong to
try to make some one sing a refusal, nures
Michel word give me a hard time, I am sick
to be put through this_

GRIEVANT'S SIGNATURE: _David DeJesus Sr_   DATE: _5-5-07_

ACTION REQUESTED BY GRIEVANT: _To keep nurce Michel word away
from me because I have put her in my lawsue
Just because we are Inmate dose not mean she can talk
to us any way she wants, we have rigth to._

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _S - C - I_

INMATE'S NAME: _David DeJesus Sr_

HOUSING UNIT: _M S B - F_

DATE SUBMITTED: _4-26-07_

SBI#: _209,513_

CASE #: _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _Ongoing_

TYPE OF MEDICAL PROBLEM:

_I am having side effects and there are more side effects that are not on the consent for treatment form you "CMS" give me to sign and they have miss some doss, so why keep trusting these Killer with my life. when they have lie to me alot of time._

GRIEVANT'S SIGNATURE: _David DeJesus Sr_    DATE: _4-26-07_

ACTION REQUESTED BY GRIEVANT: _To stop lieing and do the rigth thin to help me & get the rigth meds, I also want to evert and to I get help from the Count to get a Dr not from CMS who I can trust with my life_

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:**  SUSSEX CORRECTIONAL CENTER

**This request is for (circle one):** (MEDICAL) **DENTAL  MENTAL HEALTH**

David De Jesus Sr
**Name (Print)**

MSB - F
**Housing Location**

5-11-69
**Date of Birth**

209513
**SBI Number**

5 - 14 - 07
**Date Submitted**

**Complaint (What type of problem are you having)** I am having pain again around my liver can someone please tell me whats wrong, I also need to ask the Dr something about a shot a nurse give me if he order it.

David DeJesus Sr
**Inmate Signature**

5-14-07
**Date**

The below area is for medical use only. Please do not write any further

**S:**

**O:  Temp:**_____ **Pulse:**_____ **Resp:**_____ **B/P:**_____ **WT:**_____

**A:**

**P:**

**E:**

**Provider Signature and Title**        **Date**        **Time**

3/1/99 DEO I
Form# MED 263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER
**This request is for (circle one):** (MEDICAL) DENTAL MENTAL HEALTH

David De Jesus Sr
**Name (Print)**

MSB-F
**Housing Location**

5-11-69
**Date of Birth**

209513
**SBI Number**

5-20-07
**Date Submitted**

**Complaint (What type of problem are you having)** On 5-16-07 I seen a nurse because I put in a sickcall for pain where my liver is They meaning you people never did anything no Dr at all is that cruel and usual punishment

David DeJesus Sr
**Inmate Signature**

5-20-07
**Date**

**The below area is for medical use only. Please do not write any further**

**S:**

**O: Temp:** _____ **Pulse:** _____ **Resp:** _____ **B/P:** _____ **WT:** _____

**A:**

**P:**

**E:**

**Provider Signature and Title**        **Date**        **Time**

3/1/99 DE01
Form# MED 263

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _S - C - I_

INMATE'S NAME: _David De Jesus Sr_

HOUSING UNIT: _MJB F_

DATE SUBMITTED: _5-22-07_

SBI#: _209513_

CASE #: _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _on going_

TYPE OF MEDICAL PROBLEM:

_Liver "again why I'm being let in pain, I put in a sickcall like you said to do when I do no help with or what's is wrong with me on 5-14-07 I put a sickcall and on thr 5-16-07 was seen by charles nures only to be lie to by saiding I put you down to see a Dr never, thou I put in a nother one, I was seen on the 5-21-07 the nurse did her job and a Dr seen me on 5-22-07 he told me that I am not a good candidate for this liver meds so what thos and on may 9-07 a nurse uoure michel word give me a shot with ou the Dr order it, who is she, I did ask to keep her away from me 5-5-07 on a medical grievance that I had problem with her_

GRIEVANT'S SIGNATURE: _David DeJesus Sr_   DATE: _5-22-07_

ACTION REQUESTED BY GRIEVANT: _To help me with this pain e To make sure the nures dont give out shot with out thr Dr order and if this liver meds yes for me help me dont let me die in pain or in here_

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*I/M*

NOTICE OF ADMINISTRATIVE
TRANSFER

DATE: _5/27/07_

TO: Inmate: _David DeTenus_          I.D. NO: _00209513_

The undersigned beleives that your behavior and/or attitude may warrant confinement to a more restrictive setting. Consequently, you are hereby administratively transferred to

_____ _ASDA_ _____

pending completion of an investigation, disposition of pending charges, and/or reclassification.

(Awaiting Housing)

_Capt Paul Walker_
Watch Commander

cc: Inmate File
FORM #: 206
      (G&P)

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _S-C-I_   DATE SUBMITTED: _5-30-07_

INMATE'S NAME: _David De Jesus Sr_   SBI#: _209513_

HOUSING UNIT: _MSB-F_   CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _on going_

TYPE OF MEDICAL PROBLEM:

_I am having problems I am to sick e in pain to go thour all this on 5-24-07 with all the pain I am, I was put in a restrictive setting by nurse michelle ward who I am having problem with, I said to her I got the T-B shot on 3-29-07 when I came in, and was told it was good, I told her I will not take it ogain I test't "all the time, It's not my doing if c-m-s did not do there job, I'm glad I don love it this hold Toil would gotting it, because c-m-s did not do their Job, so I got wrote up, she even lie by saiding that my lawyer told m to where in the would she got that, all I need is help ~~the nurse~~_

GRIEVANT'S SIGNATURE: _David Dejesue Jr_   DATE: _5-30-07_

ACTION REQUESTED BY GRIEVANT: _To stop playing with my life and get me a st Dr or Hosptal its wrong to leave someone in pain, like you-c-m-s is doing to me, I want all to pay for all C-M-S done to me. I am Human, not a Dog"_

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER
**This request is for (circle one):** (MEDICAL) DENTAL MENTAL HEALTH

David De Jesus Sr.                    P/T-4
**Name (Print)**                      **Housing Location**

5-11-69              209513              5-26-07
**Date of Birth**    **SBI Number**    **Date Submitted**

**Complaint (What type of problem are you having)** I can't believe that I am left
with out anything for pain or any meds at all I am in so
much pain no one is careing at all I took the T-B shot and still
in this restrictive setting knowing how sick I am to put me thou
this and here with out no medical help
David De Jesus Sr.              5-26-07
**Inmate Signature**            **Date**

The below area is for medical use only. Please do not write any further

---

S: _____

O: Temp: _____ Pulse: _____ Resp: _____ B/P: _____ _____ WT: _____

A: _____

P: _____

E: _____

_____    _____    _____
**Provider Signature and Title**    **Date**    **Time**

3/1/99 DEO1
Form# MED 263

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _J - C - I_                DATE: _5 - 24 - 07_

GRIEVANT'S NAME: _David De Jesus sr_  SBI#: _209513_

CASE#:_____            TIME OF INCIDENT: _on going_

HOUSING UNIT: _MSB ~E_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_I need help I was put in a restrictive setting because of a nurse name_
_michelle ward. I been having problem with her, I even put in a_
_medical Grievance and still no help, I have put her on the Lawsue_
_also she give me a shot on 5-9-07 with out the Dr order, so now_
_she go to give me a T-B shot I said I got one on the day I came_
_in 3-9-07 and was told it was good, I told her I will not take it_
_again its not my doing. if they did not do there Job and if they did_
_not come in need, & like they should off, This Jail would of got I_
_But thank God I dont because a nurse & Dr told me I was ok when I_
_was in the INF? I am to sick to be put there this & in pain my liv._
_is giving up is that right!_

ACTION REQUESTED BY GRIEVANT: _To help me fix this I am in pain & sick with a bad_
_liver Please look in to this, I wish that this nurse can stop totting it_
_out on me because of the lawsue on her & C-M-S and where is_
_all my thing? _____ Please help me. I dont bother no one_
_Just do my time. I am to sick for This_

GRIEVANT'S SIGNATURE: _David Dyusus Sr_      DATE: _5 - 24 - 07_

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

I/M:
SUSSEX C...
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 22303
1177
7924  $01.31  JUN 07 07
1157                19942

Judge Joseph J Furman Jr  # 06-209-JJF
US District Court
844 N King St Lock Box 18
Wilm De 19801