To: Carle C Danberg
From: David De Jesus sr
Date: 5-30-07
RE: Still Having a problem and a little more, They also will not let me send copy's to you because it is not legal or no money

I write to you to let you know what is going on in here. They leave me in pain, is it right? Is this right when you have to write a nurse up because she Give's shot without a dr order or when you get thrown in a secluded setting for trying to stand up for my right? and take all my personal

The nurse that is giving me the most problem's is michelle ward and also in my lawsuit, she is constantly giving me problems doing her own thing. and the C-m-s Director - Sue Schoppell not doing anything about it, now they took me off my liver med's because they said I'm not a good conidate, It made me in even worse shape. so now what? leave me in pain? I could Die ore they gonna Help, or let me pass away? I need Help medically or let me Die with my loved ones. what I Honestly need is some outside treatment from profesional Doctors who dont descriminate because I'm an inmate or feel as though I dont Deserve treatment.

There is alot more I should tell you but I dont feel safe writing it. I really need help more problems is the last thing I need. I have no money so a friend is helping me send this out, I hope it get to you, if so I know your a caring Honest man and you Do what you can for us.

Here another example of How they treat me, They put me in maximum security. I did my time for this M-R-Y-C-I. The only time I give anyone a problem is when its over my Health I dont want to Die in Here, Is it right to leave someone in pain isnt that cruel and unusual

punishment, it seem like nobody cares what happens to me

sincerely
David Dejesus Sr

cc US District court
    my lawyer
    my self


PS. can you ask this law libry to let me send you copy's to you so you can see all they done and why I can't get work-release at the end of my 6 month?

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL  MENTAL HEALTH

Name (Print): David DeJesus Sr

Housing Location: MSB-F

Date of Birth: 5-11-69

SBI Number: 209513

Date Submitted: 6-6-07

Complaint (What type of problem are you having): pain and no help. Its wrong, one of what are you waiting for, for me to Die, now my leg is hurting this is cruel and un usual punishment to put someone. Please I am hurting

Inmate Signature: David DeJesus Sr

Date: 6-6-07

The below area is for medical use only. Please do not write any further

S: _____

O: Temp: _____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A: _____

P: _____

E: _____

Provider Signature and Title     Date     Time

3/1/99 DE01
Form# MED 263

I/M: David DeJesus Sr   BLDG: MSB-O
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Judge Joseph J Farnan Jr    H06-209-JJF
844 N King St
Lock Box 18
Wilm De 19801

U.S. POSTAGE $00.410  JUN 14 07  19947
PB2230370
1157 7964 3554