To: US District court
From: David De Jesus Sr
Date: 6-12-07
RE: Are you getting my letter and can you order a copy of my medical Record from 3-29-07 to now, because I think they are messing with my mail here also and can the court get C-M-S to make me & court copy's of all my medical and so that the court can reviewed the medical records & status of the liven biospy.

The record from 3-29-07 to now. This will show the court that they are still playing with my life and leave me in pain, its that Human or cruel and unusual punishment, I am in pain and no one care, thats not rigth. Please, Please for the Love of God help me. Thank you and God Bless

sincerely
David DeJesus Sr

RECEIVED JUN 19 2007

I/M: David DeJesus Sr    BLDG: MSB-D
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Judge Joseph J Farnen Jr    #06-209-JJF
844 N King st
Lock Box 18
Wilm De 19801