To: US District Court
From: David DeJesus Sr
Date: 6-14-07
RE: Answer to defendants

They want "c-m-s" for the court to Dismiss plaintiffs complaint because I did not do it sooner when I did the last Amend, OK I did not know what was going to happen in the future, these Dr é nurse did not care to help me, so I think they should pay for the lie é pain that they let me in, Physical, emotionally, mental, so Please dont dismiss my complaint.

sincerely
David DeJesus Sr



I/M: David DeJesus Sr    BLDG: MSB-D
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Judge Joseph J Farnan Jr    #06-209-JJF
844 N King St
Lock Box 18
Wilm De 19801

U.S.M.S. X-RAY