To: Joseph J Farnan Jr
From: David DeJesus Sr
Date: 7-9-07
RE: To know if you gotting my mail? & help

I write to you because I have not heand from you in a long time Why I ask is because this Jail is given alot of people problem with the mail. I also need help, Is it rigth to leave someone in pain like these people aue doing on is it the low? Its wrong where is Justice?

from
David DeJesus Sr



FILED
JUL 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

To: US District court
From: David DeJesus sr
Date: 6-12-07
RE: Are you getting my letter and can you order a copy of my medical Record from 3-29-07 to now?

I need to ask if they got my letter, because I think they are messing with my mail here also, and can the court get ems to make me & court copy's of all my medical and so that the court can reviewed the medical records & status of the liver biaspy. The record from 3-29-07 to now. This will show the court that they are still playing with my life and leave me in pain its that Human or cruel and unusual punishment. I am in pain and no one care, that not rigth. Please, Please for the Love of God help me. Thank you and God Bless

sincerely
David DeJesus sr

To: US District Court
From: David DeJesus sr
Date: 6-14-07
RE: Answer to Defendants

They want "c-m-s" for the court to dissmiss plaintiff complaint because I did not do it sooner when I did the last Amend, OK I did not know what was going to happen in the future, these Dr & nurse did not care to help me, so I think they should pay for the lie & pain that they let me in. Physical, emotionally, mental. so Please dont dissmiss my complaint.

Sincerely
David DeJesus sr

FORM #585

MEDICAL GRIEVANCE

FACILITY: S-C-I
INMATE'S NAME: David DeJesus sr
HOUSING UNIT: MSB-D

DATE SUBMITTED: 7-8-07
SBI#: 209513
CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

Today a nurse said she was not going to give me my meds because I was late, I was in church, never heard meds call, I said its wrong you dont have the rigth to said no or refuse me my meds. I ask her her name she said no and said ask someone else, she is a fat black woman on 7-8-07 AM meds sunday. I know is a liquid nutrition to help me, because I can't eat that well & because I have pain in my liver but the point is that its something my Health need, all I think her name is nurse Lucinda a friend give me this name?

GRIEVANT'S SIGNATURE: David DeJesus Sr      DATE: 7-8-07

ACTION REQUESTED BY GRIEVANT: To get people who really want to help us & let her know that refusing someone meds can hurt or kill someone who is she to said no when the Dr order it and the court will get a copy of this.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

I hope this gets to you

To: Carle C Danberg
From: David De Jesus sr
Date: 5-30-07
RE: Still Having a problem and a little more, They also will not let me send copy's to you because it is not legal or no money

    I write to you to let you know what is going on in here. They leave me in pain, is it right? Is this right when you have to write a nurse up because she gives shot without a Dr order or when you get thrown in a seclude setting for trying to stand up for my right? and take all my personal.

    The nurse that is giving me the most problem's is michelle work and also in my lawsuit, she is constantly giving me problems doing her own thing and the CMS Director Sue Schoppell not doing anything about it. now they took me off my liver meds because they said I'm not a good candidate. It made me in even worse shape. so now what? leave me in pain? I could Die are they gonna Help or let me pass away? I need Help medically or let me Die with my loved ones. What I Honestly need is some outside treatment from profesional Doctors who dont descriminate because I'm an inmate or feel as though I dont Deserve treatment.

    There is alot more I should tell you but I dont feel safe writing. I really need help more problems is the last thing I need. I have no money so a friend is helping me send this out, I hope it get to you If so I know your a caring Honest man and you do what you can for us

    Here another example of How they treat me. They put me in maximum security I did my time for this H-R-Y-C-I The only time I give anyone problem is when its over my Health I dont what to Die in here. Is it right to leave someone in pain isn't that cruel and unusual Punishment. It seem like nobody cares what happen to me

                                      Sincerely
                                      David DeJesus sr

cc US District Court
   my lawyer
   myself

PS. Can you ask this lawlibry to let me send you copy's to so you can see all the law and why I can't get work Release at the end of my 6 month?

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER
This request is for (circle one): **(MEDICAL)** DENTAL  MENTAL HEALTH

David DeJesus Sr — **Name (Print)**
MSB-20 — **Housing Location**
5-11-69 — **Date of Birth**
209513 — **SBI Number**
7-1-07 — **Date Submitted**

**Complaint (What type of problem are you having):** I need to see the Dr Please this pain & also my legs and I am feeling weaker more than ever, I'm I dieing? Please let me know or get me help its udday to leave me like this. David DeJesus Sr   7-1-07

**Inmate Signature** / **Date**

The below area is for medical use only. Please do not write any further

S: _____

O: Temp: ____ Pulse: ____ Resp: ____ B/P: _____ WT: ____

A: _____

P: _____

E: _____

**Provider Signature and Title**   **Date**   **Time**

3/1/99 DE01
Form# MED 263

## LIST OF PERSONS TO WRITE TO ABOUT
## PRISON CONDITIONS, INCLUDING POOR HEALTH CARE

✓ Joseph R. Biden, III, Attorney General
Carvel State Office Building
820 N. French Street
Wilmington, DE  19801
(302) 577-8338

Carl C. Danberg, Commissioner
Department of Correction
245 McKee Road
Dover, DE  19904
(302) 739-5601

✓ Senator James T. Vaughn (prison reform bill)
Legislative Hall Office
P.O. Box 1401
Dover, DE  19903
(302) 744-4310

Scott Altman, Quality Assurance Monitor for CMS
1201 College Park Drive, Suite 101
Dover, DE 19904
(302) 674-8281

Rich Kearney, Bureau Chief
Bureau of Prisons
Department of Correction
Administration Building
245 McKee Road
Dover, DE  19904
(302) 739-5601 Ext. 221

The News Journal (send copies of letters)
950 W. Basin Road
New Castle, DE  19720

Include:
1) Name            4) Name of Institution
2) SBI#            5) Medical Condition
3) Date of Birth

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER

**This request is for (circle one):** **(MEDICAL)** DENTAL MENTAL HEALTH

__David DeJesus Sr__  __MSB-D__
Name (Print)                    Housing Location

__5-11-69__   __209513__   __6-20-07__
Date of Birth    SBI Number    Date Submitted

Complaint (What type of problem are you having) Pain in left with out help my liver lest time I seen the Dr was 5-22-07 and still was nothing done, In the "st" when you go to the Hospital they don't refuse you medical help, that is the law you are wrong to leave me in pain

__David DeJesus Jr__    __6-20-07__
Inmate Signature           Date

The below area is for medical use only. Please do not write any further

S: _____

O: Temp: ____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A: _____

P: _____

E: _____

**Provider Signature and Title**    **Date**    **Time**

3/1/99 DE01
Form# MED 263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER

This request is for (circle one): **(MEDICAL)** DENTAL  MENTAL HEALTH

David DeJesus sr
**Name (Print)**

MSB-F
**Housing Location**

5-11-69
**Date of Birth**

209,513
**SBI Number**

6-6-07
**Date Submitted**

**Complaint (What type of problem are you having)** Pain and no help its wrong what are you waiting for? for me to die, now one of my leg is hurting this is cruel and usual punishment to put some one, Please I due hunting

David DeJesus Sr
**Inmate Signature**

6-6-07
**Date**

The below area is for medical use only. Please do not write any further

**S:** _____

**O:** Temp: ____  Pulse: ____  Resp: ____  B/P: _____  WT: ____

**A:** _____

**P:** _____

**E:** _____

**Provider Signature and Title**     **Date**     **Time**

3/1/99 DE01
Form# MED 263

DAILY MEDICAL MOVEMENT FOR 6/7/2007
PRN=AS NEEDED,
(X) MANDATORY-MUST COME

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| D TIER | AM | 1300 | 1800 | HS | MSB D SICK CALL 1800 |
| JACKSON DERICK | X | X |  | X | JACKSON DERICK (0630 & 1715) |
| | | | | | |
| E TIER | AM | 1300 | 1800 | HS | MSB E SICKCALL 1800 |
| DEAN EUGENE | X | | X | X | RAGLAND EDGAR |
| FULMORE DONALD | X | | | X | SMALLS NATHAN |
| GLADDEN RODNEY | X | | | X | |
| McDOWELL CHRIS | | | | X | |
| SMALLS NATHAN | X | | | X | |
| WILLIAMS ROLAND | X | | | | |
| | | | | | |
| F TIER | AM | 1300 | 1800 | HS | MSB F SICKCALL 1800 |
| CAVE ALAN | X | | X | X | PLACHES JAMES (1500) |
| DeJESUS DAVID | X | | | X | DeJESUS DAVID - Did not call me, I |
| ENGLISH JUSTIN | X | | | X | went to get my meds guss who was |
| PLACHES JAMES | X | | X | | work nurse ward, when I got my |
| WARREN MARK | | | | X | nite meds I said to her why you |
| | | | | | did not call me, she sid we have to xx |
| | | | | | before count & said I put you down to see the |
| G TIER | AM | 1300 | 1800 | HS | MSB G SICKCALL 1800 |
| McDOWELL CHRIS | PRN | PRN | PRN | PRN | SCOTT SAMUEL |
| SCOTT SAMUEL | X | | | X/PRN | |
| STEVENSON HILDRED | | | | X | |

helendesktop12-8 LISA.xls

*Day after when the Dr was to see me none.*

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| **D TIER** | **AM** | **1300** | **1800** | **HS** | **MSB D SICK CALL 1800** |
| JACKSON DERICK | X | X | | X | JACKSON DERICK (0630 & 1715) |
| | | | | | |

| **E TIER** | **AM** | **1300** | **1800** | **HS** | **MSB E SICKCALL 1800** |
|---|---|---|---|---|---|
| DEAN EUGENE | X | | X | X | |
| FULMORE DONALD | X | | | X | |
| GLADDEN RODNEY | X | | | X | |
| McDOWELL CHRIS | | | | X | |
| SMALLS NATHAN | X | | | X | |
| WILLIAMS ROLAND | X | | | | |

| **F TIER** | **AM** | **1300** | **1800** | **HS** | **MSB F SICKCALL 1800** |
|---|---|---|---|---|---|
| CAVE ALAN | X | | X | X | *never call me at all Guss* |
| DeJESUS DAVID | X | | | X | *who was doing sick call on* |
| ENGLISH JUSTIN | X | | | X | *the 6-7-05 nurse would she* |
| PLACHES JAMES | X | | X | | *never call me down oh when* |
| WARREN MARK | | | | X | *I asked at night meals she said come on we have to count I put you down to see the Dr* |

| **G TIER** | **AM** | **1300** | **1800** | **HS** | **MSB G SICKCALL 1800** |
|---|---|---|---|---|---|
| McDOWELL CHRIS | PRN | PRN | PRN | PRN | |
| SCOTT SAMUEL | X | | | X/PRN | |
| STEVENSON HILDRED | | | | X | |

helendesktop12-8 LISA.xls

SCI MSB
DAILY MEDICAL MOVEMENT FOR 6/22/2007
PRN=AS NEEDED,
(X) MANDATORY-MUST COME

GP6

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| D TIER | AM | 1300 | 1800 | HS | MSB D SICK CALL 1800 |
| JACKSON DERICK | X | X | | X | JACKSON DERICK (0630 & 1715) |
| DeJESUS DAVID | X | | | X | SMITH FHUNGEL (0445) |
| WARREN MARK | | | | X | DeJESUS DAVID |
| | | | | | WARREN MARK |

Handwritten note: "never call me when I want to get my meds I ask him at night med at 10 PM why he said to busy, so my liver pain is not importing and walk away I'm in pain its wrong"

| E TIER | AM | 1300 | 1800 | HS | MSB E SICKCALL 1800 |
|---|---|---|---|---|---|
| DEAN EUGENE | X | | X | XPRN | |
| GLADDEN RODNEY | X | | | X | |
| SLADE KEVIN | X | X | | X | |
| SMALLS NATHAN | X | | | X | |
| WILLIAMS ROLAND | X | | | | |

| F TIER | AM | 1300 | 1800 | HS | MSB F SICKCALL 1800 |
|---|---|---|---|---|---|
| CAVE ALAN | X | | X | X | |
| ENGLISH JUSTIN | X | | | X | |
| PLACHES JAMES | X | | X | X | |

| G TIER | AM | 1300 | 1800 | HS | MSB G SICKCALL 1800 |
|---|---|---|---|---|---|
| McDOWELL CHRIS | PRN | PRN | PRN | PRN | SCOTT SAMUEL (0445) |
| SCOTT SAMUEL | X | | | X | |
| STEVENSON HILDRED | | | | X | |
| WILLIAMS ANDRE | X | | | X | |

helendesktop12-8 LISA.xls

SCI MSB
DAILY MEDICAL MOVEMENT FOR 6/25/2007
PRN=AS NEEDED,
(X) MANDATORY-MUST COME

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| **D TIER** | **AM** | **1300** | **1800** | **HS** | **MSB D SICK CALL 1800** |
| JACKSON DERICK | X | X | | X | JACKSON DERICK (O445 0630 & 1715) |
| DeJESUS DAVID | X | | | X | DeJESUS DAVID *again never was* |
| WARREN MARK | PRN | PRN | | X/PRN | *call to see me is that rigth?* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **E TIER** | **AM** | **1300** | **1800** | **HS** | **MSB E SICKCALL 1800** |
| DEAN EUGENE | X | | X | XPRN | |
| GLADDEN RODNEY | X | | | X | |
| SMALLS NATHAN | X | | | X | |
| WILLIAMS ROLAND | X | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **F TIER** | **AM** | **1300** | **1800** | **HS** | **MSB F SICKCALL 1800** |
| CAVE ALAN | X | | X | X | |
| ENGLISH JUSTIN | X | | | X | |
| PLACHES JAMES | X | | X | X | |
| | | | | | |
| | | | | | |
| **G TIER** | **AM** | **1300** | **1800** | **HS** | **MSB G SICKCALL 1800** |
| McDOWELL CHRIS | PRN | PRN | PRN | PRN | |
| SCOTT SAMUEL | X | | | X | |
| STEVENSON HILDRED | X | X | | X | |
| WILLIAMS ANDRE | X | | | X | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

helendesktop12-8 LISA.xls

dr. mcdonal                    INMATE APPOINTMENT SCI MAX MEDICAL                    JUNE 26, 2007

| TIME | HOUSING | INMATE NAME | |
|------|---------|-------------|--|
| 0900 | KEY | HALL, JAMES | |
| 0915 | KEY | LEWIS, WILLIAM | |
| 0930 | MED | BRADLEY, CHARLES | |
| 0945 | MED | LABERGE, ROGER | |
| 1000 | MED | SMILEY, WILLIAM | |
| 1015 | MERIT | ELLINGSWORTH, GENE | |
| 1115 | | | |
| 1300 | MERIT | LOVETT, JACKIE | |
| 1315 | MERIT | MASSEY, RICHARD | |
| 1330 | MIN | SILLERS, DANIEL | |
| 1345 | MIN | WELLS, FRANK | |
| 1400 | KEY | HAWKINS, DONNIE | |
| 1415 | MSB | DEJESUS, DAVID | was seen but can't help me with my pain |
| 1430 | MSB | DEAN, EUGENE | |

DAILY MEDICAL MOVEMENT
PRN=AS NEEDED,
(X) MANDATORY-MUST COME

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| D TIER | AM | 1300 | 1800 | HS | MSB D SICK CALL 1800 |
| DeJESUS DAVID | X | | | X | JACKSON DERICK (0630 & 1715) |
| JACKSON DERICK | X | X | | X | DeJESUS DAVID *Was seen because* |
| WARREN MARK | | | | X | *I said something at around* |
| | | | | | *9:30pm or Almost 10:00 pm* |
| | | | | | *But only to said put your* |
| | | | | | *Down to see the Dr* |
| | | | | | *but I was wandering* |
| | | | | | *why I seen to sick call* |
| | | | | | *are they trying to fix them* |
| | | | | | *that they miss ?* |
| E TIER | AM | 1300 | 1800 | HS | MSB E SICKCALL 1800 |
| DEAN EUGENE | X | | X | XPRN | DEAN EUGENE |
| GLADDEN RODNEY | X | | | X | |
| SMALLS NATHAN | X | | | X | |
| WILLIAMS ROLAND | X | | | | |
| F TIER | AM | 1300 | 1800 | HS | MSB F SICKCALL 1800 |
| CAVE ALAN | X | | | X | |
| ENGLISH JUSTIN | X | | | X | |
| PLACHES JAMES | X | | X | X | |
| G TIER | AM | 1300 | 1800 | HS | MSB G SICKCALL 1800 |
| McDOWELL CHRIS | PRN | PRN | PRN | PRN | |
| SCOTT SAMUEL | X | | | X | |
| STEVENSON HILDRED | | | | X | |
| WILLIAMS ANDRE | X | | | X | |

helendesktop12-8 LISA.xls

DAILY MEDICAL MOVEMENT FOR 7/3/2007
PRN=AS NEEDED,
(X) MANDATORY-MUST COME

2 of 2

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| D TIER | AM | 1300 | 1800 | HS | MSB D SICK CALL 1800 |
| DeJESUS DAVID | X |  |  | X | JACKSON DERICK (0630 & 1715) |
| JACKSON DERICK | X | X |  | X | DeJESUS DAVID |
| WARREN MARK |  |  |  | X |  |

*never call me I Guss they Just want to look like they are doing some thing*

| E TIER | AM | 1300 | 1800 | HS | MSB E SICKCALL 1800 |
|---|---|---|---|---|---|
| DEAN EUGENE | X |  | X | XPRN |  |
| GLADDEN RODNEY | X |  |  | X |  |
| SMALLS NATHAN | X |  |  | X |  |
| WILLIAMS ROLAND | X |  |  |  |  |

| F TIER | AM | 1300 | 1800 | HS | MSB F SICKCALL 1800 |
|---|---|---|---|---|---|
| CAVE ALAN | X |  |  | X |  |
| ENGLISH JUSTIN | X |  |  | X |  |
| PLACHES JAMES | X |  | X | X |  |

| G TIER | AM | 1300 | 1800 | HS | MSB G SICKCALL 1800 |
|---|---|---|---|---|---|
| McDOWELL CHRIS | PRN | PRN | PRN | PRN |  |
| SCOTT SAMUEL | X |  |  | X |  |
| STEVENSON HILDRED |  |  |  | X |  |
| WILLIAMS ANDRE | X |  |  | X |  |

helendesktop12-8 LISA.xls

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 05/31/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : DEJESUS, DAVID | SBI# : 00209513 | Institution : SCI |
| Grievance # : 45144 | Grievance Date : 06/04/2006 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Medical Staff | Incident Date : 06/04/2006 | Incident Time : |
| IGC : West, Darrick E | Housing Location : MULTI-SECURITY, F, Cell 3, Bed 1 | |

## INFORMAL RESOLUTION

**Investigator Name** : Disharoon, Denise             **Date of Report** 05/31/2007

**Investigation Report** :

**Reason for Referring:**

---

**Investigator Name** : Allen, Carolyn             **Date of Report** 01/16/2007

**Investigation Report** :

**Reason for Referring:** 16/16/07
Carolyn, the first step has not been completed. The grievance is past due 180 days. Sgt. Moody

---

**Investigator Name** : West, Darrick E             **Date of Report** 05/02/2007

**Investigation Report** :

**Reason for Referring:**

---

**Investigator Name** : Schappell, Sue             **Date of Report** 05/02/2007

**Investigation Report** :

**Reason for Referring:** Please be advised that I am forwarding this grievance to your attention at the request of Scott Altman. Please continue to process. The first step has not been completed. Please forward any questions or concerns to Staff Lt. Darrick West. Thank you. Sgt. Moody

---

Resolved _____     Unresolved ✓

Offender's Signature: _David DeJesus Sr_

Date: _6-21-07_

Witness (Officer): _Denise Disharoon RN_

*see how they try to cover them self ↑*

SCI Sussex Correctional Institution                          Date: 05/31/2007
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - IGC

**OFFENDER GRIEVANCE INFORMATION**

| | | |
|---|---|---|
| **Offender Name** : DEJESUS, DAVID | **SBI#** : 00209513 | **Institution** : SCI |
| **Grievance #** : 45144 | **Grievance Date** : 06/04/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type**: Medical Staff | **Incident Date** : 06/04/2006 | **Incident Time** : |
| **IGC** : West, Darrick E | **Housing Location** : MULTI-SECURITY, F, Cell 3, Bed 1 | |

**IGC**

**Medical Provider:**                        **Date Assigned**

**Comments:**
Transferred to SCI 3/29/07

[ ] Forward to MGC          [ ] Forward to Medical Provider          [ ] Warden Notified

[ ] Forward to RGC          Date Forwarded to MGC :

[ ] Offender Signature Captured     Date Offender Signed :

Page 3 of 3

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 05/31/2007

# GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : DEJESUS, DAVID | **SBI#** : 00209513 | **Institution** : SCI |
| **Grievance #** : 45144 | **Grievance Date** : 06/04/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Medical Staff | **Incident Date** : 06/04/2006 | **Incident Time** : |
| **IGC** : West, Darrick E | **Housing Location** : MULTI-SECURITY, F, Cell 3, Bed 1 | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On todays AM med call, I went as usual to get meds. Nurse Brenda was at window and I've asked for my pain medication and it was denied by the nurse. She stated that because she was not "the regular nurse" she couldn't help me. As I advised to her that I was under a great amount of pain she said she didn't care and refused to give me her name and was some what disrespectfull and said that if it was an emergency I should go to the infirmary. I was prescribed the medication because I do need it. Not only was it refused but I was insulted by the nurses lack of care. If the nurse can't help me with already prescribed meds how can I get better or at least some relief? Is not like I only went there just for kicks.

**Remedy Requested** : Maybe the nurse has has the wrong career or is overworked but why is that my fault? If she can't handle her job she should change careers and let someone who may really need it work in her place. All I want is to be able to get my meds as prescribed since we don't always get there on time anyway.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 06/08/2006 |
| **Investigation Sent** : 06/08/2006 | **Investigation Sent To** : Disharoon, Denise |
| **Grievance Amount** : | |

I/M: David DeJesus BLDG: MSB-D
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $01.31 JUL 12 07 19947

Judge Joseph J Farnan Jr
US District court #06-209-JJF
844 N King st Lock box 18
Wilm DE
19801