To: Cleak of the US District court
From: David DeJesus sr
Date: 8-14-07
RE: Help with knowing who my lawyer is because It dont sound rigth & getting my medical record from C-M-S

I write because a lawyer by the name David A. Felice ask to call him, he really did not sound to good one when he said that I may not get what I ask but 5,000 and the other was that the Jury will see me as a Inmate and said he got what he Desver, that dont sound rigth. Is he my lawyer.?,

The other is to see if you can order c-m-s to give me copy's of my medical Record this will help me show the court that they are still make order and dont care to do them & it will show the courts that they dont care about our Health c-m-s should pay for all they put me thour its wrong I'm Human,

Please for the love of God Help & Thank you God Bless,


RECEIVED
AUG 3 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerly
David Dejesus Sr

PS, This is late they are given me also problem as the lawlibry at H-R-Y-C-I because of the lawsuc and the warden here is not answering any of my letter for help at S-C-I

Look at the exhibit and also my mail are you getting them?