To: The warden
From: David De Jesus Sr
Date: 8-24-07
RE: I wrote to you and no help or answer and still the 800 Phone number from the P-D office is not working, It's so I dont call them.

I need help I even put in Grievance and medical Grievance and no help at all, It's like no one care if I live or Die, the Grievance was because the low libry is not letting me make copy's for 2 week's that is wrong my lawyer & u.s. court need these copy's, why I dont think D-o-c wants the court to get all they have done to me, to leave me in pain, like the man who Die 8-24-07.

I wrote to you for help alot of time and no answer like I am no one and left in pain. medical does the same. I am Human not a animal to be left in pain. Please help & dont punish me like H-R-Y-C-I did, for me asking for help & The P-D number is not working it should not be busy on sunday the P-D office is close.



David DeJesus Sr

cc. us court
    my lawyer
    my self



P.s. I just got a lawyer letter asking why I have not sent the copy's he need's

S-C-I                    CA 06-209 JJF

To: The warden
From: David De Jesus sr
Date: 8-14-07
Re: why are they not coring to help me. They even took the P-D number of the phone so I can't call. The law libry has given me problem on calling me or making copy's to people, I have a big case and I needed copy's today made and they did not call me because I put my name wrong I have this name for 38 year Its the law sue that's why, They don't even let me make copy's to the commissioner because i'ts not legla that's wrong I dont got money to make copy's, so I can't send none, Please help me with this it wrong already that c-m-s is letting me in pain. If they can't help me send me back to H-R-Y-C-I. OK.

cc
us court
my lawyer
my self
commissioner



David DeJesus sr

no answer  S-G-I   CA06-209 JJF

To: The warden
From: David DeJesus Sr
Date: 5-25-07
RE: C-M-S - Yes I do want to appeal

I am having problem with the medical Dep, I come from H-R-Y-C-I because I put a lawsuc on them for not helping me, now C-M-S here is not caring also č I been having problem also with a nurse - Michelle Ward, I did wrote a medical Grievance Said what she has done and why did the other Guy's who refuse the T-B shot was not wrote up our put in the restrictive setting and was wrote up and put in MSPA?

I am to sick and in pain to go thour this, on T-B test I alwoy test "+", Michelle ward when she want to give me a shot, I dont trust this woman because she give me a shot with out the Dr order and I have a T-B shot when I came in 3-29-0 so if they did not read it, Its not my doing, now think if I did had T-B this Hold Jail would of Getting it because medical did not do there Job, but nurse č Dr said it was good the first T-B shot Thank God. so I have to pay for C-M-S not doing there Job.

Thanks yay
David DeJesus Sr

cc
us District court
my lawyer
commissoner
my self

PS. I am to sick to be put on this floor is

CA 06-209 JJF
H-R-13-2007
8-17-06

To Johnson   My copy

I write to you to find out if you got my paper work, I send to get copy for my lawyer! I think they are messing with my mool, because you always send my copi the next day I am worry

from
David Dejesus Sr

copy your
my
lawyer



RECEIVED
AUG 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To law libry   this is a notary no letters   CA 06 - 209 JJF   3-27-0

I need 6 copy of these letter for my lawye stephen A Hampton & the commissione, see all the what paper paper I am not licing, I need 6 yellow envlop's I use one, I have one but my lawyer said to write I want to for The lawyer letter all these popele Listed, I need these thin's soon Please they also may move me to S-C-I, so I need it today

paper also please
6 copy
52 paper
6 yollow envbp's I dont think all this fit in a small one and on the Disciplinary Hearing, both side
3 little evlop's

~~scribbled out~~  ~~scribbled~~

from
David DeJesus
1E-2

God hard my pray for help, Jesus is real



RECEIVED AUG 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

HAMPTON V CA 06-209JJF    3-28-07

To law libry can you come,
Why no letters because I thour you was coming to get the notary done they are inporting letter for me to Loss them, I am waiting to be move to S-C-I that's why no letter when you come I will show you the letter's & the "Receipts" that these copy's & envlop are not free my family pays for them, I fill you are calling me a lier & what is the law libry to help or put down.
cc. My self, Stephen A. Hampton,         from
        warden                          David DeJesus,
        U.S. court

RECEIVED AUG 31 2007 U.S. DISTRICT COURT DIST

P.S. Can you make me copy's of this letter to, 2 copy

P.S I needed these copy's and you are not helping me why are you giving me

CA 06-209 JJF

To: David A Felice
From: David DeJesus Sr
Date: 8-12-07
RE: Letter to the us court Lawyer

I am answering the things you ask of me to write

① My Liver I have hepatitis c
② I want treatment to get better & be seen by a Dr who is not from c-m-s because c-m-s is saiding there is nothing they could do for me.
③ To get also pay for all the medical neglected & pain & sufering emotionally & mental that I been in. It's wrong to have someone to go thourn what these people have put me thour and have people said no to you when you are crying in pain and on the floor, I been thour Hell with these people, to Just let them get away to what they done to me, If they can't help me get help, let me go home and get the rigth help and Die with my Love ones,

so I am asking for what I ask in the lawsue and yes I want the Jury to see & hear my cry for help and let them Determine my case and even if they look at me as a Immate like you said they will look at me and see that I am a Human being to go thour what they put me thour even animal get better treatment then us, Yes my eighth Amendment has been violated. Thank you & God Bless.

RECEIVED
AUG 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

sincerely
David DeJesus Sr

S. can you send me copy's of all
ly Medical Record from c-m-s it will
how all the lie's. can I see you face to face. I can show you better my case

FORM #584

**GRIEVANCE FORM**

FACILITY: S-C-I    DATE: 8-17-07

GRIEVANT'S NAME: David DeJesus Jr    SBI#: 209513

CASE#: ___    TIME OF INCIDENT: ongoing

HOUSING UNIT: MSB-D

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I have been deny the law libry I am not doing anything to not be let in, Its is the lawsue that S-C-I is now not letting me make copy's to my lawyer this week 8-14-07 and 8-17-07 Its legla work & someone is making it hard for me not to write to lawyer, U.S. court, commiosen & they said no to him because he is not legla. I have no money so I can't get copy's made that I need, even the 800 phone number to the P.D office has been taking out

ACTION REQUESTED BY GRIEVANT: to let me get copy's without no problem from the law libry no Inmate at all they to are given me problem. This case is open why I'm not alund to have use of the law libry like I should

GRIEVANT'S SIGNATURE: David Dejesus Jr    DATE: 8-17-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ___    DATE: ___

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

problem on making copy's at exhibit of the law libry given me

H-R-Y-L-Z & S-C-I

It is the law suc e I have no money.

and letter to the warden and no answer.

Its crazy they said on one of the Request that I put the wrong name I have this name 38 year of "law libry".

CA 06-209 JJF

RECEIVED
AUG 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FORM #585

MEDICAL GRIEVANCE

FACILITY: S-C-I   DATE SUBMITTED: 7-8-07

INMATE'S NAME: David DeJesus sr   SBI#: 209513

HOUSING UNIT: MSB-D   CASE #: _____

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

Today a nurse said she was not going to give me my meds because I was late, I was in church, never hand meds cell, I said its wrong you dont have the rigth to said no or refuse me my meds. I ask her her name she said no and said ask someone else. she is a fat black woman on 7-8-07 AM meds sunday. I know is a liquid nutrition to help me, because I can't eat that well é because I have pain in my liver but the point is that its something my Health need, all I think her name is nures Lucinda a friend give me this name?

GRIEVANT'S SIGNATURE: David Dejesus Sr   DATE: 7-8-07

ACTION REQUESTED BY GRIEVANT: To get people who really want to help us é let her know that refusing someone meds can hurt or kill someone who is she to said no when the Dr order it and the court will get a copy of this.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## FORM #585

## MEDICAL GRIEVANCE

FACILITY: S-C-I

INMATE'S NAME: David DeJesus sr

HOUSING UNIT: MSB-A

DATE SUBMITTED: 7-19-07

SBI#: 209513

CASE #: _____

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

This is to show that C-M-S is playing with my life on 6-26-07 Dr McDonld order some test and it never happen, on 7-10-07 a New Dr name "Durst" seen that the order of Dr McDonld was never done so he order all again, lets see if are they doing order to look good? where is my help on the street when you go to a Hospital you dont get refuse for treatment it's the law. This is not Human what You people are doing and done to me, to leave me in pain with no help at all, To this date no help, do what you tell the courts you are doing and stop lieing and help me!

GRIEVANT'S SIGNATURE: David DeJesus sr    DATE: 7-19-07

ACTION REQUESTED BY GRIEVANT: To get seen by a Dr on the street that is not part of C-M-S, I dont trust them any More because they have Be e let me in pain with out no help they are Killing me slow and no one is careing

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

This is not real

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER
This request is for (circle one): **(MEDICAL)** DENTAL  MENTAL HEALTH

David DeJesus Sr
**Name (Print)**

MSB-D
**Housing Location**

5-12-69
**Date of Birth**

209513
**SBI Number**

8-7-07
**Date Submitted**

**Complaint (What type of problem are you having)** I'm having sharp pains in my right side where my live is located." I need to see a Doctor soon

David DeJesus Sr
**Inmate Signature**

8-7-07
**Date**

The below area is for medical use only. Please do not write any further

**S:** _____

**O: Temp:** _____  **Pulse:** _____  **Resp:** _____  **B/P:** _____  **WT:** _____

**A:** _____

**P:** _____

**E:** _____

**Provider Signature and Title**     **Date**     **Time**

3/1/99 DE01
Form# MED 263

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name __DeJesus David__    SBI # __209513__
(Last, First MI)

Facility __SCI__    Date __8/10/7__

___ Chargeable Visit                                      $4.00
___ Non Chargeable Visit                                   -0-
___ Medication Handling Fee ($2.00 X ___ )            $_____

**Total Amount Charged To Inmate Account**            $ 0

Health Care Staff Signature: _____

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: X _David DeJesus Sr_    Date: _5-10-07_

1) *Witness Signature: _____    Date: _____

2) *Witness Signature: _____    Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office    Posted/Entered by_____    Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

SCI
MSB

DAILY MEDICAL MOVEMENT FOR 8/10/2007
PRN=AS NEEDED,
(X) MANDATORY-MUST COME

*[Handwritten note at top:]* she said I ran out of this, she told by nurse I was left with out eating because it never happen to take my blood by nurse Jill

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| D TIER | AM | 1300 | 1800 | HS | MSB D SICK CALL 1800 |
| DeJESUS DAVID | X |  | X | X | DELANO RANDY |
| DELANO RANDY | X | X |  | X |  |
| WARREN MARK |  |  |  | X |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| E TIER | AM | 1300 | 1800 | HS | MSB E SICKCALL 1800 |
| DEAN EUGENE | X |  | X | X |  |
| WILLIAMS ANDRE | X |  |  | X |  |
| WILLIAMS ROLAND | X |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| F TIER | AM | 1300 | 1800 | HS | MSB F SICKCALL 1800 |
| BOYCE EDWARD | X | X |  | X |  |
| CAVE ALAN |  |  |  | X |  |
| ENGLISH JUSTIN | X |  |  | X |  |
| PLACHES JAMES | X |  | X | X |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| G TIER | AM | 1300 | 1800 | HS | MSB G SICKCALL 1800 |
| STEVENSON HILDRED |  |  |  | X |  |

*[Handwritten note in right margin, next to D TIER:]* They call me for sick call but I was not on this form why dont know, is it that I make copy of all the time I was put out? I had put a sick call on the 8-7-07 and was call to get seen by the nurse Jill who said will put me down to see when the test comes, which I never gi and said other thin and I wi get the B6 test don on moi ?? e happ

SCI  
MSB

DAILY MEDICAL MOVEMENT FOR 8/13/2007  
PRN=AS NEEDED,  
(X) MANDATORY-MUST COME

*Monday no Blood*  
*nurse Jill*

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| **D TIER** | **AM** | **1300** | **1800** | **HS** | **MSB D SICK CALL 1800** |
| DeJESUS DAVID | X | | X | X | CALLAHAN RODNEY |
| DELANO RANDY | X | X | | X | |
| WARREN MARK | | | | X | |
| **E TIER** | **AM** | **1300** | **1800** | **HS** | **MSB E SICKCALL 1800** |
| DEAN EUGENE | X | | X | X | DEAN EUGENE |
| WILLIAMS ANDRE | X | | | X | RAINIER JEFFREY |
| WILLIAMS ROLAND | X | | | | |
| **F TIER** | **AM** | **1300** | **1800** | **HS** | **MSB F SICKCALL 1800** |
| BOYCE EDWARD | X | X | | X | CAVE ALAN (0445) |
| CAVE ALAN | | | | X | BOYCE EDWARD |
| ENGLISH JUSTIN | X | | | X | |
| PLACHES JAMES | X | | X | X | |
| **G TIER** | **AM** | **1300** | **1800** | **HS** | **MSB G SICKCALL 1800** |
| STEVENSON HILDRED | | | | X | |

Handwritten note (D tier area): "Here is Monday and my name is not on the sick-call has you can see they order but never do it. The day I want to see the nurse she said you came from Gander Hill you also refused your meds I said you must not hear or read it right who give the nurse the right to give..."

I/M: David Reyes BLDG. MSB-A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S
X-RAY

US District Court
844 King St Lock Box 18
Wilm De 19801