06-209

"This is all date & time from day one to the lest thing they done to me my rigth has a Human being has been

"Viled" and no one care
========

I forgt this one's



12-18-05    send other test also

Today I got pain in my Back sild and want to sleep in pain because the 4 to 12 told Me that they "nurse" could not do any thin about my pain; hurt, so I got up at 12 to 8 with much pain I told the Lo about my pain and that I put in sick call, they told me I may have to wait to someone in sickcall to get a hold of me but he will get a led work to see, he told me. I have to wait that they put me to see a Dr becau there is no Dr on this shift this is how we are treted we are no on to these people. I was call for sick call but I also was call for court so I never was taking now a Lt help me because I was to much pain I had to go to him for help, now I am in the INF to see whats the matter well they did stone test call work out, I stay 3days and was sent back to a pod still with my pain but I will leave it in Gods heads.

---

11 or 12 ?

they still have not given me my test they did for S.t.D. that hurted me because they want with a stick in my peins so it will be pain for nothing

To The Warden *S-C-I never answer*   4-12-07

I pray & hope all is well, why I write is because of the lowlibry not letting get or made copy's because I dont have money.

You see I have a lawsue on H-R-Y-C-I & Medica I needed to send a copy to the commissioner who has been helping me, so How can I send mr carl Danbers and other people, I thour that the lowlibry was to help? the woman said only legal work. This is legal work.

I dont have money & my family send me little money. Now I can't sent no copy's to these other people, can you help me. Thank you

God Bless You
David De Jesus sr
David DeJesus Sr
209513 - MSB-F

cc
My lawyer
us District court
commissioner

PS. can I get copy of the lawlibry Rule Please.