To: Whom it MAY ConceRN

From: David DeJesus

DATE: 9-7-07          06-209 (JJF)

RE: Help, and to inform you how I'm mistreated.

I'm writing to you for help.
I've been trying to get help from
Anyone And everyone, but I'm not get-
ing any at All. It seems to ME
that all that they do is Justify
their actions. They've even lied to
my Judge, told her that I'm getting
treatment, which is false.

I have a lawsuit on DOC for
Medical neglect. I have A bad liver
and haven't recieved any care, at least
not propher care. I'm in pain Day-in
and Day-out, and I'm scared I'm on
my way out. I plead to you to hear
my desperate cry for help, and do
the right thing, which is All I need.
need treatment. I have A substance
Abuse problem And if I do not get
treatment, my odds of coming back
into this Mess are far greater
then If I do. I think that
because it seems I'm "causing problems"
that I'm not a good candidate,
Muse less they dont want to help.
I'm only asking for help Not FREEDOM
Think about this they've even gone as

BDsrahnd

FILED

SEP 14 2007

US DISTRICT COURT
DISTRICT OF DELAWARE

For as to put me in the
hole (isolation) for trying to get
the propher treatment. I never thought
a place could be so unjust.
I would greatly ~~at least~~ appreciate
a response it would show a little
bit of hope which seems so
far away.

sincerly, David DeJesus S

PS: I ask someone to write this for me, so you could read what I am
trying to said I have problem with writing & spelling and they
took my school also away. Please for the Love of God
help me litte Proverbs 22:22-23

Do not exploit the poor because they
are poor and do not crush the needy in court
for the Lord will take up their case and will
plunder those who plunder them.

c.c. Judge Calvin L Scott, Jr case # 06A1-08-026
US Department of Justice
Chief D-A-G Richard Gebelein
Delaware supreme court
Judge Peggy L. Ableman
US District court case #06-209-JJF

SUPERIOR COURT
OF THE
STATE OF DELAWARE

CALVIN L. SCOTT, JR.
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0677

March 2, 2007

David DeJesus SBI# 209513
HRYCI
P.O. Box 9561
Wilmington, DE  19809

### In Re:  State v. DeJesus
### C.A. No. 06M-08-026

Dear Mr. DeJesus:

The Court is in receipt of your letter dated January 28, 2007.

Decisions on the proper place to house you are left up to the Department of

Corrections not the Court.

Sincerely,

Calvin L. Scott
Judge

CLS/jac
Prothonotary
Department of Justice

## Offender Status Sheet

**Date:** 08/10/2007

**SBI #:** 00209513    **Name:** DAVID DEJESUS    **Sex:** M

**Location(s):** SCI    **Level(s):** 5    **Race:** WHITE    **DOB:** 05/11/1969    **Sex Offender:** N

**AKA:** DAVID DEJESUS; DAVID DICE; DPMC DEJESUS; DIOS DEJESUS; DICE DEJESUS

**Offender Type:** Sentenced    **Officer(s):**

---

**Level: 5**

| Start Date: 10/18/2005 | MED: 10/15/2008 | STRD: 07/11/2008 | ADJ: 07/11/2008 | PED: | | | Statutory Days Earned: 9,660.00 | | | | |

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | | Status/ Eff. Date | Length Y | Length M | Length D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0510006501 | IN05110128 | ROBBERY 2ND | | Current | 1 | 0 | 0 | 10/18/2005 | 10/17/2006 | 09/23/2006 | 09/23/2006 | |
| U7 | Peggy L Ableman | STANDARD | 02/02/2006 | 10/18/2005 | | | | | | | | |
| 0505012951 | IN05071774 | BURGLARY 2ND | | Current | 1 | 0 | 0 | 10/17/2006 | 10/16/2007 | 08/17/2007 | 08/17/2007 | |
| U7 | Peggy L Ableman | STANDARD | 02/02/2006 | 10/17/2006 | | | | | | | | |
| 0510006501 | IN05110127 | BURGLARY 2ND | | Current | 1 | 0 | 0 | 10/16/2007 | 10/15/2008 | 07/11/2008 | 07/11/2008 | |
| U7 | Peggy L Ableman | STANDARD | 02/02/2006 | 10/18/2005 | | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IN05110128 | 5 | CRT1 | Other Conditions: | EFFECTIVE 10/18/05 AS TO 0128: SENTENCE TO LEVEL 5 FOR 5 YRS. SUSPEND AFTER 1 YR. FOR 18 MONTHS. LEVEL 4 PLUMMER CENTER. SUSPEND AFTER 6 MOS FOR 1 YR. LEVEL 3. LEVEL 4 TO FOLLOW. ELW |
| IN05071774 | 5 | CRT1 | Other Conditions: | AS TO 1774: SENTENCE TO LEVEL 5 FOR 5 YRS. SUSPEND AFTER 1 YR. FOR 18 MOS. LEVEL 3. ELW |
| IN05110127 | 5 | CRT1 | Other Conditions: | AS TO 0127: SENTENCE TO LEVEL 5 FOR 5 YRS. SUSPEND AFTER 1 YR. FOR 18 MOS. LEVEL 3. ELW |

## T.E.M.P.O.
### Clinical Orientation Contract

If you are not already classified for the TEMPO Program you will be upon entering the program.

### Requirements for Completion:

- Completion of **all** Clinical Tasks
- Participation in Groups ( This means active participation)
- Cooperation with treatment staff (Program Director and facilitators)
- Uphold group confidentiality (What is said in group stays in group)
- Must complete every unit. Any classes missed due to excused absences will be made up.

### Reasons for Discharge: Final decisions are up to the TEMPO Director.

- Breach of confidentiality (This means talking about what other people shared in class outside of class.)
- Institutional disciplinary infraction
- Physical abuse or threats made to or against another participant.
- Disrespecting a facilitator or group member
- Sexual or racial remarks made toward another in the group.
- **Excessive excused absences.** Must not exceed four (4) excused absence for duration of client's participation. The following conditions are the only excused absences: (Medical, dental, classification, court, and some job related cases pending verification and approval of TEMPO Director). Medical and dental must provide something in writing for you verifying that you were there during time of class or excusing you for classes missed. There will be no verification from officers, etc.
- **Any unexcused absence:** If a client is absent the facilitators will do a follow-up to find out why he was absent. This information is given to the Director. The Director will talk with the client and will contact other staff if necessary to verify reason for absence. If it is an excused reason the client will resume classes, but if it is not then the client will be terminated. (an unexcused absence is any reason other than the above acceptable excused absences. **This includes the officers not letting you out**. This will be evaluated case by case. Visits are expected to be schedule around program class times. You should inform your family and friends of your class times and work your visits around your TEMPO schedule. Emergency or special visits are evaluated case by case.
- Negative impact on group dynamics (This includes continual negative comments or continual side line conversations after being told to stop).
- Lateness. Fifteen minutes late or later for any reason other than dental, medical, classification, or in some job related cases pending verification & approval of director.
- **Not** bringing client folder with related TEMPO material.
- **Not** completing all clinical tasks.

**Note:**   If you are terminated for any of the above reasons you will receive a class I write-up. Because you have been classified to the TEMPO program you are mandated to complete it. Upon re-entering the program you will be required to start from the beginning, not pick up from where you left off.

### General Rules for Group Sessions

- Be on time when group is called and be ready to start. Have all necessary materials.
- What is said or done in your group stays in the group. Personal statements are not repeated outside of group.
- Speak in first person, express your own thoughts and be responsible for your thoughts and feelings. Speak about how your experiences relate to the group topic.

I, _David DeJesus Sr_ understand the concepts, rules, and requirements of the TEMPO program and agree to abide by them. I understand that I must complete all requirements as stated and those administered by the TEMPO treatment staff. I have received a manila folder with a completion requirements chart and my first clinical task. I understand that my first clinical task is due on my first day of class.

_David DeJesus Sr_ 
Signature of Client

_6-18-07_ 
Date

# T.E.M.P.O.

## Transformation through Education, Motivation, and Personal Orientation

T.E.M.P.O. takes approximately four to five months to complete. We meet twice a week for one hour and thirty minutes each day. You must complete all clinical tasks and units to graduate from the program.

## COMPLETION REQUIREMENTS

### UNITS

| # | Unit | Completion Date | # | Unit | Completion Date |
|---|------|-----------------|---|------|-----------------|
| 1. | The Goals of Group Membership | 6-12-07 | 18. | What To Do About Relapse | 8-14-07 |
| 2. | Pharmacology (Part 1) | 6-19-07 | 19. | Issues of The Recovering Family | 8-16-07 |
| 3. | Pharmacology (Part 2) | | 20. | A More Open Recovery | 8-21-07 |
| 4. | Pharmacology (Part 3) | 6-26-07 | 21. | Saying No to Drug Users | 8-23-07 |
| 5. | What is Treatment | 6-28-07 | 22. | Assertiveness (Part 1) | 8-30-07 |
| 6. | The Phases of Recovery | 7-3-07 | 23. | Assertiveness (Part 2) | |
| 7. | Deactivation of Craving | 7-5-07 | 24. | Relating to Active Drug Users | |
| 8. | Your Dangerous Situations | | 25. | Assessing Your Social Life | |
| 9. | Preparing for Stressful Situations | 7-12-07 | 26. | Love and Intimate Relationships | |
| 10. | Anti-Social Thinking (Part 1) | 7-17-07 | 27. | Addiction & Disease | |
| 11. | Anti-Social Thinking (Part 2) | 7-19-07 | 28. | Coping With Pain and Prescription Medication | |
| 12. | Having Good Times Without Drugs | 7-24-07 | 29. | A Job That Meets Your Needs | |
| 13. | Free at Last: Abstinence From Other Drugs | 7-26-07 | 30. | Handling On-The-Job Problems | |
| 14. | Rational Emotive Therapy (Part 1) | 7-31-07 | 31. | Recovery and Community Service | |
| 15. | Rational Emotive Therapy (Part 2) | 8-2-07 | 32. | Looking Ahead: Plans, Goals, and Dreams | |
| 16. | Rational Emotive Therapy (Part 3) | 8-7-07 | 33. | Recovery Stories | |
| 17. | Relapse Prevention | 8-9-07 | 34. | The 12-Step Programs | |

### CLINICAL TASKS

| # | Task | ISSUE DATE | DUE COMP. DATE | COMP. DATE |
|---|------|-----------|----------------|-----------|
| 1. | Social Assessment | | | |
| 2. | History of Use | | | |
| 3. | Community Service (16 hrs) | | | |
| 4. | Recovery Story | | | |
| 5. | Relapse Plan | | | |

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE          )

                            )

       v.                  )     ID: 0505012951 & 0510006501

                            )

David DeJesus Sr.          )

### ORDER

This ___26th___ day of ___Feb.___ _____,2006, upon consideration of defendant's motion for reduction/modification of sentence, the presentence report/prior record, and the sentence imposed upon the defendant;

**NOW, THEREFORE, IT IS ORDERED** that defendant's motion for reduction/modification of sentence is DENIED for the following reason(s):

☐ The sentence in this case was imposed pursuant to a Plea Agreement between the State and the defendant and signed by the defendant. Superior Court Criminal Rule 11(e)(1)(c).

☐ The motion was filed more than 90 days after imposition of the sentence and is, therefore, time-barred. The Court does not find the existence of any extraordinary circumstances.

☐ Pursuant to Superior Court Criminal Rule 35(b), the court will not consider repetitive requests for reduction or modification of sentence.

☐ The sentence imposed is mandatory and cannot be reduced or suspended.

☐ The sentence was imposed after a violation-of-probation hearing was held, and the Court determined the defendant had violated the terms of his probation. The defendant is not amenable to probation at this time.

☐ The sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court which would warrant a reduction or modification of this sentence.

☐ Other: _Defendant is receiving treatment per DOC_

_They lie I am on no Pla. I can't get no treatment and now with_

_Peggy L. Ableman_
Judge Peggy L. Ableman

  **oc:**  **Prothonotary**
  **pc:**  **Defendant**
         **Department of Justice**
         **Presentence**

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE )
)
v. ) ID: 0505012951 & 0510006501
)
David De Jesus )

### ORDER

This ___28 th___ day of ___August___ ,2007, upon consideration of defendant's motion for reduction/modification of sentence, the presentence report/prior record, and the sentence imposed upon the defendant;

**NOW, THEREFORE, IT IS ORDERED** that defendant's motion for reduction/modification of sentence is DENIED for the following reason(s):

□  The sentence in this case was imposed pursuant to a Plea Agreement between the State and the defendant and signed by the defendant. Superior Court Criminal Rule 11(e)(1)(c).

☒  The motion was filed more than 90 days after imposition of the sentence and is, therefore, time-barred. The Court does not find the existence of any extraordinary circumstances.

□  Pursuant to Superior Court Criminal Rule 35(b), the court will not consider repetitive requests for reduction or modification of sentence.

□  The sentence imposed is mandatory and cannot be reduced or suspended.

□  The sentence was imposed after a violation-of-probation hearing was held, and the Court determined the defendant had violated the terms of his probation. The defendant is not amenable to probation at this time.

☒  The sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court which would warrant a reduction or modification of this sentence.

□  Other:_____
_____
_____

_Peggy L. Ableman_
Judge Peggy L. Ableman

oc:    **Prothonotary**
pc:    **Defendant**
       **Department of Justice**
       **Investigative Services**

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR _New castle_ COUNTY

| | |
|---|---|
| **STATE OF DELAWARE** | * |
| | * |
| | * |
| **V.** | * |
| | * |
| DAVID DE JESUS | * |
| **Correct Full Name of Movant** | * |
| | * |
| | * |
| **Movant's Alias(es), if any** | * |
| | * |
| **DOB:** 05 / 11 / 69 | * |
| | * |
| **SBI:** 00209513 | * |
| **Defendant.** | * |

Cr. A No/s. _I No 5-07-1724_
_I No 5-11-9127_
_I No 5-11-0128_

_0505012951_
ID# _0510006501_

**MOTION FOR** _Reduction /modification_
**(Sentence Reduction/Modification)**

1. The Court imposed Movant's sentence on the following date: _February 2, 2006_

2. The Judge who imposed the sentence was _Honnible Peggy L. Ableman_

3. Offenses for which Movant was sentenced and length of sentence(s):

_Burglary 2nd 5year suspended after 1 year for 18 month_
_Level 3, Burglary 2nd 5year suspended for 1 year for_
_18 month Level 3, Robbery 2nd 5year suspended for 1_
_year to 18 month level 4 Plummer center_
_suspended after serving 6 month to level 3_

4.    State the grounds upon which you believe that the court should modify or reduce your sentence. You must state the relevant facts in support of the grounds you raise:

Ground one: I-E-M-P-O Drug program

supporting facts: Your Honor as you can see by the Date I started this program that they have lie to you that I was getting treatment, I started 6-19-07 its 4 to 5 month Program

Ground two: My Health Is Bad It's My Liver

supporting facts: I have a law sue for Medical neglect because they have not care to help me with my Health I am really sick, I have two case one in the US District court case #06-209-JJF and a writ of mandamus 06M-08-026CLS

Ground three: My children

supporting facts: I now getting visitation to see é be in my children life, Please help me get help so I can support my children é be in there life and not support the Drug Deler. Family case # cdo3-08416 Petition No: 06-21765 and cn 96-06916

Ground four: I want more Drug Program

supporting facts: 4 to 5 month 2 day a week for 1 hour is not a lot of help I wish to go to the Del city Drug program and get help with my recovery. I dont want to keep coming to Jail because of Drug's

Wherefore, in the light of the above, Movant asks that the Court Modify/reduce

His sentence as follows: Your Honor upon completion of T-E-M-P-O
If you can suspend the rest of my sentence for Glass House in
Delaware city and to be able to get the rigth medical treatment
for my liver, I am real sick Please give me a chance, on finishin
T-E-M-P-O my mandatory term be over also and with good time
I have 10 month left out of 3 year

_____
Signature of Attorney (if any)

**I declare the truth of the above under penalty of perjury.**

8-7-07
_____
Date Signed

David DeJesus Sr
_____
Signature of Movant (Notarization not required)

# CERTIFICATE OF SERVICE

I, _David DeJesus sr_, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the _7_ day of _Aug_ _, 07_.

**★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★**

**★★**Circle the Department of Justice you are serving**★★**

Deputy Attorney General
Department of Justice
820 North French Street
Wilmington, DE  19801

Deputy Attorney General
Department of Justice
102 West Water Street
Dover, DE  19901

Deputy Attorney General
Department of Justice
114 East Market Street
Georgetown, DE  19947

_____
Date Signed

_David DeJesus Sr_
Signature of Movant (Notarization not required)

DELANCEY STREET FOUNDATION

Turk Hill Road     Brewster     New York 10509     (845) 278-6181

MIMI H. SILBERT, Ph.D. President / CEO

*I wrote for he lp please because I need it. I have children help there & want to start out there & with them & doing my child support please put the ...... Drug. please not ...... Help.*

February 22, 2007

David DeJesus
Inmate # 209513
PO Box 9561
Wilmington, DE 19809

Dear Mr. DeJesus,

This is to inform you that we have received your letter requesting information on the Delancey Street Foundation.

We regret to say we are not in a position to interview you at this time due to the fact that New York State is no longer accepting Probation or Parole transfers. Upon completion of your sentence if you are able to provide transportation for yourself to our New York facility, please feel free to contact us and we will be glad to arrange an interview for you.

If you have any further questions, please contact us at 845-278-6181.

Sincerely,

Jennifer DiCostanzo
Intake Department



I was in school but they stop it look at my test results I need help .On P/c can t go no where is that rigth ?

# MEMO
## Education Department
## Howard R. Young Correctional Institution

**To:** ~~DAVID DEJESUS SBI # 303513~~

**Housing Unit:** ~~2Y~~

**From:  Mr. Arnold P. Johnson**

**RE:**  Test results/Class placement

**Date:  February 3, 2006**

Mr. ~~DEJESUS~~

      Attached you will find your recent TABE test results.  You are assigned to the **Pre-GED class with Mr. Ryan.** Unfortunately, at this time, the class to which you have been assigned is currently filled to capacity.  Your name has been placed on a waiting list.  You will be contacted as soon as an opening becomes available.  Thank you for your interest in education.

**Sincerely,**

**Mr. Johnson**  ⎯

STUDENT MULTI-REFERENCED REPORT

DOE
HRYCI

DEJESUS DAVID

TABE 7&8 BASIC ED
FINAL ONES

AGE  06-06

|                | GL    | NR | NA | GE  |
|----------------|-------|----|----|-----|
| READING COMP   | GRADE | 38 | 50 | 5.6 |
| MATH COMP      | BELOW | 17 | 22 | 3.4 |
| MATH APPS      | BELOW | 26 | 37 | 3.4 |
| TOTAL MATH     | BELOW | 43 | 59 | 3.4 |
| READING LEVEL  | M7    |    |    |     |
| MATH LEVEL     | E7    |    |    |     |
| LANG/SPL LEVEL | 7     |    |    |     |

GL=GRADE LEVEL    NR=NUMBER RIGHT
NA=NUMBER ATTEMPT  GE=GRADE EQUIV

| OBJECTIVE | RIGHT POSS | MST LVL | % CORRECT STD |
|-----------|------------|---------|---------------|
| READING COMP |  |  |  |
| INTERP.GRAPHICS | 7/9 | + | 78 |
| WDS. IN CONTEXT | 5/7 | P | 71 |
| RECALL INFORMA. | 7/8 | + | 88 |
| CONSTRUCT MEAN. | 13/18 | P | 72 |
| EVAL/EX.MEANING | 6/8 | + | 75 |
| SUBTEST AVG |  |  | 76 |
| MATH COMP |  |  |  |
| ADD. WHOLE NUM. | 7/7 | + | 100 |
| SUB. WHOLE NUM. | 5/7 | P | 71 |
| MULT.WHOLE NUM. | 4/6 | P | 67 |
| DIV. WHOLE NUM. | 1/5 | - | 20 |
| SUBTEST AVG |  |  | 68 |
| MATH APPS |  |  |  |
| NUMERATION | 4/6 | P | 67 |
| NUMBER THEORY | 3/6 | P | 50 |
| DATA INTERPRET. | 3/7 | - | 43 |
| PRE-ALG/ALGEBRA | 3/4 | + | 75 |
| MEASUREMENT | 4/6 | P | 67 |
| GEOMETRY | 4/5 | + | 80 |
| COMP.IN CONTEXT | 1/9 | - | 11 |
| ESTIMATION | 4/7 | P | 57 |
| SUBTEST AVG |  |  | 52 |

TOTAL AVG                        65

+=MASTERED
P=PARTIALLY MASTERED
-=NOT MASTERED

BATCH 061390-3
TEST DATE:  06/24/06
RUN DATE:  06/24/06

ID NUMBER    209513
CODES K-T
PAGE  4

To: Honnible Peggy L. Ableman
From: David De Jesus Sr
Date: 6-5-07
RE: They lie to you, I am not getting treatment at all

Your Honnible Peggy L Ableman they have lie to you about me getting treatment, How can I, if they have me at one time in P/c and now in max c I have a low sue for my teoth my liver is bad with no help at all

Please Honnible help me get the help I need, you Denied my motion because D-O-C said that I am getting treatmen they lie, I go to court on 6-11-07 family court c I wish you can see that I am in max and show you payer that they lie to you.

So How can I be in treatment if I been in max. Please for the love of God help me and read think over my motion Thank you c God Bless you

very truly yours
David Dejesus Sr

PS Did you get all the letter to show you that they lie to yo

certificate
of
service

I David DeJesus sr hereby cetify that I have servea a true and currect copy of the letter motion upon the following party on the 5 day of June 2007.

Deputy Attorney General
Department of Justice
820 north french St
wilm De 1980l

To: Christopher Tease

From: David De Jesus Sr

Date: 8-3-07

RE: Help, I am Dicing call Lawyer Michael L perry he help you on what I mean, my liver give up and no help

I need help call this lawyer he told me thet I need to get the Hell out of here on medical Reson Please call help he will help on what I need Please I have a law sue because these people are not giving me medical treatment. Please help with good time I have 10 month left out of 3 year, Thank you and God Bless you. Please help they have leave me in pain with no help that's not right. Please help

very truly yours
David DeJesus Sr

* michael L. sensor *
655-4482

PS still as help with my Drug prolbeun also, the Judge said to to a Motion because Dr-O-c said I was getting treatmen lie, I been put in the Hole because of this lawsuc one time on P/c e now in m+x no one oo ans where

To : Calvin L. Scott
From : David De Jesus sr
Date 8-3-07
RE: where I am at in my case

   I write because, I still have not gotting no
help at all for any thing's they even lie to my
sentencing Judge peggy L. Ableman that I am getting
treatment so she denied my motion, I am in
pain in no help, I put this lawsue in us District
court they have keep me in P/c or in mix in no way
you can't go any where they even stop my schooling
thats wrong, with good time I have 10 mouth to go
from 3 year Please help me. Thank you

                                        sincerely
                                        David Dejesus
                                        209513

To The mail Room

From David De Jesus sr

Date 9-4-07

RE: again my mail is play with

I want to know where is my legal mail? on a friday 8-31-0
I was call for legal mail but I was at the lawlibry, so I neve
got it, I waited in to today 9-4-07 5 day and the mailman said
no mail for me what happen to my mail It inporting, all thi.
is happening to me because I have this lawsue on medic
and D-o-c for playing also with my mail at H-R-Y-C-I, I
wrong by law to play with people mail. why are you
playing with my mail and dont Punish me for asking about
this

cc
The warden
is court
iz Lawyer
my self

from
David De Jesus sr
David Dejesus Se
209513

"Please dont send it back"

To The Warden at S-C-I
From: David De Jesus Sr
Date: 9-4-07
RE: Playing with my mail

can you help me with this, here is a copy of a letter I
wrote to the mail Room asking where is my legal mail. 5 day
and still no legal mail. I dont give no one, no problem please
help, I know you have not answer any of my letter dont
no why they are only asking for help but none, take
care, agan dont punish me for asking for help, and why I am
still left in pain and no one care

from
David DeJesus Se
David De Jesus Sr
msb-d - 209513

cc
us District court,
my lawyer,
my self.

To mail Room

My name is David De Jesus Sr #209513. Why I write to you is if you can please help me get my mail, when the man came to MSB-D I was in the counslor office, so I never got it, they told me when I came back to the tier Please dont send it back, I dont get mail like that it means alot to me, Please I being waiting on Photo of my children. so please help, may the Lord Bless you take care

from
    David De Jesus Sr
    David DeJesus Sr
    209513 MSB-D

cc
my self



I/M: Amador-Jesus Avila-A BLDG. UCI-A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947



U S District Court
Lock box L B
844 King St
Wilm Dle 19801

