CA 06-209 JJF

To: U.S. District Court
From: David DeJesus Sr
Date: 9-27-07
RE: To let you know that I was Rushed into surgery

On saturday 9-15-07 nurse michelle ward gave me medication and sent me back to my cell unit. after I told michelle ward I was in serious pain. Did not care.

On sunday 9-16-07 I went to medical again and saw nurse charles and tried to express my pain once again nurse charles gave me medication and attemped to send me up to my cell unit, when thank to God a sergent from 12 to 8 saw how serious the nature of my pain was, the sergent told nurse charles if you see a men in as much pain as DeJesus is in with tears in his eyes get him help, That was coming from a C/O with no medical knowledge at all Recommended to a Profesional nurse who is suppose to have medical Knowledge.

After the medical staff has realized the seriousness of my medical problem, medical rushed me to B.B. Hospital where I had a cotscan the immidiate surgery to have my Gallbladder removed.

Call my counslor Ms Thomas and she will let me call you there is more what they are doing to me Its wrong

Sincely
David DeJesus Sr

RECEIVED
OCT 10 2007
BV
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Jail don't care about our rights*



Beebe Medical Center

**PATIENT RIGHTS AND RESPONSIBILITIES** (1/07)

**Beebe Medical Center, in recognition of your rights as a patient and of its responsibility to provide quality health care, affirms these rights for all patients and their visitors. Should you need clarification or have a concern about your rights or responsibilities, please contact the Patient Relations Representative, 645-3547 (ext. 3547) or the hospital Nursing Supervisor, 645-3300 (ext. 3300).**

## YOU HAVE THE RIGHT TO:

- considerate and respectful care regardless of age, gender, disability, race, color, religion, national origin or sexual preference, or source of payment;

- having your communication needs met—such as interpreter services, large print documents, etc.

- be well-informed by your doctor about your illness, possible treatments, and likely outcome;

- consent to or refuse a treatment, as permitted by law, throughout your admission;

- know the name and professional role of your healthcare provider;

- participate in the development and implementation of your plan of care;

- request consultation with another physician;

- be free from restraints of any form that are not medically necessary;

- personal privacy during all patient care activity, and when requested;

- to receive care in a safe setting including free of all forms of abuse or harassment; should you have a concern relating to the safety of your care, please contact the Patient Safety Line at 645-3212 (ext. 3212) at any time;

- access protective services when necessary;

- expect that all treatment records and medical care are confidential, unless you have given permission for release of information or reporting that is required by law;

- review your medical records and have the information explained;

- have a family member (or other representative) and your own physician notified promptly of your admission to the hospital;

- receive necessary health services to the best of the medical center's ability. Treatment, referral or transfer may be recommended. If transfer is recommended or requested, you will be informed of risks, benefits and alternatives. You will not be transferred until the other institution agrees to accept you;

M-20255  1/07

To: The warden
From: David DeJesus sr
Date: 9-25-07
RE: Your help with a nurse

*no answer*

I am having problem with nurse michelle ward She is doing thing to me that may hurt my Health & life I have put her in my lawsuit and now she is taking it out on me & I know she can get away with it because no one care, I wrote alot of medical Grievance & Grievance and they was never answer.

If something happen to me it was her michelle ward this is the lest medical Grievance I put on her & even my surgery is not being clean rigth. so Please For the love of God help me. and she know the Lo will help her.

cc us court
   my lawyer
   my self

from

David DeJesus S
David DeJesus S
209513

*reansued*

FORM #585

MEDICAL GRIEVANCE

FACILITY: Sussex Correctional Institution
INMATE'S NAME: David De Jesus Sr
HOUSING UNIT: MSB-F

DATE SUBMITTED: 9-22-07
SBI#: 209513
CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: on going

TYPE OF MEDICAL PROBLEM:

again, I am having problems with nurse ward. I wrote her up before, Also put her in my medical lawsuit. Nurse ward refused to give me my pain medication that the Docter has ordered for the pain of my Gallbladder Surgery. I should not be left in pain no other nures does this to me other than her. I have ungoing issues with nurse ward.

GRIEVANT'S SIGNATURE: David DeJesus Sr        DATE: 9-22-07

ACTION REQUESTED BY GRIEVANT: C-M-S need to take in issue all the letters and Grievants on nurse ward, she gets aways with hurting us, most of all hurting me, still she comes back another day to do it again she should not have this Job

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

*no answer*

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER

This request is for (circle one): **(MEDICAL)** DENTAL  MENTAL HEALTH

Name (Print): David DeJesus sr

Housing Location: MSB-F

Date of Birth: 5-11-69

SBI Number: 209513

Date Submitted: 9-16-07

Complaint (What type of problem are you having): Its almost two month that I have not seen a Dr, I got sick more on 9-15-07 and now on my right sild I have a lup that may be a Hernia & has my leg also hurting

Inmate Signature: David DeJesus Sr

Date: 9-16-07

The below area is for medical use only. Please do not write any further

S: _____

O: Temp: ____  Pulse: ____  Resp: ____  B/P: ____  WT: ____

A: _____

P: _____

E: _____

Provider Signature and Title    Date    Time

3/1/99 DE01
Form# MED 263

no answer

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER

This request is for (circle one): **(MEDICAL)** DENTAL  MENTAL HEALTH

David DeJesus Sr.  
**Name (Print)**

MSB-F  
**Housing Location**

5-11-69  
**Date of Birth**

209513  
**SBI Number**

9-22-07  
**Date Submitted**

Complaint (What type of problem are you having) I need to see the Dr Soon

David DeJesus Sr.  
**Inmate Signature**

9-22-07  
**Date**

The below area is for medical use only. Please do not write any further

S:

O:  Temp: ____  Pulse: ____  Resp: ____  B/P: ____  WT: ____

A:

P:

E:

**Provider Signature and Title**   **Date**   **Time**

3/1/99 DE01  
Form# MED 263

*no answer*

# FORM #585

## MEDICAL GRIEVANCE

FACILITY: S-C-I                                 DATE SUBMITTED: 9-27-07

INMATE'S NAME: David DeJesus Sr         SBI#: 209513

HOUSING UNIT: MSB-F                      CASE #:

---

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

Today 9-26-07 The tier ℅ call to get my surgery clean. Than the nurse had a cpl call back to said I did not need the surgery clean but to let it air out. Its still open & why did she had a C/O do her Job.

GRIEVANT'S SIGNATURE: David DeJesus Sr    DATE: 9-27-07

ACTION REQUESTED BY GRIEVANT: I want nurse ward to get a new Job because we are human & are paying for what we did for her to put us thour this. She was working this day, no other nurse gave me problem but her. I dont gave no problem to go thour this.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*
LISA A. SEMANS
*Chief Deputy Clerk*
LATOYA S. BRADY
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*
BRANDEE R. FORD
*Senior Court Clerk*

SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

September 20, 2007

Mr. David DeJesus
SBI No.
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Dear Mr. DeJesus:

The Court is in receipt of your September 7, 2007 letter with attachments concerning medical treatment or lack thereof in a correctional facility. The Court has requested that I respond to your letter.

Please be advised that the judiciary may not be enlisted to resolve an essentially executive matter involving the administration of the prison system. Therefore, the Court will take no further action regarding your September 7 letter.

Very truly yours,

*[signature: Cathy L. Howard]*

From: David DeJesus BLDG. W.S.B-1
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. District court
Lock Box 18
844 King St
Wilm DE 19801

