To: us District court
From: David DeJesus sr
Date: 10-23-07
RE: Answer Defendant complaint of dismissed

    I ask the court to Please let the "Jury" here my case I can't spell or write that Good but c-m-s has put me thour Hell, I can show it and The lawyer that the court give me to see my case need more time David A Felice

    Please dont dismiss my case, I beg you they should be hold for all they put me thour dont let c-m-s get away by Dismissing my complaint

    First Affirmative Defense to Twenty ninth affirmative Defense dont show my pain that I been put thour. Here is a copy of a letter to the commissioner telling him how bad the c-m-s is & it will show the court that c-m-s has not done there Job like they should of.

    I ask the court not to Dismiss my case into I show the "Jury" & let them be the one who will Dismiss my case, I can't spell or write but I can show all they done to me

    Thank you & God Bless

    Sincerely
    David DeJesus Sr

PS

If they have help me like they said they have why it took almost to year to help me? well thank's to that sgt from 12 to 8 who told them to help me



FILED
OCT 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M: Osvaldo DeJesus BLDG: MSB-G
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

US District court
844 N. King St Lockbox 18
Wilm De 19801-3570

U.S. POSTAGE PB 2230370
$00.41 OCT 24 07
19947

To: Carl C. Danberg Commissioner

October 14, 2007

Dear sir!

06-209

I am wrighting to you to inform you of the wrongful event's leading to me haveing emergency surgery, To show the lack and neglect of care and profesinalizem of the medical staff here, I told a c/o on duty of my houseing unit on sept 15 2007 that i was in real pain and needed to see medical, he called and sent me down, when i told nurse Michelle ward that i was in serious pain she did not seem to care or want to be bothered, she took my vidals gave me some medication and sent me back to my unit up stairs.

on sept 16 2007 still in serious pain returned to medical and saw nurse charles and expressed my pain once again He then took my vidals gave me some medication and attempted to send me back up stairs to my cell, when thank to God a sergent from the 12 to 8 shift saw the serious nature of my pain, the sergent told nurse charles if you see a man in as much pain as Dejesus is in with tear's in his eye's get him help, it took a sengent with no medical knowledge that i know of to get a medical supposed profesianal to get me the help i needed, after the medical staff realized the serrousness of my medical problem I was rushed to B.B Hospital where i recived a catscan and was rushed to emergency surgery to have my Gall bladder removed.

sincerely
David Dejesus Sr.