To: US District court
From: David De Jesus Sr
Date: 10-30-07
RE: To get a copy of my medical Record

06-209 (JJF)

I need the courts help to get copy of all my medical Record, C-M-S will not answer or give me any thing, I need copy to show all they have done & lie's. This is it Thank you. and God Bless all



David DeJesus Sr

PS. I have not getting no more Document the last one was number 91 where are the rest from 71 up?

I/M: Donald Wated   BLDG: MSB-G
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

J.M.S.
X-RAY

US District court
Lockbox 18
844 King st
Wilm DE 1980l

U.S. POSTAGE  PB 2230370
$00.410  NOV 01 07
19947