To: US District court
From: David DeJesus sr
Date: 11-9-07
RE: asking if you got this letter that I sent on 10-14-07 because they are play with all our mail here to?

I need to know if you got a letter answering the Defendants letter dating 10-22-07 to dismiss my case please the reason why is that I never got any thing saiding that the court got this answer, I dont want C-M-S to get away with all they done to me & still doing to me, please Help me to ke care, God Bless you all.

sincerely
David DeJesus Sr

P.S. I sent this one thour resler mail and they let letter they went out, the only letter they for sure to go out I think is the one from law libry that I have to sign for, so Please sorry to bother you, I Juss dont want these people to get away with How they are doing me & other



FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

To: U.S. District Court          my copy
From: David DeJesus Sr
Date: 10-23-07
RE: Answer Defendant complaint of dismissed

I ask the court to please let the "Jury" here my case I can't spell or write that good but C-M-S has put me thour Hell, I can show it and the lawyer that the court give me to see my case need more time David A Felice.

Please dont dismissed my case, I beg you they should be held for all they put me thour dont let C-M-S get away by Dismissing my complaint.

First affirmative Defense to Twenty ninth affirmati. dont show my pain that I been put thour. Here is a copy of a letter to the commioner telling him how bad the C-M-S is & it will show the court that C-M-S has not done there Job like they should of. I ask the court not to Dismiss my case in to I show the Jury & let them be the one who will Dismiss my case. I can't spell or write but I can show all they done to me.

Thank you & God Bless

Sincerely
David DeJesus Sr

P.S.
If they have help me like they said they have why it took almost to year to help me? well thank's to that "sgt" from 12 to 8 who told them to help me.

To: carl C. Danberg - commissioner.                    october 14, 2007

Dear sir:

I am wrighting to you to inform you of the wrongful event's leading to me haveing emergency surgery, To show the lack and neglect of care and profesinalizen of the medical staff here. I told a C/O on duty of my houseing unit on sept 15, 2007 that i was in real pain and needed to see medical. he called and sent me down, when i told nurse michelle ward that i was in serious pain she did not seem to care or want to be bothered, she took my vidals gave me some medication and sent me back to my unit up stair's.

On sept 16, 2007 still in serious pain returned to medical and saw nurse charles and expressed my pain once again He then took my vidals gave me some medication and attempted to send me back up stair's to my cell, when thank's to God a sergent from the 12 to 8 shift saw the serious nature of my pain the sergent told nurse charles if you see a man in as much pain as De Jesus is in with tear's in his eyes get him help. it took a sergent with no medical knowledge that i know of to get a medical supposed profesional to get me the help i needed. after the medical staff realized the seriousness of my medical problem I was rushed to B.B. Hospital where i recived a catscan and was rushed to emergency surgery to have my gallbladder removed — over

I need to show you alot more but no one here will alowe me to make copy's of my medical paper work or unanswered letter to the warden or medical Grievance's becouse i have no money on the book's and also because they say it is no leagal paper work, also i send this in someone else name because they would stop it from going out if it was in my name please let me know that you have recived this letter Thank you for you time.

sincerely ~~David~~

PS. did you ever recived a letter dated back 5-30-07, if not I have copy's of it & my lawyer & us court can you make the lawlibry let me make copy's & send it to you, I have no money on the Books.

Please Help read the memorandum opinion on 4-23-07 it will show alot & how the court Denied Cau-s motion.

THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED, OR FOR THE CONTENTS OF THE LETTER.

I/M: David A. Desussi BLDG: MSR-G
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.41 NOV 14 07
PB 2230370
19947

U.S.M.S.
X-RAY

US District court
06-209-JJF
Lock Box 18
844 King st
Wilm DE 19801