OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

November 20, 2007

TO: David DeJesus, Sr.  
    SBI# 209513  
    Sussex Correctional Institution (SCI)  
    P.O. Box 500  
    Georgetown, DE 19947

*RE: Letter Requesting Verification that Filing Received; CA 06-209(JJF)*

Dear Mr. DeJesus:

This office received a letter from you requesting clarification that the Clerk's Office received a letter on 10/25/07. Enclosed please find a notice of electronic filing which verifies the letter was received and docketed.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO  
CLERK

cc: The Honorable Joseph J. Farnan, Jr.  
enc: NEF for DI 92