To: US District court
From: David DeJesus Sr
Date: 12-4-07
RE: Sending more unanswe medical Grievance & sickcall
and can someone get c-m-s to give me my medical Record



This is to show that still dont care if I'm in pain, they tell me, we put you to see the Dr never happen.

This is to show the count if something happen to me these people c-m-s let it happen and let me die, I fill that this new commissioner should fix the first problem, before he get's into another one all they want is money, I wish someone for the Feds come in talk to me so I can tell them all they are doing to all of us.

I have 7 month I can't wait if I make it alive, I will put all in the news paper, so all could know what they allow them to do to us in Jail, and whil sick, Its wrong and I want D-O-C to paid for all they done to me & other like me, so take care may God Bless this New year & the rest of this one.

Thank you
David DeJesus Sr

P.S. So many medical Grievance, I can't send only a little & sickcall inanswer

FORM #585

## MEDICAL GRIEVANCE

FACILITY: S-C-I

INMATE'S NAME: David DeJesus Sr

HOUSING UNIT: MSB-G

DATE SUBMITTED: 12-2-07

SBI#: 209513

CASE #: _____

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Odgoing

TYPE OF MEDICAL PROBLEM:

I have put so much Medical Grievance and no answer they have try to put all together to fix it on 11-29-07 and ask me what I want them to do, "If they do read it" on the Medical action Requested by Grievant it said what I want them to do for me.

GRIEVANT'S SIGNATURE: David DeJesus Sr    DATE: 12-2-07

ACTION REQUESTED BY GRIEVANT: Read the Action Requested And it will show what I want and where it said no to, take it out because they dont follow it, and stop playing with our life, we two are Human

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FORM #585

MEDICAL GRIEVANCE

FACILITY: S-C-I

DATE SUBMITTED: 11-11-07

INMATE'S NAME: David DeJesus sr

SBI#: 209513

HOUSING UNIT: MSB - G

CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

I'm in pain in the meds nurses on friday nigth brush me of like I was no one who is her to tell me no e on getting me help no Dr at all at nigth our weekend so was left in pain The Health Administrator Jill is not caring what her Dept does, also I wanted to get the flu shot, but nurse ward was doing them I have her in my lawsuit she still is not caring to do any thing, I told a C/O I can't be around her he said let me see if someone else can give you the flu shot never happen

GRIEVANT'S SIGNATURE: David Dejesus sr   DATE: 11-1-07

ACTION REQUESTED BY GRIEVANT: Get me help and Get people that want's to work & help, not hurt us. Jill need to be move also if she don't care to help us and Give me the flu shot

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*never happen*  *Your copy*

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER

This request is for (circle one) **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): David DeJesus Sr
Housing Location: MOB-F
Date of Birth: 5-11-69
SBI Number: 209503
Date Submitted: 9-22-07

Complaint (What type of problem are you having): I need to see the Dr soon

Inmate Signature: David DeJesus Sr
Date: 9-22-07

The below area is for medical use only. Please do not write any further

S:

O: Temp: ___ Pulse: ___ Resp: ___ B/P: ___ WT: ___

A:

P:

E: you are scheduled accordingly

[RECEIVED SEP 24 2007]

Provider Signature and Title: [signature]
Date: 9-24-7
Time: 1700

3/1/99 DE01
Form# MED 263

*no answer like always put med Grievance for this my copy*

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL  MENTAL HEALTH

David DeJesus Sr
**Name (Print)**

MSB-G
**Housing Location**

5-01-69
**Date of Birth**

209513
**SBI Number**

10-15-07
**Date Submitted**

**Complaint** (What type of problem are you having) My arm where blood was taken looks bad, It should not look like this need help

David DeJesus Jr
**Inmate Signature**

10-15-07
**Date**

The below area is for medical use only. Please do not write any further

S: _____

O:  Temp: _____  Pulse: _____  Resp: _____  B/P: _____  WT: _____

A: _____

P: _____

E: _____

**Provider Signature and Title**    **Date**    **Time**

3/1/99 DE01
Form# MED 267

your copy

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER

This request is for (circle one): **(MEDICAL)** DENTAL  MENTAL HEALTH

Name (Print): David DeJesus Sr

Housing Location: MSB-G

Date of Birth: 5-11-69

SBI Number: 209513

Date Submitted: 11-11-07

Complaint (What type of problem are you having): I need to see the Dr and I need to get my AM & PM snack they run out, on Friday the PM nurse Brush me off when I told her I'm in pain, no help at all

Inmate Signature: David DeJesus Sr

Date: 11-11-07

The below area is for medical use only. Please do not write any further

S:

O: Temp: _____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A:

P:

E: Referred to M.D

NOV 12 2007

By V. Marshall CMA
1630

W. Davis LPN

Provider Signature and Title    Date    Time

3/1/99 DE01
Form# MED 263

*My & your copy's*

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER
This request is for (circle one): **MEDICAL** DENTAL  MENTAL HEALTH

Name (Print): David DeJesus Sr
Housing Location: MSB-6
Date of Birth: 5-11-69
SBI Number: 209513
Date Submitted: 12-2-07

Complaint (What type of problem are you having): Why I have not seen the Dr like two sickcall said "Referred" but never was done, I'm human to be left in pain.

Inmate Signature: David DeJesus Sr
Date: 12-2-07

The below area is for medical use only. Please do not write any further

S: _____

O: Temp: ____  Pulse: ____  Resp: ____  B/P: ____  WT: ____

A: _____

P: _____

E: _____

Provider Signature and Title     Date     Time

3/1/99 DE01
Form# MED 263

FORM #585

MEDICAL GRIEVANCE

FACILITY: S-C-I

INMATE'S NAME: David DeJesus Sr

HOUSING UNIT: MSB - G

DATE SUBMITTED: 11-14-07

SBI#: 209513

CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

on the 11-14-07 Nures cameron refuse to give me my Refill, she was Rude to me, when I give her the refill card she said put it in the trash, I said you may forget my name, she said yes I will, I said so here is the refill card, so you can remeber my name she said I will only put it in the trash, I said can I have your name, she said make sure you spell it rigth, making fun of me, she did not care about my needs.

GRIEVANT'S SIGNATURE: David DeJesus Sr   DATE: 11-14-07

ACTION REQUESTED BY GRIEVANT: To get the C-M-S to get all new staff or a new Health Administator or a new Health care, I want this nurse to get move & put someone who care about us, we are Human not Dog's

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**