CA 06-209 JJF

To US District court
From David DeJesus sr
Date 12-18-07
RE: Mail being mess with

I write to your because I have been writing to this lawyer that your court ask to see my case, Now the letters for him are coming back to me said Return to sender, Attempted not Know unable to Forward. I been writing to him & never had problem with it and David A Felice has getting my mail its wrong that this Jail in Del can do what they want to us and get away with it. my mail was open?

6 month I pray to make it out alive to tell the News all they are doing & have done to us, I'm in so much pain & no one care. Happy Holiday to all



God Bless
David DeJesus Sr

PS Please help, I need copy's of all my medical Record they don't want to give them to me and at nigth there is no Dr, only nurse to do a Dr Job's and on week end no Dr at all AM or PM if something happen we Die no Dr at nigth or weekend at all

To David A Felice
From David DeJesus Sr
Date 12-18-07
RE: Help I'm doing worser

Please call here in talk to me, this letter came back to me has return to sender, I been writing to you and now it come back has Attempt not know this is wrong, they have there own mail Room in here it dont look Good or sound good to me. They open my mail "Please call I'm worser" no follow up at all

Thank you
David Dejesus Sr

Happy Holidays & Happy new year to all God Bless

If you can get ol my medical Record Please they dont want to give me copy's and at nigth all they have is nurse they can't do Ar work but they do and no Dr on weekend at all AM or PM, if something happen we die no Dr at nigth or weekend at all

I/M: David DeSales BLDG: WSB-G
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

David A Felice "Attorney"
1201 N Market St
Wilm De 19801-1147

NIXIE    197   SC 1       24  12/19/07
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 199470500000   *1127-00924-10-34*

U.S. POSTAGE  PB 2230370
1887
7999  $00.580
3238          DEC 10 07
              19947

FORM #585

MEDICAL GRIEVANCE

FACILITY: S-C-I

DATE SUBMITTED: 12-2-07

INMATE'S NAME: David DeJesus Sr

SBI#: 209513

HOUSING UNIT: MSB-G

CASE #:

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ongoing

TYPE OF MEDICAL PROBLEM:

I have put so much medical Grievance and no answer they have try to put all together to fix it on 11-29-07 and ask me what I want them to do, "If they do read it" on the medical action Requested by Grievant it said what I want them to do for me

GRIEVANT'S SIGNATURE: David Dejesus Sr   DATE: 12-2-07

ACTION REQUESTED BY GRIEVANT: Read the Action Requested and it will show what I want and where it said take it out because they dont follow it and stop playing with our life, we two are Human

DATE RECEIVED BY MEDICAL UNIT: _____

EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

My & your copy's

Never was Referred

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER
This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

David DeJesus Sr      MSB-G
**Name (Print)**      **Housing Location**

5-11-69      209513      12-2-07
**Date of Birth**      **SBI Number**      **Date Submitted**

**Complaint (What type of problem are you having)** Why I have not seen the Dr like two sickcall said "Referred" but never was done, I'm human to be left in pain.

David DeJesus Sr      12-2-07
**Inmate Signature**      **Date**

The below area is for medical use only. Please do not write any further

S: _____

O: Temp: ____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A: _____

P: _____

E: _____

**Provider Signature and Title**      **Date**      **Time**

3/1/99 DE01
Form# MED 263

FORM #585

MEDICAL GRIEVANCE

FACILITY: S-C-I                                    DATE SUBMITTED: 11-14-07

INMATE'S NAME: David DeJesus Sr           SBI#: 209513

HOUSING UNIT: MSB-G                          CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: on going

TYPE OF MEDICAL PROBLEM:

On the 11-14-07 Nurse Cameron refuse to give me my Refill, she was Rude to me, when I give her the refill card she said put it in the trash, I said you may forget my name, she said yes I will, I said so here is the refill card, so you can rember my name she said I will only put it in the trash, I said can I have your name, she said make sure you spell it rigth, making fun of me, she did not care about my needs.

GRIEVANT'S SIGNATURE: David DeJesus Sr       DATE: 11-14-07

ACTION REQUESTED BY GRIEVANT: To get the C-M-S to get all new staff or a new Health Administator or a new Health care, I want this nurse to get move & put someone who care about us, we are Human not Dog's

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

SCI
MSB

DAILY MEDICAL MOVEMENT FOR 10/17/2007
PRN=AS NEEDED,
(X) MANDATORY-MUST COME

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| **D TIER** | **AM** | **1300** | **1800** | **HS** | **MSB D SICK CALL 1800** |
| DEJESUS DAVID | X | | X | | JACKSON DERRICK (0630/1715) |
| DELANO RANDY | X | X | | X | DEJESUS DAVID *never call me* |
| GLADDEN RODNEY | X | | | X | |
| WARREN MARK | X | | X | X | |
| | | | | | |
| | | | | | |
| **E TIER** | **AM** | **1300** | **1800** | **HS** | **MSB E SICKCALL 1800** |
| JONES ROBBIE | | | | X | TAIT JOHN (0445) |
| TAIT JOHN | PRN | | X/PRN | | |
| WILLIAMS ANDRE | X | | | X | |
| WILLIAMS ROLAND | X | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **F TIER** | **AM** | **1300** | **1800** | **HS** | **MSB F SICKCALL 1800** |
| BOYCE EDWARD | X/PRN | | | X/PRN | |
| CAVE ALAN | | | | X | |
| ENGLISH JUSTIN | X | | | X | |
| PLACHES JAMES | | X | | | |
| WILKERSON GREGORY | | | | X | |
| | | | | | |
| **G TIER** | **AM** | **1300** | **1800** | **HS** | **MSB G SICKCALL 1800** |
| ROUSE CHRISTOPHER | X | | | X | WHITE JON (0445) |
| WHITE JON | X | | | X | |

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| D TIER | AM | 1300 | 1800 | HS | MSB D SICK CALL 1800 |
| DEJESUS DAVID | X | | X | | JACKSON DERRICK (0630/1715)SC |
| DELANO RANDY | X | X | | X | DEJESUS DAVID *never call me* |
| GLADDEN RODNEY | X | | | X | *down this is all the time* |
| WARREN MARK | X | | X | X | |
| | | | | | |
| | | | | | |
| E TIER | AM | 1300 | 1800 | HS | MSB E SICKCALL 1800 |
| JONES ROBBIE | | | | X | |
| TAIT JOHN | PRN | | X/PRN | | |
| WILLIAMS ANDRE | X | | | X | |
| WILLIAMS ROLAND | X | | | | |
| | | | | | |
| F TIER | AM | 1300 | 1800 | HS | MSB F SICKCALL 1800 |
| BOYCE EDWARD | X/PRN | | | X/PRN | |
| CAVE ALAN | | | | X | |
| ENGLISH JUSTIN | X | | | X | |
| PLACHES JAMES | | | X | | |
| WILKERSON GREGORY | | | | X | |
| | | | | | |
| G TIER | AM | 1300 | 1800 | HS | MSB G SICKCALL 1800 |
| ROUSE CHRISTOPHER | X | | | X | |
| WHITE JON | X | | | X | |

SCI
MSB

DAILY MEDICAL MOVEMENT FOR 12/5/2007
PRN=AS NEEDED,
(X) MANDATORY-MUST COME

| FOR PRN MEDICATIONS- CALL MEDICAL BEFORE BRINGING INMATE TO MEDICAL | | | | | |
|---|---|---|---|---|---|
| **D TIER** | **AM** | **1300** | **1800** | **HS** | **MSB D SICK CALL 1800** |
| DEVONSHIRE WILLIAM | | | X | X | WAINER DORIAN (0445 & 1500)SC |
| GLADDEN RODNEY | | | | X | |
| ROUSE CHRISTOPHER | X | | | X | |
| WAINER DORIAN | X | | X | X | |
| WARREN MARK | X | | | X | |
| | | | | | |
| **E TIER** | **AM** | **1300** | **1800** | **HS** | **MSB E SICKCALL 1800** |
| COOPER THOMAS | X/PRN | PRN | X/PRN | | |
| JONES ROBBIE | PRN | | X/PRN | | |
| WILLIAMS ANDRE | X | | | X | |
| | | | | | |
| **F TIER** | **AM** | **1300** | **1800** | **HS** | **MSB F SICKCALL 1800** |
| CAVE ALAN | | | | X | JACKSON DERRICK (0630 & 1715) |
| JACKSON DERRICK | PRN | | | PRN | |
| PLACHES JAMES | X | | X | | |
| WILKERSON GREGORY | | | | X | |
| | | | | | |
| **G TIER** | **AM** | **1300** | **1800** | **HS** | **MSB G SICKCALL 1800** |
| | | | | | DEJESUS DAVID was not referred to the Dr like the nures said he would. name chais" This nures Sikes to put my spanish Race down but when you said something back they take it out on you by not letting you see the Dr |

I/M: David Jones SCU S/BLDG: MSR-G
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

US District court Civ 06-JJF
Lockbox 18
844 King St
Wilmington De 19801