IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-209-JJF ) |
| CMS, WILLIAM BOKER, AND WILLIAM JOYCE, | ) ) ) ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that David A. Felice, Esquire, has agreed to represent the plaintiff David DeJesus, Sr., as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: January 4, 2008

_____
United States District Judge