IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-209-JJF |
| | : |
| CMS, WILLIAM JOYCE, and DANA BAKER, | : |
| | : |
| Defendants. | : |

**NOTICE OF**
**SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that on January 30, 2008, *Plaintiff's Request for Production of Documents Directed to Defendant CMS* was served upon the below-named counsel of record via First Class Mail:

Eric S. Thompson, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, Suite 500
Wilmington, DE 19801

Dated: January 30, 2008

/s/ David A. Felice
Joseph J. Bellew (#4816)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

        Eric S. Thompson, Esquire
        Marshall, Dennehey, Warner, Coleman & Goggin
        1220 N. Market Street, Suite 500
        Wilmington, DE 19801

        /s/ David A. Felice
        David A. Felice (#4090)
        Cozen O'Connor
        1201 North Market Street, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 295-2000
        Facsimile: (302) 295-2013
        E-mail: dfelice@cozen.com