IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DAVID DEJESUS, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-209 JJF |
| ) | |
| **WARDEN RAPHAEL WILLIAMS, CMS,** ) | |
| **DANA BAKER and WILLIAM JOYCE,** ) | |
| ) | TRIAL BY JURY DEMANDED |
| **Defendants.** ) | |

## NOTICE OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the **Interrogatories – Set 1 of Defendant, Correctional Medical Services, Inc. ("CMS") Directed to Plaintiff and Request for Production – Set 1 of Defendant, Correctional Medical Services, Inc. ("CMS") Directed to Plaintiff**, in the above-captioned matter this date by first class mail the following:

David A. Felice, Esq.
Cozen O'Connor
1201 N. Market St., Ste. 1400
Wilmington, DE 19801

                                              MARSHALL, DENNEHEY, WARNER,
                                              COLEMAN & GOGGIN
                                              BY: */s/ Eric Scott Thompson*
                                              KEVIN J. CONNORS, ESQ. (I.D. #2135)
                                              ERIC SCOTT THOMPSON, ESQ. (I.D. #4633)
                                              1220 North Market Street, 5th Fl.
                                              P.O. Box 8888
                                              Wilmington, DE 19899-8888
                                              Attorneys for Defendant, CMS

Date: February 22, 2008
15/585873.v1