IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-209 JJF |
| | ) |
| CMS, et al, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, on February 4, 2008, Plaintiff David DeJesus, Sr., filed a Motion for an Enlargement of Time in which to Effectuate Service on Defendants William Joyce and Dana Baker and a Motion to Amend Caption so that it reflects the proper and full names of all Defendants (D.I. 100.);

WHEREAS, Plaintiff proceeded pro se in this case until counsel was appointed on January 4, 2008, at which time counsel discovered the deficiency in service;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion for an Enlargement of Time and Motion to Amend Caption (D.I. 100) are **GRANTED**.

February 26, 2008

_____
UNITED STATES DISTRICT JUDGE