IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-209-JJF |
| | : |
| CORRECTIONAL MEDICAL SERVICES, | : |
| INC., WILLIAM JOYCE and DANA BAKER, | : |
| | : |
| Defendants. | : |

## NOTICE OF
## SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on February 29, 2008, *Plaintiff's Second Set of Requests for Production of Documents Directed to Defendant Correctional Medical Services, Inc. (Nos. 8 – 18)* was served upon the below-named counsel of record via First Class Mail:

Eric S. Thompson, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, Suite 500
Wilmington, DE 19801

Dated: February 29, 2008

*David A. Felice*
Joseph J. Bellew (#4816)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
*Attorneys for Plaintiff*

WILMINGTON\74812\1  097343.000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on February 29, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Eric S. Thompson, Esquire
>Marshall, Dennehey, Warner, Coleman & Goggin
>1220 N. Market Street, Suite 500
>Wilmington, DE 19801


>*/s/ David A. Felice*
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>E-mail: dfelice@cozen.com