IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DAVID DEJESUS, SR.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CORRECTIONAL MEDICAL SERVICES,** )<br>**INC., DANA BAKER and WILLIAM** )<br>**JOYCE,** )<br>)<br>Defendants. ) | Civil Action No. 06-209 JJF<br><br>TRIAL BY JURY DEMANDED |

### NOTICE OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the **Responses of Defendant, Correctional Medical Services, Inc., to Plaintiff's Request for Production of Documents**, in the above-captioned matter this date by first class mail the following:

David A. Felice, Esq.
Cozen O'Connor
1201 N. Market St., Ste. 1400
Wilmington, DE 19801

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN
        BY: */s/ Eric Scott Thompson*
        KEVIN J. CONNORS, ESQ. (I.D. #2135)
        ERIC SCOTT THOMPSON, ESQ. (I.D. #4633)
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorneys for Defendant, CMS

Date: March 24, 2008
15/597668.v1