

# COZEN
# O'CONNOR

A PROFESSIONAL CORPORATION

SUITE 1400   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

May 5, 2008

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax    866.776.8911
dfelice@cozen.com

*Via ECF and Hand Delivery*
The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
844 King Street, Lock Box 27
Wilmington, DE  19801

Re:   *David DeJesus, Sr. v. Correctional Medical Services, et al.*
       C.A. No. 06-209-JJF

Dear Judge Farnan:

As a member of Delaware's Federal Civil Panel, this firm was appointed to represent the interests of Plaintiff David DeJesus, Sr. in the above-referenced matter. Today, we filed an emergency motion for injunctive relief on Plaintiff's behalf. Plaintiff's emergency motion requests that the Court compel Defendant Correctional Medical Services, Inc. to immediately provide diagnostic services, care and treatment of a grape-sized growth on Plaintiff's left testicle.

Plaintiff respectfully requests that an expedited briefing schedule be set such that the matters addressed in Plaintiff's motion can be presented to the Court as expeditiously as possible. We thank Your Honor for consideration of this matter.

As always, should Your Honor have any questions or concerns about this matter, counsel is available at Your Honor's convenience.

Respectfully,

David A. Felice

David A. Felice (#4090)

DAF/ssl
Enclosure

WILMINGTON\77453\1  097343.000

The Honorable Joseph J. Farnan, Jr.
May 5, 2008
Page 2

---

cc: Clerk of the Court (*via ECF*)
　　Eric Scott Thompson, Esquire (*via ECF*)
　　Joseph J. Bellew, Esquire
　　David DeJesus

WILMINGTON\77453\1  097343.000