IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID DEJESUS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-209-JJF |
| | ) | |
| CORRECTIONAL MEDICAL SERVIES, INC., | ) | JURY TRIAL |
| DANA BAKER, and WILLIAM JOYCE, | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

**EXHIBITS 1 and 2
TO RESPONSE OF DEFENDANT,
CORRECTIONAL MEDICAL SERVICES, INC.,
TO PLAINTIFF DAVID DEJESUS, SR.'S
EMERGENCY MOTION FOR INJUNCTIVE RELIEF**

# FILED UNDER SEAL

**MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN**

KEVIN J. CONNORS, ESQ.  (DE ID #2135)
ERIC SCOTT THOMPSON, ESQ. (DE ID # 4633)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4370
Attorneys for Defendant, Correctional Medical Services, Inc.

15/619231.v1