IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID DEJESUS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-209-JJF |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) TRIAL BY JURY DEMANDED |
| INC., WILLIAM JOYCE and DANA | ) |
| BAKER, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF DAVID DEJESUS, SR.

I, David DeJesus, Sr., hereby state in accordance with the provisions of Title 28, section 1746 of the United States Code as follows:

1.    I am the Plaintiff in the above-captioned matter. I am submitting this Declaration in further support of my Motion for Emergency Injunctive Relief and in response to Correctional Medical Services, Inc.'s ("CMS") Answering Memorandum and Lawrence McDonald, M.D.'s Affidavit.

2.    The grape-sized growth next to my left testicle is still present. I have personally examined the growth myself and it feels like something more than a collection of fluid.

3.    In spite of Dr. McDonald's affidavit testimony that a follow-up appointment would be scheduled for the week of May 12, 2008, I was not requested to appear for a medical appointment at any point this week.

4.    The first time medications were prescribed for my condition was following the May 7, 2008 appointment.

5.    During my January 17 appointment, Dr. McDonald told me that my condition could be a hernia or, possibly cancer. I was never told that my condition was merely an accumulation of fluid.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 22 day of May, 2008.

David DeJesus, Sr.

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>    Eric Scott Thompson, Esquire
>    Marshall Dennehey Warner Coleman & Goggin
>    1220 North Market Street, 5th Floor
>    P.O. Box 8888
>    Wilmington, DE  19899


>    David A. Felice (#4090)
>    Cozen O'Connor
>    1201 North Market Street, Suite 1400
>    Wilmington, DE  19801
>    Telephone:  (302) 295-2000
>    Facsimile:  (302) 295-2013
>    Email:  dfelice@cozen.com

WILMINGTON\77998\1  097343.000