

## COZEN
## O'CONNOR

A PROFESSIONAL CORPORATION
SUITE 1400    1201 NORTH MARKET STREET    WILMINGTON, DE 19801-1147
302.295.2000    888.207.2440    302.295.2013 FAX    www.cozen.com

July 1, 2008

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax    866.776.8911
dfelice@cozen.com

*Via ECF*
The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

Re:   *David DeJesus, Sr. v. Correctional Medical Services, Inc., et al.*
      C.A. No. 06-209-JJF

Dear Judge Farnan:

This firm represents Plaintiff David DeJesus, Sr. in the above-referenced matter. We write to inform Your Honor that since the filing of Plaintiff's Emergency Motion for Injunctive Relief on May 5, 2008 (D.I. 116), Mr. DeJesus's condition persists in spite of the intermittent treatment provided by Correctional Medical Services, Inc.

We also write to inform Your Honor that Mr. DeJesus is due to be released from the Delaware Department of Correction on or about July 4, 2008.

Should Your Honor have any questions or concerns about this matter, counsel is available at Your Honor's convenience.

Respectfully,

David A. Felice

David A. Felice (#4090)

DAF/ssl
cc:   Erika Y. Tross, Esquire (via ECF)
      Eric Scott Thompson, Esquire (via ECF)

WILMINGTON\79388\1 097343.000