IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID DEJESUS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-209-JJF |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC., WILLIAM JOYCE and DANA BAKER, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL

TO:   Clerk of Court

PLEASE TAKE NOTICE that, on or about July 4, 2008, Plaintiff David DeJesus, Sr. ("Plaintiff") was released from the Delaware Department of Correction's custody. Accordingly, Plaintiff hereby withdraws his Emergency Motion for Injunctive Relief (D.I. 116) without prejudice to his right to seek and assert a claim for damages resulting from the acts or failure to act alleged in his motion.

Dated: July 7, 2008

*David A. Felice*

Joseph J. Bellew (#4816)
David A. Felice (#4090)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID DEJESUS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-209-JJF |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC., WILLIAM JOYCE and DANA BAKER, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on July 7, 2008, I electronically filed the foregoing *Notice of Service of Subpoena* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Eric Scott Thompson, Esquire
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899

Dated: July 7, 2008

Joseph J. Bellew (#4816)
David A. Felice (#4090)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: dfelice@cozen.com
*Attorneys for Plaintiff*

WILMINGTON\79625\1 097343.000