

# COZEN
# O'CONNOR

A PROFESSIONAL CORPORATION
SUITE 1400    1201 NORTH MARKET STREET    WILMINGTON, DE 19801-1147
302.295.2000    888.207.2440    302.295.2013 FAX    www.cozen.com

July 7, 2008

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax     866.776.8911
dfelice@cozen.com

*Via ECF*
The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE  19801

Re:   *David DeJesus, Sr. v. Correctional Medical Services, Inc., et al.*
      **C.A. No. 06-209-JJF**

Dear Judge Farnan:

This firm represents David DeJesus, Sr. in the above-referenced matter. As set forth in our letter dated July 1, 2008 and the Notice filed with the Clerk of Court today, Plaintiff was released from the Delaware Department of Correction's custody on or about July 4, 2008. We respectfully request that the Court schedule a telephone conference in this matter to establish pretrial deadlines and a trial date in this matter.

As always, should the Court have any questions or concerns about this matter, counsel is available at the Court's convenience.

Respectfully,

David A. Felice (#4090)

DAF/ssl
cc:   Clerk of Court (*via ECF*)
      Erika Y. Tross, Esquire (*via ECF*)
      Eric Scott Thompson, Esquire (*via ECF*)
      Joseph J. Bellew, Esquire
      David DeJesus, Sr.

WILMINGTON\79626\1  097343.000