IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DAVID DEJESUS, SR.,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-209 JJF |
| **CORRECTIONAL MEDICAL SERVICES, INC., DANA BAKER and WILLIAM JOYCE,** | ) TRIAL BY JURY DEMANDED |
| Defendants. | ) |

## NOTICE OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the **Responses of Defendant, Correctional Medical Services, Inc., to Plaintiff's Second Set of Request for Production of Documents**, in the above-captioned matter this date by first class mail the following:

David A. Felice, Esq.
Cozen O'Connor
1201 N. Market St., Ste. 1400
Wilmington, DE 19801

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
BY: */s/ Eric Scott Thompson*
KEVIN J. CONNORS, ESQ. (I.D. #2135)
ERIC SCOTT THOMPSON, ESQ. (I.D. #4633)
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorneys for Defendants

Date: July 7, 2008
15/641538.v1